**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

**CIVIL COVER SHEET**

(S) 440

**I. (a) PLAINTIFFS** (Check box if you are representing yourself ☒)
WILLIAM J. WHITSITT

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):
SAN JOAQUIN

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
WILLIAM J. WHITSITT, IN PROPRIA PERSONA, 335 W. CLOVER ROAD, TRACY, CA  95376
(209) 221 -1405

**DEFENDANTS**
A. GARTH #1340, WHEATFALL # 429, UNNAMED POLICE OFFICER, TOW OPERATOR CENTRAL TOWING AND TRANSPORTING, CITY OF DUBLIN POLICE SERVICES, ALAMED COUNTY

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):
ALAMEDA COUNTY

Attorneys (If Known)

DUBLIN POLICE SERVICES, 100 CIVIC PLAZA, DUBLIN, CA 94568   (925)828-6670 - CITY ATTORNEY

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:    JURY DEMAND:** ☐ Yes  ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No        ☐ **MONEY DEMANDED IN COMPLAINT: $** 5,000,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
42 U.S.C.A. SECTION 1983 ACTION UNDER THE COLOR OF STATE LAW.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | Habeas Corpus | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of | ☐ 840 Trademark |
| ☐ 891 Agricultural Act | ☐ 190 Other Contract | ☐ 368 Asbestos Personal | ☐ 444 Welfare | Property 21 USC 881 | **SOCIAL SECURITY** |
| ☐ 892 Economic Stabilization Act | ☐ 195 Contract Product Liability | Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 894 Energy Allocation Act | **REAL PROPERTY** | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 210 Land Condemnation | | ☒ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 220 Foreclosure | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 890 Other Statutory Actions | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed?  ☒ No?  ☐ Yes

If yes, list case number(s):                                    *William J Whitsitt*    4-20-08

**FOR OFFICE USE ONLY:**   Case Number: _____

EDCA-JS44 (01/05)                                    **CIVIL COVER SHEET**                                    Page 1 of 2

Oakland-San Francisco

1 WILLIAM  J.  WHITSITT
335  W.  CLOVER  ROAD
2 TRACY,  CA  95376
(209) 221-1405
3 WHITSITTW@GMAIL.COM

4 IN  PROPRIA  PERSONA

FILED **ORIGINAL**

2008 APR 24  P. 3: 10

E-filing

IN UNITED STATES DISTRICT COURT FOR ~~EASTERN~~ *Northern* DISTRICT OF CALIFORNIA ~~SACRAMENTO~~ *San Francisco*

WILLIAM  J.  WHITSITT
        (PLAINTIFF)

---------------VS--------------

Wheatfall # 429  -  Alameda County Sherif

A. Garth # 1340 -  Alameda County Sherif

Unnamed Police Officer Alameda County Sherif

Tow Operator - Central Towing and Transporting

COUNTY OF ALAMEDA SHERIF DEPARTMENT

By & Dublin Police Services

UNNAMED DEFENDANTS
        (DEFENDANTS)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**C08-02139**  BZ

ADR

**COMPLAINT SECTION 1983
FALSE ARREST WRONGFUL
TOW FROM OUTSIDE CITY
JURISDICTION AND
AUTHORITY**

Comes Now, William J. Whitsitt, a Natural Born Citizen of the United States exercising Full Rights of Sovereignty as We The People. I come to this Court Seeking Full Redress and A Remedy At Law. For Sovereignty of We The People See: **CHISHOLM v. GEORGIA (US), 2 Dall 419, 454, 1 L Ed 440, 455 (1793) pp 471-472; BOYD v. STATE OF NEBRASKA, 143 U.S. 135 at 158 (1892) 2 Dall 419.** I come to this Federal District Court to Seek Remedy for a Towing and Seizing

---

**SECTION 1983 COMPLAINT - DUBLIN**                              *Page 1 of 21*

1  My Private Property under the Color and Guise of State Law, in Violation of Due Process of

2  Law. My Private Property was Towed and Seized from the Private Parking area and Private

3  Property. The Vehicle Code has NO Jurisdiction upon Private Property. Thus Arrest and Towing

4  of Vehicle from Private Property Unlawful. I was Arrested on Private Property for a

5

6  Misdemeanor Traffic Violation.

7  # (JURISDICTION)

8  The Venue is Correct, the City of Dublin is in Territorial Limits and Jurisdiction of the

9  Northern District of California.

10  The Subject Matter is Correct, because Section 1983 Grants Statutory Jurisdiction by Act

11

12  of Congress to the U.S. District Court. [1]Original and Federal Question Jurisdiction.

13  I have Standing to Sue because my Federal Rights where Denied under the Color of

14  State Law.

15  "`suit arises under the law that creates the cause of action.'" Id., at 8-9, quoting: **American Well Works Co. v.**
16  **Layne & Bowler Co., 241 U.S. 257, 260 (1916)**.

17  See: **§ 1343. Civil rights and elective franchise**

18  Under the Color and Guise of State Law and City Ordinance the Named Police Officer did

19

20  Unlawfully, Wrongfully Seize my Person (Arrest), Seize and Tow my Vehicle (Property) from

21  Private Property.

22  Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with
23  authority of state law, is action taken "under color of any statute", within this section. Henig v. Odorioso, C.A. 3 (Pa.)
1967, 385 F.2d 491, certiorari denied 88 S. Ct. 1269, 390 U.S. 1016, 20 L. Ed.2d 166, rehearing denied 88 S.
24  Ct. 1814, 391 U.S. 929, 20 L. Ed.2d 671. See, also, Basista v. Weir, C.A. 3 (Pa.) 1965, 340 F.2d 74; Baldwin v.
Morgan, C.A. Ala.1958, 251 F.2d 780; Geach v. Moynahan, C.A. Ill.1953, 207 F.2d 714; Picking v. Pennsylvania
25  R. Co., C.C.A. Pa.1945, 151 F.2d 240, rehearing denied 152 F.2d 753; Nugent v. Sheppard, D.C. Ind.1970, 318
F. Supp. 31
26

27

28  [1]**28 U.S.C. Section 1343 (3)**

1  Misuse of Power Under the Color of State Law (California Vehicle Code) Qualifies

2  Section 1983 Civil Rights Jurisdiction.

3

# (CAUSES OF ACTION UNDER SECTION 1983)

4

5  Here is a Brief List of all Claims for Cause of Action under Section 1983. All Claims

6  are Actions taken Under the Color of State of California Law (Vehicle and Penal Code). Thus,

7  creating Causes of Action under Section 1983.

