Clear Form

FILED

2008 APR 24 PM 3: 10

CLERK ...ING
NORTHERN ... COURT
... CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

William J. Whitsitt ) C08-02139  BZ
)
    Plaintiff, ) CASE NO. _____
)
vs. ) APPLICATION TO PROCEED
A. Garth # 1340, Wheatfall # 429, Unnamed Police ) **IN FORMA PAUPERIS**
Officer, Tow Operator Central Towing and ) (Non-prisoner cases only)     ADR
Transporting et al. Dublin Police Services Alameda )
    Defendant. )

I, William J. Whitsitt _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?    Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | 1-10-08  $ 3000.00  $ 2500.00
3 |
4 |

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment?     Yes ___ No ✓

    b. Income from stocks, bonds, or royalties?     Yes ___ No ✓

    c. Rent payments?     Yes ___ No ✓

    d. Pensions, annuities, or life insurance payments?     Yes ___ No ✓

    e. Federal or State welfare payments, Social Security or other government source?     Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?     Yes ___ No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.    a. List amount you contribute to your spouse's support: $ _____

     b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1        children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2   _____
3   _____
4   5.    Do you own or are you buying a home?        Yes ____ No ✓
5   Estimated Market Value: $_____ Amount of Mortgage: $_____
6   6.    Do you own an automobile?                   Yes ____ No ____
7   Make Jeep _____ Year 1979 _____ Model CJ7 _____
8   Is it financed? Yes ____ No ✓ If so, Total due: $ _____
9   Monthly Payment: $ _____
10  7.    Do you have a bank account?  Yes ____ No ✓ (Do not include account numbers.)
11  Name(s) and address(es) of bank: _____
12  _____
13  Present balance(s): $ _____
14  Do you own any cash? Yes ____ No ____ Amount: $ _____
15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16  market value.)                                    Yes ____ No ✓
17  _____
18  8.    What are your monthly expenses?
19  Rent: $ 450.00 _____              Utilities: 120.00 _____
20  Food: $ 220.00 _____              Clothing: 70.00 _____
21  Charge Accounts:
22  Name of Account          Monthly Payment              Total Owed on This Account
23  _____               $ _____                 $ _____
24  _____               $ _____                 $ _____
25  _____               $ _____                 $ _____
26  9.    Do you have any other debts? (List current obligations, indicating amounts and to whom
27  they are payable.  Do not include account numbers.)
28  _____

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

| 4-20-08 | William J. Whitsitt |
|---------|---------------------|
| DATE    | SIGNATURE OF APPLICANT |