Clear Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

William J. Whitsitt

                  Plaintiff,

vs.

Wheatfall # 429; A. Garth # 1340; Unnamed Police Officer ; City of Dublin Police Services

                  Defendant.

CASE NO. C08--02139BZ

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, William J. Whitsitt, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

Clear Form

FILED
06 MAY 15 PM 12: 56

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

William J. Whitsitt                     )
                                        )
                                        )
                        Plaintiff,      )   CASE NO. C08--02139BZ
                                        )
        vs.                             )   APPLICATION TO PROCEED
Wheatfall # 429; A. Garth # 1340; Unnamed Police )  IN FORMA PAUPERIS
Officer ; City of Dublin Police Services )  (Non-prisoner cases only)
                                        )
                        Defendant.      )

I, __William J. Whitsitt_____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.      Are you presently employed?                    Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 and wages per month which you received.

2 January 10, 2008, Perry Tool & Research, 3415 Enterprize Ave, Hayward, CA 94545

3 Gross for January 2008: 710.00  Net: 622.00

4 _____

5 2. Have you received, within the past twelve (12) months, any money from any of the

6 following sources:

7    a. Business, Profession or                Yes ___ No ✓

8       self employment?

9    b. Income from stocks, bonds,             Yes ___ No ✓

10       or royalties?

11    c. Rent payments?                                Yes ___ No ✓

12    d. Pensions, annuities, or                 Yes ___ No ✓

13       life insurance payments?

14    e. Federal or State welfare payments,      Yes ✓ No ___

15       Social Security or other govern-

16       ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19 Unemployment Insurance 272.00 per week, 1088.00 per month

20 _____

21 3. Are you married?                                    Yes ___ No ✓

22 Spouse's Full Name: _____

23 Spouse's Place of Employment: _____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____ Net $_____

26 4.    a. List amount you contribute to your spouse's support: $_____

27    b. List the persons other than your spouse who are dependent upon you for support

28       and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1 | children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2 | _____

3 | _____

4 | 5.   Do you own or are you buying a home?   Yes ___ No ✓

5 | Estimated Market Value: $_____ Amount of Mortgage: $_____

6 | 6.   Do you own an automobile?   Yes ✓ No ___

7 | Make Jeep   Year 1979   Model CJ7

8 | Is it financed? Yes ___ No ✓   If so, Total due: $ _____

9 | Monthly Payment: $ _____

10 | 7.   Do you have a bank account?   Yes ___ No ✓ (Do not include account numbers.)

11 | Name(s) and address(es) of bank: _____

12 | _____

13 | Present balance(s): $ _____

14 | Do you own any cash? Yes ___ No ✓   Amount: $ _____

15 | Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16 | market value.)   Yes ___ No ✓

17 | _____

18 | 8.   What are your monthly expenses?

19 | Rent: $ 450.00   Utilities: 50.00

20 | Food: $ 250.00   Clothing: 75.00

21 | Charge Accounts:

22 | <u>Name of Account</u>   <u>Monthly Payment</u>   <u>Total Owed on This Account</u>

23 | _____   $ _____   $ _____

24 | _____   $ _____   $ _____

25 | _____   $ _____   $ _____

26 | 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom

27 | they are payable. Do not include account numbers.)

28 | _____

- 3 -

1
2    10.   Does the complaint which you are seeking to file raise claims that have been presented in
3    other lawsuits?   Yes ___  No _✓_
4    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5    which they were filed.
6
7
8    I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9    false statement herein may result in the dismissal of my claims.
10
11   5-14-08
12      DATE                                    SIGNATURE OF APPLICANT
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28