```
1  WILLIAM J. WHITSITT
2  335 W. CLOVER ROAD
   TRACY, CA  95376
3  (209) 221-1405
   WHITSITTW@GMAIL.COM
4
5  IN PROPRIA PERSONA
```

FILED
08 JUL -1 PM 1:29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF CALIFORNIA SACRAMENTO

| | |
|---|---|
| WILLIAM J. WHITSITT<br>(PLAINTIFF)<br><br>---------------VS--------------<br><br>Wheatfall # 429 - Alameda County Sherif<br><br>A. Garth # 1340 - Alameda County Sherif<br><br>Unnamed Police Officer Alameda County Sherif<br><br>Tow Operator - Central Towing and Transporting<br><br>COUNTY OF ALAMEDA SHERIF DEPARTMENT<br><br>City of Dublin Police Services<br><br>10 UNNAMED DEFENDANTS<br>(DEFENDANTS) | CASE NO: C08-02139 BZ<br><br>**CHANGE CASE MANAGEMENT CONFERENCE HEARING DATE** |

I William J. Whitsitt, Move the Court to Grant CHANGING the Hearing Date set for **August 4th, 2008.** I Move the Court to Grant a Move of that Case Management Hearing Court Date for Just Cause. I will be Gone from August 2nd, 2008 till August 11th, 2008. This Trip has been Planned since April 1st, 2008. I Move the Court to change this Court date by Moving after to after 14th of August 2008. I am sorry for not Notifying this Court sooner, I just

---

**MOVE - CHANGE C08-02139 BZ CMC HEARING DATE**                                          Page 1 of 2

1  missed that I had that trip planned for that same week. I Move the Court and Pray that this
2  Court will Grant the moving of that Case Management Conference Hearing. I thus, Move the
3  to Grant this Moving of Case Management Conference Hearing Date. I Sincerely Thank the
4  Court for its Understanding in this matter.

I WILLIAM J. WHITSITT, _William J W Whitsitt_, THIS THE _30th_ DAY OF JUNE 2008, DO HEREBY DECLARE AND AFFIRM THAT ALL THE ABOVE FACTS ARE TRUE AND CORRECT UNDER THE PENALTY OF LAW.

I ALSO RETAIN THE RIGHT TO AMEND, ALTER COMPLAINT AS NEEDED AND TO ADD OR SUBTRACT DEFENDANTS AS NEEDED.

RESPECTFULLY SUBMITTED

_William J Whitsitt_
WILLIAM J. WHITSITT
DATED: June 30, 2008

---

**MOVE - CHANGE C08-02139 BZ CMC HEARING DATE**                                           *Page 2 of 2*