1  WILLIAM J. WHITSITT
2  335 W. CLOVER ROAD
   TRACY, CA 95376
3  (209) 221-1405
   WHITSITTW@GMAIL.COM
4
5  IN PROPRIA PERSONA

FILED
08 JUL -1 PM 1:29

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7  IN UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF CALIFORNIA SACRAMENTO

|  |  |
|---|---|
| WILLIAM J. WHITSITT<br>(PLAINTIFF)<br><br>----------VS----------<br><br>Wheatfall # 429 - Alameda County Sherif<br><br>A. Garth # 1340 - Alameda County Sherif<br><br>Unnamed Police Officer Alameda County Sherif<br><br>Tow Operator - Central Towing and Transporting<br><br>COUNTY OF ALAMEDA SHERIF DEPARTMENT<br><br>City of Dublin Police Services<br><br>10 UNNAMED DEFENDANTS<br>(DEFENDANTS) | CASE NO: C08-02139 BZ<br><br>CHANGE CASE MANAGEMENT CONFERENCE HEARING DATE |

I William J. Whitsitt, Move the Court to Grant CHANGING the Hearing Date set for August 4th, 2008. I Move the Court to Grant a Move of that Case Management Hearing Court Date for Just Cause. I will be Gone from August 2nd, 2008 till August 11th, 2008. This Trip has been Planned since April 1st, 2008. I Move the Court to change this Court date by Moving after to after 14th of August 2008. I am sorry for not Notifying this Court sooner, I just

missed that I had that trip planned for that same week. I Move the Court and Pray that this Court will Grant the moving of that Case Management Conference Hearing. I thus, Move the to Grant this Moving of Case Management Conference Hearing Date. I Sincerely Thank the Court for its Understanding in this matter.

I WILLIAM J. WHITSITT, _[signature]_, THIS THE 30th DAY OF JUNE 2008, DO HEREBY DECLARE AND AFFIRM THAT ALL THE ABOVE FACTS ARE TRUE AND CORRECT UNDER THE PENALTY OF LAW.

I ALSO RETAIN THE RIGHT TO AMEND, ALTER COMPLAINT AS NEEDED AND TO ADD OR SUBTRACT DEFENDANTS AS NEEDED.



RESPECTFULLY SUBMITTED

_[signature]_
WILLIAM J. WHITSITT
DATED: June 30, 2008

Order

GRANTED. Case Management Conference continued to August 18, 2008 at 4:00 p.m. Plaintiff shall serve this Order on defendants.

Date: July 3, 2008

**MOVE - CHANGE C08-02139 BZ CMC HEARING DATE**          *Page 2 of 2*