**FILED**
JUL 0 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

William J. Whitsitt,                                    No. C 08-2139 BZ

        Plaintiff(s),                         **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

   v.

Wheatfall #429 Alameda County Sheriff, et al.,

        Defendant(s).
_____ /

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 6-19-08

William J Whitsitt
_____
Signature

Counsel for  Plaintiff
(Plaintiff, Defendant or indicate "pro se")

n:\forms\consent-decline.frm