# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

## RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

July 11, 2008

To: **Daphne C. Lin**
Trump, Alioto, Trump & Prescott, LLP
2201 Walnut Ave. Ste. 200
Fremont, CA 94538

Re: William J. Whittsitt v. Wheatfall, et al. C 08-2139 BZ

Dear Counsel:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman. A hearing has since been scheduled for August 13, 2008 at 10:00a.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636, each party must consent to, or decline to proceed before, Judge Zimmerman. We have no record of your decision.

At www.cand.uscourts.gov you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline. A party is free to withhold consent without adverse consequences. Please complete and electronically file the appropriate form within ten days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

/s/ Simone Voltz

By:   Simone Voltz
Courtroom Deputy

N:\Civil Forms\CONSENTEFILE.LTR.wpd