8

9  *  (# 1.) - (WRONGFUL TOW OF MY VEHICLE FROM OUTSIDE OF COUNTY
         AND CITY JURISDICTION).

10

11  *  (# 2.) - (FALSE ARREST AND CITY OF DUBLIN JURISDICTION).

12  *  (# 3.) - (FALSE IMPRISONMENT).

13

14  *  (# 4.) - (ACTION UNDER THE COLOR OF STATE LAW).

15  *  (# 5.) - (DENIAL OF THE RIGHT TO TRAVEL).

16  *  (# 6.) - (FALSE IMPRISONMENT BY ALAMEDA COUNTY SANTA RITA JAIL).

17  I brings all the Above Causes of Action to the Court for Remedy At Law.

18

19  (# 1.) - WRONGFUL TOW OF MY VEHICLE FROM OUTSIDE COUNTY AND
         CITY JURISDICTION PRIVATE PROPERTY.

20

21  I have [2]Several Witnesses not including myself that the Police Stop took place almost

22  a Half mile within Contra County and the City of San Ramon California. The Stop was

23  outside the County of Alameda and City of Dublin California's Lawful Territorial Boundaries and

24  Jurisdiction. The Argument that I Committed a Traffic Violation in their Presence is Not Valid.

25

26  At first the Police Officer stated that could not read the Old Original License Plate. It had

27

28  [2]Steve Swift, Rick Lincoln, Michael Swift, myself.

SECTION 1983 COMPLAINT - DUBLIN                              *Page 3 of 21*

a April Temporary Sticker in the back Window. The License Plate has a 2009 Current registration Sticker on it. The [3]Police Officers said he was able to Read my License Plate then. He then stated I believe you have a Stop Light out. This is totally Wrong because I just checked all the Lights: Stop Lights, Turn Indicators and Head Lights just within the last half Hour to make sure everything was working and they where. Thus the old Your Stoplight is Out, Excuse for Probable Cause is Not Valid. Let Notice be taken, here I was Not Cited for the Supposed Stop Light being out. It was Lie to Establish Probable Cause. I Demanded that the Police Officer prove to me that my Stop Light was out. They Refused. The Reason they Refused to prove me that Stop Light was out was that it was working. Police Officers are Known Liers under Oath. The Police Officer's Just had to Create a Probable Cause and Excuse for the Unlawful Stop. They had to make up some Excuse for Probable Cause. **See: Berkermer v. McCarthy, No. 83-710, decided July 2, 1984. See also Adams v. Williams, 407 U.S. 143, 148 and Terry v. Ohio, 392 U.S. 34.** The Police Officers where actually looking for Michael Swift who Owned that Dodge Pick Up Truck for many years and was Harassed, Stopped without Justification, Searched and Never Charged for any Real Crime. See: **(Affidavit from Michael Swift)**. The Dublin Police Officers even asked Michael Swift what happened to the Dodge Pick up Truck a couple of weeks earlier.

There was No Legitimate Probable Cause for the Stop other then Thinking they where Stopping Michael Swift, and to Harass him.

---

[3]**Alameda County Sherif Deputys: Whithall # 429; A. Grarth # 1340, who are contracted with the city of Dublin Police Services.**

1    The Stop took place Clearly outside of City Limits and County of Alameda Jurisdiction.

2    Thus, Acting Outside of Their Lawful Jurisdiction and Police Power Authority from the City

3
4    of Dublin California. Thus, Clearly Establishing a Claim and Cause of Action Under Section

5    1983. I have Clear Established my Constitutional Right against Unlawful Stops outside of City

6    of Dublin Police Jurisdiction.

7
8    **Henig v. Odorioso**, C.A. 3 (Pa.) 1967, 385 F.2d 491, certiorari denied 88 S. Ct. 1269, 390 U.S. 1016, 20 L. Ed.2d 166, rehearing denied 88 S. Ct. 1814, 391 U.S. 929, 20 L. Ed.2d 671. See, also, **Basista v. Weir**, C.A. 3 (Pa.) 1965, 340 F.2d 74; **Baldwin v. Morgan**, C.A. Ala.1958, 251 F.2d 780; **Geach v. Moynahan**, C.A. III.1953, 207 F.2d 714; **Picking v. Pennsylvania R. Co.**, C.C.A. Pa.1945, 1 51 F.2d 240, rehearing denied 152 F.2d 753; **Nugent v. Sheppard**, D.C. Ind.1970, 318 F. Supp. 314;

9

10

11    The City of Dublin Police Services and Alameda County Sheriffs Department must Except

12    Responsibility and Liability also because they have Contracted their Police Services and Liability

13
14    to Suit. The Respondent Superior Doctrine is Not being Applied here because of Contractual

15    Obligation and Liability by the City of Dublin Police Services and Alameda County Sheriffs

16    Department.

17

18    Let Judicial Notice be taken, here that **Central Towing** (Towing Agency) Seized, Towed

19    and Stored my Vehicle and is a Named Defendant and Co-Conspirator. The Tow Operator had

20    to have Known that the Vehicle he was Towing was outside of the City of Dublin's Authority

21
22    and Jurisdiction. He must have Known that he was in Contra Costa County and the City of

23    San Ramon's Jurisdiction. The Tow Operator was a Co-Conspirator Acting under the Color of

24    State Law. See: **Bunkley v. Watkins**, C.A. 5 (Fla.) 1978, 567 F.2d 304. See Also: **Weinrauch v. Park City**, CA

25
26    10 (Utah) 1984, 751 F.2d 357. The Tow Operator acted as an Agent and Participated in Action under

27    the Color of State Law. He must have Known and he acted in Deprivation and Violation of

28

1    my Civil and Constitutional Rights. He the Tow Operator did Tow and Seize my Vehicle

2    (Private Property) under the color and guise of State Law. Private Citizens and Tow Operators

3
4    who act with and as Agents of Police and other State or City Agencies are acting under the

5    color of State Law. See: **Bim v. Artison**, E.D. Wis.1989, 721 F. Supp. on subsequent appeal 924 F.2d 1061 on

6    remand 764 F. Supp. 129. The Tow Operator has No Common Law Immunity whatsoever. The Tow

7
8    Operator and Tow Company are all Liable for their Acts under the Color of State Law.

9    The Very minute the Tow Operator took Possession of and Seized and Towed my Vehicle

10   (Private Property) without Probable Cause and Fourth Amendment Seizure Warrant, he became

11
12   a Co-Conspirator with the City of [4]Dublin Police Officers. Thus, the Tow Operator assumes

13   Personal Liability as does the Individually Named Police Officers.

14        Let Notice be Taken here I did warn the Police Officer's that they where Clearly outside

15   their Lawful Jurisdiction and Authority by Stopping me and Seizing of my Vehicle in Contra
16
17   Costa County. I Clearly Established a Violation and Deprivation of my Civil and Constitutional

18   Rights. See: **Saucier v. Katz**, (U.S. 2001), 533 U.S. 194, 121 S. Ct. 2151, 150 L. Ed. 2d. 272; **Wilson v. Layne**, (U.S. Md.

19   1999) 526 U.S. 603, 119 S. Ct. 1692, 143 L. Ed. 2d 818.; **P.B. v. Koch**, C.A.9 (Idaho) 1996, 96 F.3d 1298.

20

21   ## (# 2.) - FALSE ARREST FROM OUTSIDE OF COUNTY OF ALAMEDA AND CITY OF DUBLIN JURISDICTION.

22
23        I was Falsely Arrested from the City of San Ramon And Contra Costa County Under

24   the color of State Law for Vehicle Code Violation Clearly Outside of Alameda County and City

25   of Dublin Jurisdictional Boundaries by. Clearly outside of their Lawful Police Power Jurisdiction.
26

27   _____

28   [4]Alameda County Sherif Deputys: Whithall # 429;  A. Grarth # 1340, who are contracted with the city of Dublin Police Services.

1    Thus establishing a Clearly Established Constitutional Right and Clear Claim of Violation of my

2    Civil Rights against Unlawful Arrest and Seizure of my Person under the Fourteenth Amendment.

3
     I was Falsely Arrested without without Probable Cause outside of their Lawful Jurisdictional
4

5    Police Power Boundaries of Authority. The Named Dublin Police Officers Never called San

6    Ramon or Contra Costa County for Jurisdictional Permission to Arrest me in San Ramon and

7
     Contra Costa County Jurisdiction. Thus, a False Arrest and False Imprisonment.
8

9         The Dublin City Police Officers must have Known that their Acts, Action, Omission and

10   False Arrest where Clearly in Violation thereof and a Deprivation of my Civil and Constitutional

11
     Rights. **I Clearly Objected to their Authority and Jurisdiction to Arrest outside Alameda**
12

13   **County and City of Dublin Boundaries.** Thus a Clearly I established my Constitutional Civil

14   Rights where being Violated and or Deprivated. Probable Cause for Arrest for California Vehicle

15
     Code or Penal Code Violation Authority does NOT Outside the Alameda County and Dublin City
16

17   Limits. Thus Seizure of my Person was Unlawful, Unconstitutional and a Deprivation and

18   Violation thereof my Civil and Constitutional Rights to Personal Liberty, to be Free from

19
     Restraint and Unlawful Imprisonment and or Arrest. This Right to Freedom from Restraint is
20

21   Protected beyond the Due Process of Law clause of the Fourteenth Amendment. It Guaranteed

22   by the Fourth, Fifth, Fourteenth, Ninth and the Privilege and Immunities Clause of the Federal

23
     Constitution. **See: Edwards v. California, 314 U.S. 160, 177, 181 (1941).** I have the Inalienable Constitutional
24
     and Civil Right to be Free in my Person. **See: NEW YORK CITY BD. OF ESTIMATE v. MORRIS, 489 U.S.**
25
26   **688 (1989); MASSACHUSETTS BD. OF RETIREMENT v. MURGIA, 427 U.S. 307.**

27        The INALIENABLE Constitutional and Civil Right to be Free from Arrest and Seizure
28

1

2   of my Person is beyond the Right to Personal Liberty, it is Guaranteed by the Fourth

3   Amendment as well: **Henry v. United States, 361 U.S. 98 (1959); Johnson v. United States, 333 U.S. 10, 16-17**

4   **(1948); Sibron v. New York, 392 U.S. 40, 62-63 (1968).**

5

6        **Thus, I could Not have committed a Misdemeanor in the Deputy Sherif's sight**, to

7   Establish Probable Cause. Thus, establishing False and Unlawful Arrest in Excess of Lawful

8   Authority and Jurisdiction and Creating a Claim and Cause of Action under the Color of State

9
    Law (Section 1983) See: **Id. (quoting Terry v. Ohio, 392 U.S. 1, 19 n.16 (1968)).**
10

11       The City of Dublin Police Services and Alameda County Sheriffs Department must Except

12  Responsibility and Liability also because they have Contracted their Police Services and Liability

13
    to Suit. The Respondent Superior Doctrine is Not being Applied here because of Contractual
14

15  Obligation and Liability by the City of Dublin Police Services and Alameda County Sheriffs

16  Department.

17
        I was Clearly Arrested and Seized from my Freedom and Told that I am Being Arrested
18

19  and Not Free to go on my way. The Named Police Officers Authority and Probable Cause

20  to Stop me Could Not have Lawfully Happened in another County and City Limits. There was

21
    Chase and they where not in Pursuit when I was Stopped in Contra Costa County. Alcosta
22

23  Blvd. is Not within Alameda County and the City of Dublin's Jurisdiction. I was Stopped

24  about 3/8 Miles further East into Contra Costa County and city of San Ramon. The Arrest and

25
    Seizing of my Person was Unlawful and in Violation of the Fourth and Fourteenth Amendments.
26

27       **Police officers, whose important duty to protect the public may involve deprivations of liberty through arrests, are
         entitled only to qualified immunity, Scheuer, 416 U.S. at 245, 94 S. Ct. at 1691.**

28

---

**SECTION 1983 COMPLAINT - DUBLIN**                                              *Page 8 of 21*

1

2    False Arrest and Seizing of my Person Outside of City of Dublin and Alameda County
3    Jurisdiction and Authority Creates Cause of Action under Section 1983. A Police Officer has
4    No Qualified Immunity when they Act absent or outside of Their Lawful Authority and
5
6    Jurisdiction. Thus Clearly Establishing a Violation of and Deprivation of my Civil and
7    Constitutional Rights. My Right to Freedom from Unlawful Arrest is Clearly Established Civil
8    Right. See: **Saucier v. Katz**, (U.S. 2001), 533 U.S. 194, 121 S. Ct. 2151, 150 L. Ed. 2d. 272; **Wilson v. Layne**, (U.S. Md.
9
10   1999) 526 U.S. 603, 119 S. Ct. 1692, 143 L. Ed. 2d 818.; **P.B. v. Koch**, C.A.9 (Idaho) 1996, 96 F.3d 1298.

11   Let Notice be Taken here that Alcosta Blvd is 20 feet beyond the City of Dublin and
12   Alameda County Jurisdictional Boundary Limits. The City of Dublin Police Officers have No
13
14   Authority and our Jurisdiction to be on Alcosta Blvd. Whatsoever. This Police Traffic Stop was
15   initiated 1000 feet on Davona Drive at Interlachen Ave is over 3/8 mile in Contra Costa
16   County and the City of San Ramon California. The Boundary is about 20 feet before Alcosta
17   Blvd. at the Closet and it not within Dublin Police Power Authority and Jurisdiction at any
18
19   point. Dublin Police have No Business, Authority, or Jurisdiction whatsoever on Alcosta Blvd. .
20   This makes a Clear and Convincing Argument of False Imprisonment Cause of Action. The
21   Police Officers where Clearly Outside of their Lawful Jurisdiction and Police Power Authority.
22
23   Let Notice be Taken, here that absent Lawful Jurisdiction and Authority Clearly Denies
24   and Violates Qualified Immunity. The City of Dublin Police Officers have No Jurisdiction
25   whatsoever outside Alameda County and the city of Dublin City Jurisdictional Boundaries. Thus,
26
27   No Immunity or Good Faith Claims Whatsoever.

28

---

1

## (# 3.) - **FALSE IMPRISONMENT.**

2

The  Named  Police  Officers  [5](Wheatfall # 429, A. Garth # 1340,                           )  Did

3

4  Falsely  Imprison  me  at  Santa  Rita  County  Jail  (Alameda  County).  Thus  Responsibility  of  False

5  Imprisonment  falls  on  Alameda  County  and  the  City  of  Dublin  California.  Since  I  was  Imprison

6  at  Santa  Rita  which  is  Owned  and  Operated  by  the  County  of  Alameda  and  its  within  the

7  City  of  Dublin  California's  Property,  Thus,  Alameda  County  and  the  City  of  Dublin  California

8

9  share  Liability.  Let  also  Judicial  Notice  be  taken  here,  that  the  Named  Police  Officer  is  an

10  Alameda  County  Sheriff  Deputies.  Thus  establishing  a  Cause  of  Action  against  the  City  of

11  Dublin  California  and  Alameda  County.

12

13  The  City  of  Dublin  Police  Services  and  the  Alameda  County  Sheriff's  Department  held

14  and  Falsely  Imprisonment  of  my  Person.  I  was  Held  for  Misdemeanor  Traffic  Warrant.  The

15  Police  Officers  Clearly  acted  outside  their   City  of  Dublin  and  County  of  Alameda  Lawful

16

17  Authority  and  Jurisdiction.  I  was  Stopped  well  outside  of  the  City  of  Dublin  and  Alameda

18  County  Jurisdictional  Limits.  No  Probable  Cause  for  a  Traffic  Stop  could  ever  exist  outside  the

19

20  City  of  Dublin  and  Alameda  County  Jurisdictional  Boundary  Limits.  A  Police  Officer  who  is

21  Contracted  under  the  City  of  Dublin  Police  Power  Authority,  does  Not  have that  Authority  in

22  the  City  of  San  Ramon  and  Contra  Costa  County.  That  Shared  Jurisdiction  between  2  Counties

23

24  Does  Not  Exist.  The  Excuse  (Lie)  for  Probable  Cause  (Stop  Light)  out  was  Not  TRUE.  I  had

25  checked  all  my  Lights  within  the  last  Half  Hour.  I  was  Not  even  Cited  for  that  Police  Traffic

26

27

28     [5]Alameda County Deputy Sheriff Officers contracted to the Dublin Police Services.

**SECTION 1983 COMPLAINT - DUBLIN**                                                    *Page 10 of 21*

Stop. The Police Officer first Stated I was Stopped because they could Not read my License Plate. That is why they Stopped me they first stated. Then after about 20 minutes of Checking my License Plate they then stated Oh your Stop was not Working. I Demanded that they Prove that to me. They just Laughed and Refused. They both said your Stop Light was out. I said that is Impossible because I just Checked all my Lights within the last 30 Minutes and they where all working. They again Refused to Show me that the Stop Light was out. I was Handcuffed behind my Vehicle about 30 feet when this event Happened. I was Held Over 45 minutes while they did a Warrant Check, before I was Arrested and Put into the Police Vehicle. They Never Cited me for the Stop light being out. Thus, No Proof of Probable Cause Exists.

Police Officers thought that they where Pulling Over Michael Swift who owned the Vehicle before me. I had just bought it from him in December of 2007. In fact they had asked Michael Swift what happened to the Dodge Pick Up Truck just about a week earlier. The Dublin and San Ramon Police have the Habit of Harassing and Stopping Michael Swift with about 100 Police Stops in 7 years, and never once was he Arrested for any crime. Police officer: (A. Garth # 1340), I believe was one of the Policemen Mike stated asked who asked him about what happened to the Dodge Pick up Truck. I believe I was mistakenly stopped because the Police Officers thought they where Stopping Michael Swift to Harass him.

There was No Real Probable Cause for that Traffic Stop, it was an Unlawful Stop in another City and County's Jurisdiction without Probable Cause. I Subsequently was Arrested and my Vehicle was Seized (Impounded) for (30) Days without Probable Cause and Seizure Warrant

**SECTION 1983 COMPLAINT - DUBLIN**

*Page 11 of 21*

in Violation of the Fourth and Fourteenth Amendments. I was Falsely Imprisoned without Probable Cause and Served Unlawfully a Misdemeanor Traffic Was and Held in Violation of the Fourth and Fourteenth Amendments.

a warrant less arrest must be supported by probable cause. See: **United States v. Vazquez-Pulido**, 155 F.3d 1213, 1216 (10th Cir.), cert. denied , 119 S. Ct. 437 (1998). See also: **Brown v. Texas**, 443 U.S. 47, (1979).

"Where police lack probable cause to make arrest, arrestee has claim under **§ 1983** for false imprisonment based on detention pursuant to that arrest." **Groman  v. Township of Manalapan**, 47 F3d 628 (3rd Cir. 1995).

An Unlawful Traffic Stop outside of City and County Authority and Jurisdictional Limits makes the Subsequent Arrest of my Person and Tow and Seizing of my Vehicle and (30) Day Hold upon my Vehicle (Private Property) Establishes a Clear Constitutional and Civil Right Violation and Deprivation. It further Establishes a Clear Cause of Action under Section 1983. The Named Police Officers has to have and must have Known that acts where Unlawful and in Violation of the Fourth and Fourteenth Amendments.

Let Notice be Taken here that Alcosta Blvd is 20 feet beyond the City of Dublin and Alameda County Jurisdictional Boundary Limits. The City of Dublin Police Officers have No Authority and our Jurisdiction to be on Alcosta Blvd. Whatsoever. This Police Traffic Stop was initiated 1000 feet on Davona Drive at Interlachen Ave is over 3/8 mile in Contra Costa County and the City of San Ramon California. The Boundary is about 20 feet before Alcosta Blvd. at the Closet and it not within Dublin Police Power Authority and Jurisdiction at any point. Dublin Police have No Business, Authority, or Jurisdiction whatsoever on Alcosta Blvd. . This makes a Clear and Convincing Argument of False Imprisonment Cause of Action. The City

**SECTION 1983 COMPLAINT - DUBLIN**

1 of Dublin Police Officers have No Jurisdiction whatsoever outside Alameda County and the city

2 of Dublin City Jurisdictional Boundaries. Thus, No Immunity or Good Faith Claims Whatsoever.

3

4 Absent Jurisdiction and Authority makes the Police Officer's Stop, Arrest of my Person and

5 Seizure of my Vehicle (Private Property) and Subsequent Hold for (30) days Unlawful and in

6 Violation of Fourth, Fourteenth Amendments and Section 1983.

7

## (QUALIFIED IMMUNITY)

8

9 The Named Police Officers (Sheriffs Deputies) cannot Claim Qualified and or Good Faith

10 Immunity as a Defense. I Clearly Objected and Established my Civil and Constitutional Rights

11

12 and that the Named [6]Officers was Arresting me and Seizing my Person and Vehicle Property

13 from outside of their Lawful Jurisdiction and Authority.

14 Let Notice be Taken here that Alcosta Blvd is 20 feet beyond the City of Dublin and

15

16 Alameda County Jurisdictional Boundary Limits. The City of Dublin Police Officers have No

17 Authority and our Jurisdiction to be on Alcosta Blvd. Whatsoever. This Police Traffic Stop was

18 initiated 1000 feet on Davona Drive at Interlachen Ave is over 3/8 mile in Contra Costa

19

20 County and the City of San Ramon California. The Boundary is about 20 feet before Alcosta

21 Blvd. at the Closet and it not within Dublin Police Power Authority and Jurisdiction at any

22 point. Dublin Police have No Business, Authority, or Jurisdiction whatsoever on Alcosta Blvd. .

23

24 This makes a Clear and Convincing Argument of False Imprisonment Cause of Action. The City

25 of Dublin Police Officers have No Jurisdiction whatsoever outside Alameda County and the city

26 of Dublin City Jurisdictional Boundaries. Thus, No Immunity or Good Faith Claims Whatsoever.

27

28 [6]Wheatfall # 429, A. Garth # 1340, and (  )

Absent Jurisdiction and Authority makes the Police Officer's Stop, Arrest of my Person and Seizure of my Vehicle (Private Property) and Subsequent Hold for (30) days Unlawful and in Violation of Fourth, Fourteenth Amendments and Section 1983. There is No Question and it is Very Clear that Qualified Immunity Defense is NOT Available to Police Officers who Deliberately, Wantonly and Knowingly Violate their Lawful Authority and Jurisdiction and Law. Police Officers who Deliberately Violate their Lawful Jurisdiction and Authority and Violate the Law have NO Qualified Immunity Claim whatsoever. **See: P.B. v. Koch, C.A.9 (Idaho) 1996, 96 F.3d 1298.**

See Also: Harlow v. Fitzgerald, 457 U.S. 800, 818 (1982); P.B. v. Koch, C.A.9 (Idaho) 1996, 96 F.3d 1298. See also: Herb Hallman Chevrolet, Inc. v. Nash-Holmes, No. 97-15275, 1999 WL 104736 (9th Cir. Mar. 3, 1999); Anderson v. Creighton, 483 U.S. 635 (1987); Allen v. Sakai, 48 F.3d 1082, 1087 (9th Cir. 1994).

When Police Officers Break the Law and Violate their Jurisdictional Boundaries and Authority they Law Breakers and Reduced to Common Criminals acting under the Color and Guise of State Law and City Police Powers. Every Police Officer must Know where their their City and County Jurisdictional Boundaries lie. There is No Excuse of Good Faith for acting outside of Lawful Jurisdictional Boundaries of Authority of City and County Police Powers. Thus, Clearly Established Constitutional and Civil Right Violated. **See: Wilson v. Layne, (U.S. Md. 1999) 526 U.S. 603, 119 S. Ct. 1692, 143 L. Ed. 2d 818. see also: Saucier v. Katz, (U.S. 2001), 533 U.S. 194, 121 S. Ct. 2151, 150 L. Ed. 2d. 272.**

The Police Officers cannot Claim Acting in Good Faith when they Clearly Acted Outside of City of Dublin and Alameda County Jurisdictional Boundaries of Police Power Authority. This is Not Acting within the Outer Limits of their City of Dublin and County of Alameda Police Power Authority and Jurisdiction.

1

2

Qualified Immunity protects public officials when "their conduct does not violate clearly established statutory or constitutional rights of which a reasonable person would have known." Harlow v. Fitzgerald, 457 U.S. 800, 818 (1982).

3

4

5

6

Their can be No Claims of Acting within Good Faith, because the Officers had to have Known where their Jurisdictional Boundaries are at. They had to have Known their City Limits and Jurisdictional Boundaries. Good Faith cannot endure a Clearly Marked Jurisdictional Boundary.

7

8

9

10

11

12

13

14

15

16

17

18

The Argument that they are Alameda County Sheriffs Deputies Contracted to work for the City of Dublin California and thus can transcend City Boundaries is Not Valid Argument here. The City Boundary is also the Alameda - Contra Costa County Boundary. That Boundary is Clearly 20 feet beyond the Sidewalk of Alcosta Blvd. and not within the City of Dublin and Alameda County Jurisdiction. They lack the Jurisdictional Boundary Authority to even Patrol Alcosta Blvd at any Point. They made No Call to the City of San Ramon and Contra Costa County seeking Temporary Permission and Jurisdiction; to Stop me for a Traffic Stop, in that other City and County's Jurisdiction. Thus, failure of Subjective Good Faith Tests and further denial of Qualified Immunity. See: Harlow v. Fitzgerald, 457 U.S. 800, 818 (1982), 102 S. Ct. at 2739.

19

20

21

22

23

24

25

26

I Guess the Named Police Officer's must have thought I would Not have Noticed that they where Clearly outside of their Lawful Authority and Jurisdictional Boundary. They have Obviously thought wrong. The Transcending of City and County Boundaries of Police Power Authority and Jurisdiction is Clear and Convincing Violation, Deprivation of my Clearly Established Constitutional and Civil Rights. There is No Immunity for Violating the Clearly Established City Police Power Authority and Jurisdictional Boundaries.

27

28

The Excuse (Lie) for Probable Cause (Stop Light) out was Not TRUE. I had checked

---

**SECTION 1983 COMPLAINT - DUBLIN**

*Page 15 of 21*

all my Lights within the last Half Hour. I was Not even Cited for that Police Traffic Stop. The Police Officer first Stated I was Stopped because they could Not read my License Plate. That is why they Stopped me they first stated. Then after about 20 minutes of Checking my License Plate they then stated Oh your Stop was not Working. I Demanded that they Prove that to me. They just Laughed and Refused. They both said your Stop Light was out. I said that is Impossible because I just Checked all my Lights within the last 30 Minutes and they where all working. They again Refused to Show me that the Stop Light was out. I was Handcuffed behind my Vehicle about 30 feet when this event Happened. I was Held Over 45 minutes while they did a Warrant Check, before I was Arrested and Put into the Police Vehicle. They Never Cited me for the Stop light being out. Thus, No Proof of Probable Cause Exists. **They had to Invent Probable Cause to Justify the Traffic Stop.** They thought that they Pulled Over Michael Swift so they could Harass him. Michael has a Valid Driver's License and his Vehicles are all Registered. He really did Not do anything wrong, the Police just loved to harass him.

**Let Notice be Taken here, that I have [7]3 Witnesses that the Police Traffic Stop did occur in the City of San Ramon and Contra Costa County. Let Notice also be taken here, that Steve Swift my Friend offered to Drive my Vehicle to his House so it would Not be Towed, and the Lady Police Officer Refused that Offer.**

Thus, Clearly Violation an Established Constitutional and Civil Right and Violating

---

[7]Steve Swift, Rick Lincoln, Michael Swift.

Qualified Immunity. The Police Officers Named, Clearly Intentionally, Deliberately, Wantonly and Knowingly wanted to Violate, Deprivate my Constitutional and Civil Rights.

# (# 4.) - **CONSPIRACY UNDER THE COLOR OF LAW.**

I must also bring the Claim of Actions under the Color of State Law Pursuant to a Conspiracy. The Named Defendants all acted Pursuant to a Contractual Agreement in acts, Actions of Actual Deprivations and Violations of my Civil and Constitutional Rights. They all Acted in Agreement Pursuant to the Same Conspiracy. They acted with the Same Agreement and Pursuant to the Same Deprivation and Violation of my Civil and Constitutional Rights under the Color of State Law. See: **Lawline I, v. American Bar Ass n, N.D. Ill. 1990, 738 F. Supp. 288, affirmed 956 F.2d 1378, certiorari denied 114 S. Ct. 551, 126 L. Ed.2d 452.**

The Evidence of a Conspiracy here the Police (Sheriff's Deputy) Stopped me and Arrested and Seized my Person upon Private Property then Called the Tow Company CENTRAL TOWING AND TRANSPORTING and Unnamed Tow Operator who Seized and Towed my Vehicle Property. This was all Carried out with the City of Dublin Agreement with the Property Owners to provide Police Services (Security) for Private Property. The County of Alameda Deputy Sheriffs are Contracted to the City of Dublin Police Services.

All the Named Defendants did Act Pursuant to a Conspiracy to Deny, Deprivate and Violate my Constitutional and Civil Rights under the Color of State Law or City Ordinance.

# (# 5.) - **DENIAL OF THE RIGHT TO TRAVEL.**

Denial of the Inalienable Right to Travel and Use the Public Roads and Highways for the Right to Private Travel. This is a Very Controversial Subject of Right-Privilege to Drive

---

upon the Public Roads and Highways for Private Travel. But Never the Less it must be brought up for Discussion and Review and this Court must Address this issue. The Right to Travel upon the Public Roads and Highways is Inalienable Right that is Subject to Safety Regulations and Not Conditions of Use thereof. See: **Packard v. Banton, 264 U.S. 140, 144  44 S. Ct. 257, 68 L. Ed. 598.** What good is the Inalienable Constitutional and Civil Right to Travel if I the State of California can Condition that Right to a Driver's License Privilege? What Good is the Right to Use the Public Roads and Highways when the Right to Drive my Vehicle upon them is  Conditioned upon a Driver's License Privilege, that can be Suspended, Revoked and Conditioned as the California Legislature deems Proper or Necessary. The Right to Use of the Public Roads Highways for Private Travel is Not a State Granted  Privilege. It is an Inalienable Constitutional and Civil Right of National Citizenship. See: **Vandalia R. R. Co. v. Public Service Commission, 242 U.S. 255 , 37 S. Ct. 93; Missouri Pacific Ry. Co. v. Larabee Flour Mills Co., 211 U.S. 612 , 29 S. Ct. 214. (Emphasis Added).** The U.S. Supreme Court called it a Right and a Privilege and Immunities of National Citizenship. See: **United States v. Guest, 383 U.S. 745, 757-758 (1966).** This Right to Travel and The Right to Drive upon the Public Roads and Highways must be Addressed.

My Right to Use the Public Roads and Highways in a Safe Manner is Partaking a Right to Personal Liberty which is Not a State of California Granted Privilege. The Right to Personal Liberty includes the Right to Use the Public Roads and Highways for Private Travel. This is a Right that is Protected and Guaranteed by the Fourteenth Amendment.

"The right to travel is a part of the 'liberty' of which the citizen cannot be deprived without due process of law under the Fifth [and Fourteenth Amendments]. ... In Anglo-Saxon law that right was emerging at least as early as the

1  Magna Carta. See <u>Crandall v Nevada</u>, 6 Wall. 35, 44 [18 L ed 745, 747]; <u>Williams v Fears</u>, 179 U. S. 270, 274
   [45 L ed 186, 188, 21 S Ct 128]; <u>Edwards v California</u>, 314 U. S. 160 [86 L ed 119, 62 S Ct 164]." See also
2  <u>Aptheker v Secretary of State</u>, 378 US 500, 12 L ed 2d 992, 84 S Ct 1659.

3      The Right to Free Movement also includes the Fourth Amendment Right to be Free from
4
5  Unreasonable Seizure and Restraint of my Person by Arrest which are under the Color and
6  Guise of State Law (Police Power). The Right to Personal Liberty and the Right to Travel is
7  is Regulated Right Not a Mere Conditional Granted Privilege. See: <u>Blake v. McClung</u>, 172 U.S. 239, 256,
8
9  19 S. Ct. 165, 172, 43 L.Ed. 432. <u>Edwards v. California</u>, 314 U.S. 160, 62 S.Ct. 164, 86 L.Ed. 119 at 170. The Founding
10 Fathers believed that the Right to Personal Liberty is the most sacred Right. See:

11     "The fundamental maxims of a free government seem to require, that the rights of personal liberty and private
12     property should be held sacred." <u>Wilkinson v. Leland</u>, 2 Pet. 627, 657, 27 U.S. 627, 7 L.Ed. 542. <u>Thiede v. Scandia
       Valley</u>, 14 N.W. 2d 400 at 405.

13     The Concepts of Personal Liberty have the Fourth and Fourteenth Amendments almost
14
15 Running into each other. The Protection overlaps each other in those Constitutional Guarantees.
16 See: <u>WOLF V. PEOPLE OF THE STATE OF COLO.</u>, 338 U.S. 25 (1949). Thus, protection of the Right to Personal
17
18 Liberty is Protected by the Fourth and Fourteenth Amendments. The Right to Personal Liberty
19 is more than mere Grant by the Federal Constitution and beyond the mere Due Process
20 Protection. This Right to Personal Liberty is Not Conditional Privilege granted by California
21
22 Legislature. I don't need a Grant of Privilege from California Legislature.

# (# 6.) - <u>(FALSE IMPRISONMENT BY ALAMEDA COUNTY SANTA RITA JAIL).</u>

23
24
25     The County of Alameda must share in the Liability because they Held me (Seized my
26 Person) at Santa Rita Jail. They Falsely Imprisoned me for (1) Day so False Imprisonment is
27 a Legitimate Cause of Action under Section 1983. The County of Alameda can be held liable
28

pursuant to a Conspiracy. I was Held Unjustly in Violation of the Fourth and Fourteenth Amendments. This is Not a Respondent Superior Action Against the County of Alameda. The County of Alameda is a Municipal Corporation and thus it is a Person under the Color of State Law and Pursuant to a Conspiracy. They the County of Alameda cannot Claim Qualified Immunity. They Held me at Santa Rita Jail for several hours and thus they must share Liability. Now to the agreement, I was Held in their Jail and taken there by Alameda County Sheriff Deputy working for the City of Dublin. She is also Named in the Complaint. Santa Rita Jail is the City of Dublin Jail by Contracted Services.

"[A] municipality is not entitled to the shield of qualified immunity from liability under S 1983." Brandon v. Holt, 469 U.S. 464, 473 (1985); see also Chew v. Gates, 27 F.3d 1432, 1439 (9th Cir. 1994).

The County of Alameda must bear some of the Liability because I was Held Unlawfully in Their Jail. The County of Alameda is a Municipal Corporation and Liable for False Imprisonment. They have Contractual Agreement with all the Named Defendants.

## **(IN CONCLUSION)**

In Conclusion I Move the Court to Grant the Fallowing Remedy in Damages and Punitive Damages.

DAMAGES FROM CITY OF DUBLIN FOR FALSE ARREST AND UNLAWFULLY SEIZING AND TOWING MY VEHICLE $ 2,500,000.00 = TWO MILLION FIVE HUNDRED THOUSAND DOLLARS.

DAMAGES FROM THE ALAMEDA COUNTY SHERIF"S DEPARTMENT FOR FALSE IMPRISONMENT AND CRUEL AND UNUSUAL PUNISHMENT $ 250,000.00 = TWO HUNDRED FIFTY THOUSAND DOLLARS.

DAMAGES FROM CENTRAL TOWING AND TRANSPORTING FOR ACTING PURSUANT TO

1  CONSPIRACY TO SEIZE MY VEHICLE IN VIOLATION OF THE FOURTH AMENDMENT AND
   FORFEITURE WITHOUT FORFEITURE HEARING. $ 500,000.00 FIVE HUNDRED THOUSAND
2  DOLLARS. PLUS FOR FORFEITURE OF MY VEHICLE LOSS OF MY PROPERTY FOR
   FOR A MONTH OR MORE $ 50,000.00 = FIFTY THOUSAND DOLLARS.
3

4

5       I ALSO SEEK $ 500.000.00 Five HUNDRED THOUSAND DOLLARS FROM EACH
6  NAMED DEFENDANT FOR PUNITIVE DAMAGES AND I AVAIL MYSELF TO ANY
   OTHER REMEDIES OF THIS COURT, THAT IT DEEMS NECESSARY AND PROPER.
7
        I SEEK $50,000.00 FIFTY THOUSAND DOLLARS FOR ACTUAL LOSS     OF
8  VEHICLE USE FROM THE CITY OF DUBLIN.
9
        I MOVE THE COURT TO GRANT ALL DAMAGES DEMANDED FOR IN THE
10

11 COMPLAINT.

12

13 I WILLIAM J. WHITSITT, _____ THIS THE 12-th DAY OF APRIL 2008, DO HEREBY DECLARE AND
   AFFIRM THAT ALL THE ABOVE FACTS ARE TRUE AND CORRECT UNDER THE PENALTY OF LAW.
14

15

16 LET JUDICIAL NOTICE BE TAKEN HERE THAT A JURY TRIAL IS WAIVED AND I
   MASTER OF THIS CASE AND I WILL ALONE WILL DECIDE WHICH LAW IT WILL
17 PROCEED UNDER. SEE: FAIR, THE, v. KOHLER DIE & SPECIALTY CO., 228 U.S. 22 (1913); FRANCHISE TAX BD.
   v. LABORERS VACATION TRUST, 463 U.S. 1 (1983); : Merrell Dow Pharmaceuticals, Inc. v. Thompson, 478 U.S. 804, 809
18 , n. 6 (1986); Caterpillar Inc. v. Williams, 482 U.S. 386, 392 (1987); Ultramar America Ltd. v. Dwelle, 900 F.2d 1412,
   1414 (9th Cir. 1990).
19

20

21       I ALSO RETAIN THE RIGHT TO AMEND, ALTER COMPLAINT AS NEEDED AND TO ADD OR
   SUBTRACT DEFENDANTS AS NEEDED.
22

23

24                     RESPECTFULLY  SUBMITTED
25
26                     WILLIAM  J.  WHITSITT
27                     DATED: April 13, 2008
28

# DEFENDANTS CONTACT INFORMATION

**DUBLIN POLICE SERVICES**
**100 Civic Plaza**
**Dublin, CA   94568**
**(925) 833-6670**
**Fax (925) 828-2893**


**CENTRAL TOWING AND TRANSPORT   Tow Agency**
**FREMONT - Main Office**
**36849 San Pedro Drive**
**Fremont, CA 94536**
**(510) 797 - 5660**


**Alameda County Sheriff's Office**                    Attn:  Kelly Martinez - Civil
Litigation
**Internal Affairs Section**
**1401 Lakeside Drive, 7th Floor**
**Oakland, California, 94612**