1  RICHARD E. WINNIE [68048]
   County Counsel
2  By: Diane Graydon [164095]
   Deputy County Counsel
3  Office of County Counsel, County of Alameda
   1221 Oak Street, Suite 450
4  Oakland, California 94612
   Telephone:    (510) 272-6700
5  Attorneys for County of Alameda

6

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  WILLIAM J. WHITSITT,                        Case No.: C08-02139 BZ
                              Plaintiff,
12
               v.
13                                               DEFENDANT COUNTY OF ALAMEDA'S
    DEPUTY SHERIFF WHEATFALL, BADGE              REQUEST FOR JUDICIAL NOTICE OF
14  #429; DEPUTY SHERIFF A. GARTH, BADGE         PLAINTIFF'S PREVIOUSLY FILED
    # 1340; UNNAMED POLICE OFFICER;             ACTIONS: C08-01802 JSW; and C08-
15  CENTRAL TOWING & TRANSPORT; COUNTY           01803 EDL; C08-02138-CW
    OF ALAMEDA, SHERIFF'S DEPARTMENT;
16  CITY OF DUBLIN POLICE SERVICES;
    UNNAMED DEFENDANTS                           Date: September 3, 2008
17                            Defendant.         Time: 10:00 am
                                                 Courtroom: G
18

19

20

21

22       Pursuant to USCS Fed Rules Evid, Rule 201, Defendant's Deputy Sheriff Wheatfall,

23  Deputy Sheriff A. Garth, County of Alameda, Sheriff's Department, City of Dublin Police

24  Services, (herinafter, "COUNTY DEFENDANTS,")  respectfully request the Court take Judicial

25  Notice of Plaintiff, William J. Whitsitt's, Complaints filed in C08-02138-CW; C08-01802 JSW;

26  and C08-01803 EDL, which DEFENDANTS believe allege civil rights violations purporting to

27  arise from the same acts and events from which the current Complaint, C08-02139 BZ, arises.

28

---

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE; Case No. C08-02139**

1       Pursuant to USCS Fed Rules Evid, Rule 201, COUNTY DEFENDANTS also request the

2   court take judicial notice of all orders made in the related cases.  This request is made as

3   courtesy to the Court to prevent re-litigation of issues previously adjudicated, and to ensure

4   the finality of all previous decisions and orders.

5       The Complaints and Orders are attached herein as Exhibits 1-11.

6

7   DATED:   July 15, 2008                 RICHARD E. WINNIE

8                                              County Counsel in and for the County of
    Alameda, State of California

9

10                                          *s/ Diane C. Graydon*

11                               By _____
                                         DIANE C. GRAYDON

12                                       Deputy County Counsel
                                         Attorneys for County Defendants

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE;  Case No. C08-02139**

1   WILLIAM J. WHITSITT
2   335 W. CLOVER ROAD
    TRACY, CA 95376
3   (209) 221-1405
    WHITSITTW@GMAIL.COM
4
    IN PROPRIA PERSONA
5
6
7

**ORIGINAL**

**FILED**

APR 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

Northern Dist     San Francisco

8   IN UNITED STATES DISTRICT COURT FOR ~~EASTERN~~ DISTRICT OF CALIFORNIA ~~SACRAMENTO~~
9

10   WILLIAM J. WHITSITT
     (PLAINTIFF)
11
     ------------VS------------
12
13   Central Towing Transport-TOWING STORAGE AGENCY
14   COUNTY OF ALAMEDA
15   City of Dublin Police Services
16
17   10 UNNAMED DEFENDANTS
     (DEFENDANTS)
18
19

)
)
)
)
)
)  **C08-02138  CW**
)  **COMPLAINT SECTION 1983**
)  **FALSE IMPRISONMENT UNLAWFUL**
)  **TOW FROM OUTSIDE OF CITY**
)  **AND COUNTY AUTHORITY**
)  **AND CONSPIRACY UNDER THE**
)  **COLOR OF STATE LAW.**
)
)
)
)
)
)
)

20   Comes Now, William J. Whitsitt, a Natural Born Citizen of the United States exercising

21   the Full Rights of Sovereignty as We The People. I come to this Court Seeking Full

22   Redress and A Remedy At Law. For Sovereignty of We The People See: CHISHOLM v. GEORGIA

23   (US), 2 Dall 419, 454, 1 L Ed 440, 455 (1793) pp 471-472; BOYD v. STATE OF NEBRASKA, 143 U.S. 135 at 158 (1892)

24   2 Dall 419. I come to this Federal District Court to Seek Remedy for a Towing and Seizing

25   My Private Property under the Color and Guise of State Law, in Violation of Due Process of

26   Law. My Private Property was Towed and Seized from the Private Parking area and Private

27

28

1  Property. The Vehicle Code has NO Jurisdiction upon Private Property. Thus Arrest and Towing

2  of Vehicle from Private Property Unlawful. I was Arrested on Private Property for a

3  Misdemeanor Traffic Violation.

## (JURISDICTION)

The Venue is Correct, the City of Dublin is in Territorial Limits and Jurisdiction of the

Northern District of California.

The Subject Matter is Correct, because Section 1983 Grants Statutory Jurisdiction by Act

of Congress to the U.S. District Court. [1]Original and Federal Question Jurisdiction.

I have Standing to Sue because my Federal Rights where Denied under the Color of

State Law.

"`suit arises under the law that creates the cause of action.'" Id., at 8-9, quoting: American Well Works Co. v. Layne & Bowler Co., 241 U.S. 257, 260 (1916).

See: § 1343, Civil rights and elective franchise

Under the Color and Guise of State Law and City Ordinance the Named Police Officer did

Unlawfully, Wrongfully Seize my Person (Arrest), Seize and Tow my Vehicle (Property) from

Private Property.

Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state law, is action taken "under color of any statute", within this section. Henig v. Odorioso, C.A. 3 (Pa.) 1967, 385 F.2d 491, certiorari denied 88 S. Ct. 1269, 390 U.S. 1016, 20 L. Ed.2d 166, rehearing denied 88 S. Ct. 1814, 391 U.S. 929, 20 L. Ed.2d 671. See, also, Basista v. Weir, C.A. 3 (Pa.) 1965, 340 F.2d 74; Baldwin v. Morgan, C.A. Ala.1958, 251 F.2d 780; Geach v. Moynahan, C.A. Ill.1953, 207 F.2d 714; Picking v. Pennsylvania R. Co., C.C.A. Pa.1945, 151 F.2d 240, rehearing denied 152 F.2d 753; Nugent v. Sheppard, D.C. Ind.1970, 318 F. Supp. 31

Misuse of Power Under the Color of State Law (California Vehicle Code) Qualifies

Section 1983 Civil Rights Jurisdiction.

---

[1]28 U.S.C. Section 1343 (3)

# (CAUSES OF ACTION UNDER SECTION 1983)

Here is a Brief List of all Claims for Cause of Action under Section 1983. All Claims are Actions taken Under the Color of State of California Law (Vehicle and Penal Code). Thus, creating Causes of Action under Section 1983.

* **(# 1.) - WRONGFUL TOW OF MY VEHICLE FROM OUTSIDE OF COUNTY AND CITY JURISDICTION.**

* **(# 2.) - FALSE IMPRISONMENT OUTSIDE OF CITY AND COUNTY JURISDICTION.**

* **(# 3.) - SEIZING OF VEHICLE PROPERTY IN VIOLATION OF THE FOURTH AND FOURTEENTH AMENDMENTS AND HOLDING FOR (30) DAYS.**

* **(# 4.) - ACTION UNDER THE COLOR OF STATE LAW.**

* **(# 5.) - DENIAL OF FORFEITURE HEARING.**

I Move the Court to Grant to me Remedies for the All the Above Causes of Action under the Color of State Law.

## (# 1.) - WRONGFUL TOW OF MY VEHICLE FROM OUTSIDE COUNTY AND CITY JURISDICTION.

I have [2]Several Witnesses not including myself that the Police Stop took place almost a Half mile within Contra Costa County and the City of San Ramon California. The Stop was outside the County of Alameda and City of Dublin California's Lawful Territorial Boundaries and Jurisdiction. The Argument that I Committed a Traffic Violation in their Presence is Not Valid. At first the Police Officer stated that could not read the Old Original License Plate. It had

---

[2]Steve Swift, Rick Lincoln, Michael Swift, myself.

1  a April Temporary Sticker in the back Window. The License Plate has a 2009 Current

2  Registration Sticker on it. The [3]Police Officers said he was able to Read my License Plate then.

3  He then stated I believe you have a Stop Light out. This is totally Wrong because I just

4  checked all the Lights: Stop Lights, Turn Indicators and Head Lights just within the last half

5  Hour to make sure everything was working and they where. Thus the old Your Stoplight is

6  Out, Excuse for Probable Cause is Not Valid. It was Lie to Establish Probable Cause. I

7  Demanded that the Police Officer prove to me that my Stop Light was out. They Refused. The

8  Reason they Refused to prove me that Stop Light was out was that it was working. Police

9  Officers are Known Liars under Oath. The Police Officer's Just had to Create a Probable Cause

10 and Excuse for the Unlawful Stop. They had to make up some Excuse for Probable Cause.

11 See: Berkemer v. McCarthy, No. 83-710, decided July 2, 1984. See also Adams v. Williams, 407 U.S. 143, 148 and Terry

12 v. Ohio, 392 U.S. 34. The Police Officers where actually looking for Michael Swift who Owned that

13 Dodge Pick Up Truck for many years and was Harassed, Stopped without Justification, Searched

14 and Never Charged for any Real Crime. See: (Affidavit from Michael Swift). The Dublin Police

15 Officers even asked Michael Swift what happened to the Dodge Pick up Truck a couple of

16 weeks earlier.

17      There was No Legitimate Probable Cause for the Stop other then Thinking they where

18 Stopping Michael Swift and to Harass him.

19      The Stop took place Clearly outside of City Limits and County of Alameda Jurisdiction.

20 Thus, Acting Outside of Their Lawful Jurisdiction and Police Power Authority from the City

[3]Alameda County Sherif Deputys: Whithall # 429; A. Grarth # 1340, who are contracted with the city of Dublin Police Services.

1    of Dublin California. Thus, Clearly Establishing a Claim and Cause of Action Under Section

2    1983. I have Clear Established my Constitutional Right against Unlawful Stops outside of City

3    of Dublin Police Jurisdiction.

4

5        Henig v. Odorioso, C.A. 3 (Pa.) 1967, 385 F.2d 491, certiorari denied 88 S. Ct. 1269, 390 U.S. 1016, 20 L. Ed.2d
        166, rehearing denied 88 S. Ct. 1814, 391 U.S. 929, 20 L. Ed.2d 671. See, also, Basista v. Weir, C.A. 3 (Pa.)
6       1965, 340 F.2d 74; Baldwin v. Morgan, C.A. Ala.1958, 251 F.2d 780; Geach v. Moynahan, C.A. Ill.1953, 207 F.2d
        714; Picking v. Pennsylvania R. Co., C.C.A. Pa.1945, 1 51 F.2d 240, rehearing denied 152 F.2d 753; Nugent v.
7       Sheppard, D.C. Ind.1970, 318 F. Supp. 314;

8

9        The City of Dublin Police Services and Alameda County Sheriffs Department must Except

10   Responsibility and Liability also because they have Contracted their Police Services and Liability

11   to Suit. The Respondent Superior Doctrine is Not being Applied here because of Contractual

12   Obligation and Liability by the City of Dublin Police Services and Alameda County Sheriffs

13   Department.

14

15       Let Judicial Notice be taken, here that **Central Towing** (Towing Agency) Seized, Towed

16   and Stored my Vehicle and is a Named Defendant and Co-Conspirator.

17   ## FAILURE OF THE CITY OF DUBLIN AND ALAMEDA COUNTY TO RESPOND TO AND INVESTIGATE WRONGFUL TOW:

18       The City of Dublin Police Services and the Alameda County Sheriffs Department Failed

19   to Respond to and Investigate their Named Unlawful Police Actions and thus, become Liable

20   as Co-Conspirators to those Acts. The Named Municipal Corporations have a Lawful Duty and

21   Legal Responsibility to Respond to and Investigate all Allegations of Unlawful Police Acts,

22   Actions, Conduct, Arrest, and all other Police Practices done under their Authority. This is Not

23   Respondent Superior Doctrine Theory. It is the Theory and Doctrine of Municipal Authority being

24

25

26

27

28

Used for the Unlawful acts. This Failure to Respond to and Investigate Unlawful Police Action or Acts, Makes the Alameda County, City of Dublin California, Central Towing and Transporting Liable for their Employees acts as Co-Conspirators to those Unlawful Acts.

## (# 2.) - FALSE IMPRISONMENT FROM OUTSIDE OF COUNTY OF ALAMEDA AND CITY OF DUBLIN JURISDICTION.

I was Falsely Imprisoned and Unlawfully held by the City of Dublin and Alameda County in Santa Rita Jail. I was held in Violation of the Fourth Amendment. I was Held against my Will and my Right Liberty and Freedom from Restraint was Denied under the Color of State Law. I had my Right to Freedom of Liberty Denied by a City Police acting under the Authority and Police Powers of the City of Dublin California. My Inalienable Right to Free Movement and Liberty was Violated and Denied without Probable Cause in Violation of the Fourth Amendment. This Right to Freedom from Restraint is Protected beyond the Due Process of Law clause of the Fourteenth Amendment. It Guaranteed by the Fourth, Fifth, Fourteenth, Ninth and the Privilege and Immunities Clause of the Federal Constitution. See: Edwards v. California, 314 U.S. 160, 177, 181 (1941). I have the Inalienable Constitutional and Civil Right to be Free in my Person. See: NEW YORK CITY BD. OF ESTIMATE v. MORRIS, 489 U.S. 688 (1989); MASSACHUSETTS BD. OF RETIREMENT v. MURGIA, 427 U.S. 307.

The INALIENABLE Constitutional and Civil Right to be Free from Arrest and Seizure of my Person is beyond the Right to Personal Liberty, it is Guaranteed by the Fourth Amendment as well: Henry v. United States, 361 U.S. 98 (1959); Johnson v. United States, 333 U.S. 10, 16-17 (1948); Sibron v. New York, 392 U.S. 40, 62-63 (1968).

1
2
3
4
5
6
7
8
9
10
11
12
13
14

The City Dublin California and the County of Alameda pursuant to a Conspiracy did Deny Clearly Established Constitutional and Civil Right to Freedom of Liberty. The City must have Known that their Actions where in Violation of the Fourth and Fourteenth Amendment Rights. I was Held at Santa Rita Jail for (1) Day. False Imprisonment is a Separate Cause of Action under Section 1983. They Clearly Knowingly, with Wanton and Deliberate Intent, my Fourteenth and Fourth Amendment Constitutional and Civil Right of Freedom from Unlawful Imprisonment. I did Serve (5) Notices to the City of Dublin Police Services and the Alameda County Sheriff's Department about the False Imprisonment Claim. The City of Dublin and Alameda County Sheriffs Department Failed to Respond to and Investigate my Claims. I made full Notices of Objection and Protest for the Unlawful Imprisonment. Let Judicial Notice be taken here, that I did seek Administrative Remedies before Suit was Heard.

15
16
17
18

we have previously refused to require exhaustion of administrative remedies where the administrative process subjects plaintiffs to unreasonable delay or to an indefinite timeframe for decision. See <u>Coit Independence Joint Venture v. FSLIC</u>, 489 U.S. 561, 587 (1989); <u>Gibson v. Berryhill</u>, 411 U.S. 564, 575 , n. 14 (1973); <u>Walker v. Southern R. Co.</u>, 385 U.S. 196, 198 (1966); <u>Smith v. Illinois Bell Telephone Co.</u>, 270 U.S. 587, 591 -592 (1926). This principle rests on our belief that, when a plaintiff might have to wait seemingly forever for an agency decision, agency procedures are "inadequate," and therefore need not be exhausted. <u>Coit Independence Joint Venture v. FSLIC</u>, supra, at 587. McCARTHY v. MADIGAN, 503 U.S. 140 (1992).

19
20

Thus, the Named Defendants have No Immunity whatsoever.

21

## **FACTS OF FALSE IMPRISONMENT:**

22
23
24
25
26
27
28

I was Falsely Arrested from the City of San Ramon And Contra Costa County Under the color of State Law for Vehicle Code Violation Clearly Outside of Alameda County and City of Dublin Jurisdictional Boundaries by. Clearly outside of their Lawful Police Power Jurisdiction. Thus establishing a Clearly Established Constitutional Right and Clear Claim of Violation of my Civil Rights against Unlawful Arrest and Seizure of my Person under the Fourteenth Amendment.

1
2  I was Falsely Arrested without without Probable Cause outside of their Lawful Jurisdictional
3  Police Power Boundaries of Authority. The Named Dublin Police Officers Never called San
4
5  Ramon or Contra Costa County for Jurisdictional Permission to Arrest me in San Ramon and
6  Contra Costa County Jurisdiction. Thus, a False Arrest and False Imprisonment.
7       The Dublin City Police Officers must have Known that their Acts, Action, Omission and
8
9  False Arrest where Clearly in Violation thereof and a Deprivation of my Civil and Constitutional
10 Rights. **I Clearly Objected to their Authority and Jurisdiction to Arrest outside Alameda**
11 **County and City of Dublin Boundaries.** Thus a Clearly I established my Constitutional Civil
12
13 Rights where being Violated and or Deprivated. Probable Cause for Arrest for California Vehicle
14 Code or Penal Code Violation Authority does NOT Outside the Alameda County and Dublin City
15 Limits. Thus Seizure of my Person was Unlawful, Unconstitutional and a Deprivation and
16
17 Violation thereof my Civil and Constitutional Rights to Personal Liberty, to be Free from
18 Restraint and Unlawful Imprisonment and or Arrest. This Right to Freedom from Restraint is
19 Protected beyond the Due Process of Law clause of the Fourteenth Amendment. It Guaranteed
20 by the Fourth, Fifth, Fourteenth, Ninth and the Privilege and Immunities Clause of the Federal
21
22 Constitution. See: Edwards v. California, 314 U.S. 160, 177, 181 (1941). I have the Inalienable Constitutional
23 and Civil Right to be Free in my Person. See: NEW YORK CITY BD. OF ESTIMATE v. MORRIS, 489 U.S.
24 688 (1989); MASSACHUSETTS BD. OF RETIREMENT v. MURGIA, 427 U.S. 307.
25
26      Issue of Probable Cause as its Concerns the Unlawful Seizure of my Vehicle (Private
27 Property). This in Violation and Deprivation of the Fourth Amendment.
28

1    I have [4]Several Witnesses not including myself that the Police Stop took place almost

2    a Half mile within Contra County and the City of San Ramon California. The Stop was

3    outside the County of Alameda and City of Dublin California's Lawful Territorial Boundaries and

4    Jurisdiction. The Argument that I Committed a Traffic Violation in their Presence is Not Valid.

5    At first the Police Officer stated that could not read the Old Original License Plate. It had

6    a April Temporary Sticker in the back Window. The License Plate has a 2009 Current

7

8    Registration Sticker on it. The [5]Police Officers said he was Unable to Read my License Plate then,

9    He then stated I believe you have a Stop Light out. This is totally Wrong because I just

10   checked all the Lights: Stop Lights, Turn Indicators and Head Lights just within the last half

11

12   Hour to make sure everything was working and they where. Thus the old Your Stoplight is

13   Out, Excuse for Probable Cause is Not Valid. It was Lie to Establish Probable Cause. I

14   Demanded that the Police Officer prove to me that my Stop Light was out. They Refused. The

15

16   Reason they Refused to prove me that Stop Light was out was that it was working. Police

17   Officers are Known Liars under Oath. The Police Officer's Just had to Create a Probable Cause

18   and Excuse for the Unlawful Stop. They had to make up some Excuse for Probable Cause.

19

20   See: Berkemer v. McCarthy, No. 83-710, decided July 2, 1984. See also Adams v. Williams, 407 U.S. 143, 148 and Terry

21   v. Ohio, 392 U.S. 34. Let Judicial Notice be Taken here that the Police Officer Never Cited me

22   for Stop Light being Out. The Police Officers where actually looking for Michael Swift who

23   Owned that Dodge Pick Up Truck for many years and was Harassed, Stopped without

24

25

26

27   [4]Steve Swift, Rick Lincoln, Michael Swift, myself.

28   [5]Alameda County Sheriff Deputys: Whithall # 429; A. Grarth # 1340, who are contracted with the city of Dublin Police Services.

1  Justification, Searched and Never Charged for any Real Crime. See: **(Affidavit from Michael**

2  **Swift)**. The Dublin Police Officers even asked Michael Swift what happened to the Dodge Pick

3  up Truck about a week earlier.

4

5      There was No Legitimate Probable Cause for the Stop other then Thinking they where

6  Stopping Michael Swift and to Harass him.

7

8      The Stop took place Clearly outside of City Limits and County of Alameda Jurisdiction.

9  Thus, Acting Outside of Their Lawful Jurisdiction and Police Power Authority from the City

10  of Dublin California. Let Judicial Notice be Taken, here that the City of Dublin City Limits

11  end at the Back Home Fence about 15 Feet before Alcosta Blvd. The Police Stop began over

12  3/8 miles further in Contra Costa County and the City of San Ramon California. Thus, Clearly

13  Establishing a Claim and Cause of Action Under Section 1983. I have Clear Established my

14  Constitutional Right against Unlawful Stops outside of City of Dublin Police Jurisdiction. False

15  Unlawful Arrest and Unlawful Seizure of my Vehicle (Private Property) outside of Lawful

16  Jurisdiction and Police Power Authority. They had to have Known that they where beyond there

17  Lawful Jurisdictional and Police Power and City of Dublin and Alameda County Boundaries. The

18  City of Dublin and [6]Alameda County Sheriffs have No Jurisdiction whatsoever on Alcosta Blvd.,

19  because it is 15 feet beyond City and County Jurisdictional Limits. Thus the Police Stop and

20  Subsequent Seizure of my Vehicle and Arrest of my Person for Failure to Appear Misdemeanor

21  Warrant was Unlawful , Unreasonable, without and in Violation of Fourth Amendment Probable

22  Cause.

23
24
25
26
27
28  _____

[6]**Alameda County Sheriff Deputies: Whithall # 429; A. Grarth # 1340, who are contracted with the city of Dublin Police Services.**

1

2   Henig v. Odorioso, C.A. 3 (Pa.) 1967, 385 F.2d 491, certiorari denied 88 S. Ct. 1269, 390 U.S. 1016, 20 L. Ed.2d

3   166, rehearing denied 88 S. Ct. 1814, 391 U.S. 929, 20 L. Ed.2d 671. See, also, Basista v. Weir, C.A. 3 (Pa.)
    1965, 340 F.2d 74; Baldwin v. Morgan, C.A. Ala.1958, 251 F.2d 780; Geach v. Moynahan, C.A. Ill.1953, 207

4   F.2d 714; Picking v. Pennsylvania R. Co., C.C.A. Pa.1945, 1 51 F.2d 240, rehearing denied 152 F.2d 753; Nugent
    v. Sheppard, D.C. Ind.1970, 318 F. Supp. 314;

5

6      The INALIENABLE Constitutional and Civil Right to be Free from Arrest and Seizure

7   of my Person is beyond the Right to Personal Liberty, it is Guaranteed by the Fourth

8   Amendment as well: Henry v. United States, 361 U.S. 98 (1959); Johnson v. United States, 333 U.S. 10, 16-17

9   (1948); Sibron v. New York, 392 U.S. 40, 62-63 (1968).

10

11     Thus, I could Not have committed a Misdemeanor in the Deputy Sherif's sight, to

12  Establish Probable Cause. Thus, establishing False and Unlawful Arrest in Excess of Lawful

13  Authority and Jurisdiction and Creating a Claim and Cause of Action under the Color of State

14  Law (Section 1983) See: id. (quoting Terry v. Ohio, 392 U.S. 1, 19 n.16 (1968)).

15

16     The City of Dublin Police Services and Alameda County Sheriffs Department must Except

17  Responsibility and Liability also because they have Contracted their Police Services and Liability

18  to Suit. The Respondent Superior Doctrine is Not being Applied here because of Contractual

19  Obligation and Liability by the City of Dublin Police Services and Alameda County Sheriffs

20  Department.

21

22  **FAILURE OF THE CITY OF DUBLIN AND ALAMEDA COUNTY TO**

23  **RESPOND TO AND INVESTIGATE FALSE ARREST AND IMPRISONMENT:**

24     The City of Dublin Police Services and the Alameda County Sheriffs Department Failed

25  to Respond to and Investigate their Named Unlawful Police Actions and thus, become Liable

26  as Co-Conspirators to those Acts. The Named Municipal Corporations have a Lawful Duty and

27

28

---

1
2  of Alameda and City of Dublin. They at the Very least share the Liability through a Conspiracy
3  to Violate and Deprivation of my Civil and Constitutional Rights. This is Not a Suit under
4  Respondent Superior Doctrine. It is a Suit against a Co-Conspirator who is Responsible for the
5  Training and Authorization of their Individual [7]Police Officers and must accept Municipal
6  Responsibility for those Action of their Officers, Agents and others. RESPONDENT SUPERIOR
7  Must Not be Allowed to be Used as Defense against Liability because of Contractual Agreement
8  for Liability between Alameda County and City of Dublin California. The Conspiracy Cause of
9  Action by Contractual Agreement is Created. The County of Alameda and City of Dublin are
10 in Authority over the Training and Actions by their [8]Police Officers. See: United States v. Jones,
11 176 F.2d 278 (9th Cir. 1949). See also: Baker v. Deschutes County, 498 P.2d 803 (Or. App. 1972); Lavin v. Marsh, 644
12 F.2d 1378 (9th Cir. 1981).
13
14       The Unlawful Holding (Seizing) of my Vehicle (Private Property) in violation of the
15
16 Fourth Amendment was Authorized and Endorsed by the County of Alameda and City of Dublin
17 California. This Practice of Holding (Seizing in Violation of Fourth and Fourteenth Amendments)
18 Vehicles for (30) Days without offering Lawful Remedy Due Process and Judicial Determination
19 is Authorized under the City and County's Authority. By Endorsing and Authorizing this Practice,
20 Alameda County and the City of Dublin California, by Contractual Agreement, must Accept Co-
21 Responsibility for the Practice. They are Transformed from Respondent Superior to Co-Conspirator.
22
23
24
25
26
27 [7]Sheriff Deputies Contracted by Alameda County to Dublin Police Services by Contractual agreement.
28 [8]Sheriff Deputies Contracted by Alameda County to Dublin Police Services by Contractual agreement.

SECTION 1983 COMPLAINT - DUBLIN, ALAMEDA COUNTY, CENTRAL TOWING          *Page 13 of 23*

1  Legal Responsibility to Respond to and Investigate all Allegations of Unlawful Police Acts,

2  Actions, Conduct, Arrest, and all other Police Practices done under their Authority. This is Not

3  Respondent Superior Doctrine Theory. It is the Theory and Doctrine of Municipal Authority being

4  Used for the Unlawful acts. This Failure to Respond to and Investigate Unlawful Police Action

5  or Acts, Makes the Alameda County, City of Dublin California, Central Towing and Transporting

6
7  Liable for their Employees acts as Co-Conspirators to those Unlawful Acts.

8  **(# 3.) - SEIZING OF VEHICLE PROPERTY IN VIOLATION OF THE FOURTH**
9  **AND FOURTEENTH AMENDMENTS UNLAWFUL HOLD FOR THIRTY**
10  **DAYS WITHOUT FOURTH AMENDMENT WARRANT.**

11      The Seizing of my Vehicle (Property) without Probable Cause and or a Fourth

12
13  Amendment Warrant, without Lawful Jurisdiction and Authority Clearly outside of City of Dublin

14  and County of Alameda Boundaries. I did **OBJECT 3 times** to the Offer (Dublin Police Officer's

15  Named) for the Warrant-less Arrest and Seizure of my Person and Vehicle Property In the

16
17  Jurisdiction and Authority of Another County and City's Jurisdiction. Also for Lack of

18   Probable Cause for Arrest and Seizure of my Person and Vehicle Property.

19  The Fourth Amendment provides that:

20  "The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and  seizures,
21  shall not be violated . . . ."

22      See:  Bell v. Hood, 327 U.S., at 684 (footnote omitted); see Bemis Bros. Bag Co. v. United States, 289 U.S. 28,

23
24  36 (1933) (Cardozo, J.); The Western Maid, 257 U.S. 419, 433 (1922) (Holmes, J.). See:  Bivens, 403 U.S. 388, 393.

25      **(UNLAWFUL (30) DAY HOLD ON MY VEHICLE PROPERTY)**

26      The County of Alameda and the City of Dublin Governments Must Accept Responsibility for

27
28  the acts of their Officer's Agents and others acting in the Name and Authority of the County

1  Thus, also Liable.

2      The City of Dublin California, as a Municipal Corporation, is a Person Under the Color

3
   of State Law. The County of Alameda, as a Municipal Corporation, is a Person Under the
4
5  Color of State Law. They are thus, Co-Conspirators in a Conspiracy to Violate my Fourth and

6  Fourteenth Amendment Right Protection of Private Property. See: Reid v. Kayye, C.A.4 (N.C.) 1989, 885

7
   F.2d 129. They are Not being Sued as Respondent Superior, but as Co-Conspirators because they
8
9  Authorized and Endorsed (30) day Hold (Seizure) of my Private Vehicle. It is the County's and

10 City's Policy to Hold (Seize) Vehicle's for (30) days in Violation of the Fourth and Fourteenth

11
   Amendment Protection.
12
13     "The Fourth Amendment is Not the beginning of the end to Constitutional Inquiry whenever a Seizure occurs."

14     It is true, of course, that the *Fourth Amendment applies to searches and seizures in the civil context*, See  Camara

15     v. Municipal Court of San Francisco, 387 U.S. 523 (1967) in:  UNITED STATES  v.  JAMES  DANIEL  GOOD  REAL
       PROPERTY, 510 U.S. 43,  id,  at  50 (1993)
16
17     Thus, the Fourth Amendment does Apply, and it Requires a Judicial Determination and

18 Not a Mere Policeman, City or County Official's Discretion.

19     Mathews, 424 U.S. at 335. The particular deprivation with which we are concerned here is the City's post-seizure,

20     pre-judgment retention of plaintiffs' vehicles. Krimstock, 2000 WL 1702035, at 36-37.

21     The  Fourth  and  Fourteenth  Amendment  Protections  are  Not  bypassed,  Overruled  by  or

22 Secondary to California State Law. "All laws repugnant to the Constitution are null and Void." Marbury v. Madison,

23
   5 U.S. (2 Cranch) 137, 174, 176, (1803). This also Violates the Federal Constitutions Supremacy Clause
24
25 which States:

26     Article VI of the Constitution provides that the laws of the United States shall be the supreme Law of the Land; . .

27     . any Thing in the Constitution or Laws of any state to the Contrary notwithstanding. Art. VI, cl. 2. Thus, since our

28     decision in M'Culloch v. Maryland, 4 Wheat. 316, 427 (1819), it has been settled that state law that conflicts with

---

1     federal law is "without effect." Maryland v. Louisiana, 451 U.S. 725, 746 (1981).

2        Thus, the County and City Governments had to have Known this. This is Clearly

3

4 Established Law and Principle of Law, since the Founding of the Federal Constitution.

5        Thus, this Policy Authorized and Endorsed by City and County Governments is Not Valid.

6        The City of Dublin Police Services and Alameda County Sheriffs Department must Except

7

8 Responsibility and Liability also because they have Contracted their Police Services and Liability

9 to Suit. The Respondent Superior Doctrine is Not being Applied here because of Contractual

10 Obligation and Liability by the City of Dublin Police Services and Alameda County Sheriffs

11

12 Department.

13        Let Judicial Notice be taken, here that **Central Towing and Transporting** (Towing

14 Agency) Seized, Towed and Stored my Vehicle and is a Named Defendant and Co-Conspirator.

15

16 **FAILURE OF THE CITY OF DUBLIN AND ALAMEDA COUNTY TO RESPOND TO AND INVESTIGATE UNLAWFUL TOW AND SEIZING MY VEHICLE FOR (30) DAYS:**

17

18        The City of Dublin Police Services and the Alameda County Sheriffs Department Failed

19 to Respond to and Investigate their Named Unlawful Police Actions and thus, become Liable

20 as Co-Conspirators to those Acts. The Named Municipal Corporations have a Lawful Duty and

21

22 Legal Responsibility to Respond to and Investigate all Allegations of Unlawful Police Acts,

23 Actions, Conduct, Arrest, and all other Police Practices done under their Authority. This is Not

24 Respondent Superior Doctrine Theory. It is the Theory and Doctrine of Municipal Authority being

25 Used for the Unlawful acts. This Failure to Respond to and Investigate Unlawful Police Action

26

27 or Acts, Makes the Alameda County, City of Dublin California, Central Towing and Transporting

28

1  Liable for their Employees acts as Co-Conspirators to those Unlawful Acts.

2  ## (# 4.) - ACTION UNDER THE COLOR OF STATE LAW.

3
4      The County of Alameda and City of Dublin California have Clearly acted Under the

5  Color of State Law and Authorized its *Police Officers to Hold (Seize) Vehicles for (30) Days

6  in Violation of Fourth and Fourteenth Amendments. They Acted as Co-Conspirators Under the

7  Color of California State Law in Seizing my Vehicle (Private Property). The Named Municipal

8
9  Governments are Clearly Authorized and Endorsed plus Encouraged the Unlawful Deprivation of

10 my Civil and Constitutional Rights. I have Clearly Established a Violation, Deprivation of my

11 Constitutional and Civil Rights Under the Color of State Law and City and County

12
13 Authorization. They Clearly Acted with full Wanton Intent, Knowledge, Deliberately to Violate,

14 Interfere with and Deny my Constitutional and Civil Right Against Unlawful Seizures of my

15 Private Property (Vehicle), and in violation of Absolute Due Process Rights. I Clearly Established

16
17 my Constitutional and Civil Rights I have Served the Named City of Dublin with Several

18 Notices and Demand for my Truck back. They where Served (5) Notices with My Demands

19 for Rights which included Probable Cause Hearing, Forfeiture Hearing with Jury Trial and Notice,

20
21 that Tow Hearing does Not Satisfy Due Process, under Fourth and Fourteenth Amendments. I also

22 Demanded that they Return my Stolen Property. Instead I was told at the Tow Hearing that

23 (30) Day Hold (Seizure) of my Vehicle was Valid and I had No Right to a Remedy for the

24
25 the Unlawful Seizure of my Vehicle for (30) Days. This Violated the Fourth, Fourteenth, and

26 it becomes an Excessive Fine without Due Process of Law. It also creates a Double Jeopardy

27  _____

28      [9]Sheriff Deputies Contracted by Alameda County to Dublin Police Services by Contractual agreement.

1  Penalty against me without Due Process of Law. The State of California does Not Offer me

2  any Remedy whatsoever. The City of Dublin and Central Towing and Transporting Does Not

3  offer me any Remedy whatsoever to Challenge the Probable Cause, Forfeiture Process, the Lawful

4  Jurisdiction to Violate the Fourth Amendment Seizure Warrant Requirement. I am thus, left with

5

6  No Remedy At-Law or in Equity. This Constitutes a Violation and Deprivation of my Civil

7  Rights under the Color of State Law. The Named Defendants have Willful Disregard and Intent

8  on Malice. They have Acted Deliberately, with wanton, Knowing Denial and Violation of my

9

10 Civil and Constitutional Rights. They acted in Excess of Their Authority and Jurisdiction.

11
   Henig v. Odorioso, C.A. 3 (Pa.) 1967, 385 F.2d 491, certiorari denied 88 S. Ct. 1269, 390 U.S. 1016, 20 L.Ed.2d
12  166, rehearing denied 88 S. Ct. 1814, 391 U.S. 929, 20 L. Ed.2d 671. See, also, Basista v. Weir, C.A. 3 (Pa.)
    1965, 340 F.2d 74; Baldwin v. Morgan, C.A. Ala.1958, 251 F.2d 780; Geach v. Moynahan, C.A. Ill.1953, 207 F.2d
13  714; Picking v. Pennsylvania R. Co., C.C.A. Pa.1945, 151 F.2d 240, rehearing denied 152 F.2d 753; Nugent v.
    Sheppard, D.C. Ind.1970, 318 F. Supp. 314; Culbertson v. Leland, C.A. 9 (Ariz.) 1975, 528 F.2d 426.
14

15      Let Judicial Notice be taken here that the Named Defendants by Contractual agreement

16 Acted pursuant to a Conspiracy in Excess and Misuse of Police Powers in False Arrest and

17
   Imprisonment; Unlawful and Wrongful Tow and Seizing of my Vehicle Property.
18
   A § 1983 conspiracy claim may arise when a private actor conspires with a state actor to deprive a person of a con-
19  stitutional right under color of state law. Dixon v. City of Lawton, Okl., CA10 (Okl.) 1990, 898. F.2d 1443.
20
        Thus, Creating and Establishing Causes of Actions and Claims of False Arrest and
21

22 Imprisonment; Unlawful Seizure of my Person Fourth Amendment; Unlawful and Wrongful tow

23 and Seizing of my Vehicle Property under Fourth and Fourteenth Amendments; Cruel and

24
   Unusual Punishment all under the Color of State Law Section 1983.
25

26     **FALSE ARREST**: False Arrest is a Cause of Action under Section 1983, Action Under

27 the Color of State Law. **False Imprisonment** is another Separate Aspect of False Arrested which

28

is Considered another Different Cause of Action Under Section 1983. "...arrest made maliciously and

without probable cause"); Pierson v. Ray, 386 U.S. 547, 555 (1967), In: WYATT v. COLE, 504 U.S. 158 (1992).  Thus,

a Cause of Action under Section 1983 is Created?

### SEIZING HOLDING VEHICLE FOR (30) DAYS WITHOUT SEIZURE WARRANT AND IN DENIAL OF DUE PROCESS OF LAW:

The Holding of my Vehicle (Private Property) without a Fourth Amendment Seizure

Warrant is an Action Under the Color and Guise of State Law (Section 1983). The Cities have

an Unlawful Habit of Holding, (Seizing) Private Vehicles Without a Fourth Amendment Seizure

Warrant.

It is true, of course, that the *Fourth Amendment applies to searches and seizures in the civil context,* See Camara v. Municipal Court of San Francisco, 387 U.S. 523 (1967) In: UNITED STATES v. JAMES DANIEL GOOD REAL PROPERTY, 510 U.S. 43, Id, at 50 (1993)

Thus, establishing a Cause of Action under the Color of State Law Section 1983.

### NO REMEDY FOR HOLDING (SEIZING) MY VEHICLE FOR (30) DAYS, DENIAL OF DUE PROCESS OF LAW:

There is No Remedy for Unlawful Seizing and Holding of my Private Vehicle. I am

Thus, I am being Denied Due Process of Law under the Fourteenth Amendment. No City Policy,

or State Law Authority can Authorize a Denial of the Fourteenth Amendment Right to

Heightened Due Process Protection of Private Property. It is beyond the Authority of a City

to Unconstitutionally Act in Violation of the Fourteenth Amendment. The County of Alameda

and the City of Dublin cannot Authorize an Action that Violates the Federal Constitution. See:

Lavin v. Marsh, 644 F.2d 1378 (9th Cir. 1981).  See also:  Logan v. Zimmerman Brush Co., 455 U.S. 422, 435-36 (1982);

Parratt v. Taylor, 451 U.S. 527 (1981). This Violates a Constitutional Rule and Federal Maxim that

---

everyone will have a Remedy for Wrong Done. Taking, Holding, Seizing my Vehicle without allowing me Notice and Opportunity to Defend Violates my Federal Civil and Constitutional Rights. Thus, Creation of Cause of Action for Denial of Heightened Due Process Protection of the Right to Property under the Color of State Law (Section 1983).

### CONSPIRACY UNDER THE COLOR OF STATE LAW:

The Named Defendants did act Pursuant to a Conspiracy under the Color of State Law, in Violation of Section 1983. The Deprivation and Violation of Civil Rights pursuant to a Conspiracy creates a Cause of Action under Section 1983.

A § 1983 conspiracy claim may arise when a private actor conspires with a state actor to deprive a person of a constitutional right under color of state law. Dixon v. City of Lawton, Okl., CA10 (Okl.) 1990, 898. F.2d 1443.

The County of Alameda and City of Dublin and other Named Defendants did act Pursuant to a Conspiracy to Deny, Deprivate and Violate my Constitutional and Civil Rights Under the Color and Guise of State Law. Thus, Establishment of a Cause of Action under Section 1983.

Let Judicial Notice be Taken, here that this Section 1983 Suit is Completely Different from the other Actions and Causes of Action Filed against other Named Defendants.

## FAILURE OF THE CITY OF DUBLIN AND ALAMEDA COUNTY TO RESPOND TO AND INVESTIGATE FALSE ARREST AND IMPRISONMENT:

The City of Dublin Police Services and the Alameda County Sheriffs Department Failed to Respond to and Investigate their Named Unlawful Police Actions and thus, become Liable as Co-Conspirators to those Acts. The Named Municipal Corporations have a Lawful Duty and Legal Responsibility to Respond to and Investigate all Allegations of Unlawful Police Acts,

Actions, Conduct, Arrest, and all other Police Practices done under their Authority. This is Not

Respondent Superior Doctrine Theory. It is the Theory and Doctrine of Municipal Authority being

Used for the Unlawful acts. This Failure to Respond to and Investigate Unlawful Police Action

or Acts, Makes the Alameda County, City of Dublin California, Central Towing and Transporting

Liable for their Employees acts as Co-Conspirators to those Unlawful Acts.

## (# 5.) - DENIAL OF FORFEITURE HEARING.

My Vehicle Property was sold and I was Denied a Forfeiture Hearing. Let Judicial

Notice be Taken here that I made Several Demands for a Forfeiture Hearing with the City of

Dublin Police Services and Tow Agency. I was effectively Denied this Due Process of Law

Right to Forfeiture Hearing of Vehicle Property and the Right to Just Compensation See:

CALERO-TOLEDO v. PEARSON YACHT LEASING CO., 416 U.S. 663 (1974). See also: (People v. One 1941 Ford 8

Stake Truck, 26 Cal.2d 503 [159 P.2d 641]; People v. One 1941 Chrysler Tudor, supra; People v. One 1941 Buick Sport

Coupe, supra.

The Right to a Forfeiture Hearing and Jury Trial is a Common Law Right. See: People

v. One 1941 Chevrolet Coupe, 37 Cal.2d 283. The Right to a Post Forfeiture Hearing, Jury Trial cannot

be defeated or watered down out of Existence by the California Legislature. This Forfeiture

Hearing Right cannot be Denied because of a Police Power Regulation. See: People v. One 1941

Chevrolet Coupe, 37 Cal.2d 283. The Absolute Right to Trial by Jury cannot be defeated by

California Legislature:

"Colon v. Lisk, 13 App. Div. 195, 202 [43 N.Y.S. 364, 369]; State v. 1920 Studebaker, 120 Ore. 254 [251 P. 701,
50 A.L.R. 81]. The introduction of a new subject into a class renders it amenable to its general rules, not to its
exceptions."Wood v. City of Brooklyn, 14 Barb. 425, 432; Cooley, Constitutional Limitations, 8th ed. vol. I, pp.
668- 674. Cf. Moore v. Purse Seine Net, 18 Cal.2d 835, 837 [118 P.2d 1]. People v. One 1941 Chevrolet Coupe,

---

37 Cal.2d 2;  (Union Insurance Co. v. United States, 73 U.S. 759, 764-766 [18 L. Ed. 879]; Armstrong's Foundry, 73 U.S. 766, 769 [18 L. Ed. 822];  United States v. Yamoto, 50 F.2d 599, 600; see, also, Dobbins v. United States, 95 U.S. 395, 404 [24 L. Ed. 637];  Goldsmith, Jr.-Grant Co. v. United States, 254 U.S. 505, 509 [41 S. Ct. 189, 65 L. Ed. 376]; I Kent's Commentaries 375-376.); People v. One 1941 Chevrolet Coupe, 37 Cal.2d 283.

Thus, Securing and Protecting my Fourteenth Amendment Inalienable Right to a Forfeiture Hearing as a Guaranteed Right to Due Process of Law. This is Not just a Right to Due Process of Law, but an Unalienable and Inlienable Right.

Thus, placing my Vehicle Property beyond Legislative Conditions and Prohibitions that allow the Police Powers to sell Forfeited Property without a Full Jury Trial in a Forfeiture Hearing.

The City of Dublin Police Services and **10**Named Towing Agency have to Pay Just Compensation for my Vehicle Property that was taken from me Under the Color and Guise of Police Power Regulation (California Vehicle Code). Forfeiture of this Vehicle Property without being Afforded and or being Denied the Right to a Forfeiture Hearing is Denial of Protection of the Right to Property and or taking of Private Property without Due Process of Law. The Very Fundamental Principle and Structure of the Right to Property is the Protection of it by the Constitution and the Laws of the United States. It is the Duty and Obligation of this Court Mandated by the Federal Constitution to the Protection of Property. The City of Dublin cannot be allowed to Take Private Property without Justification, Forfeiture Hearing and Just Compensation. Any other Outcome is a Violation of the Principles of Liberty, Freedom and Justice for All.

---

[10] Central Towing and Transporting, (Towing Agency), Named Defendant.

1    Failure of the City of Dublin and Central Towing and Transporting to Provide a Post

2    Forfeiture Hearing and to Subsequently sell my Private Property (Vehicle) without Due Process

3    of Law (Forfeiture Hearing) Jury Trial creates a Cause of Action under Section 1983. See: Desert

4    Outdoor Advertising, Inc., v. City of Moreno Valley, CA 9, (Cal.) 1996, 103 F.3d 814, Cert. Den., 522 U.S. 912, 118 S. Ct.

5
6    294, 139 L. Ed. 2d 330.

7        Thus, firmly Establishing a Cause of Action under Section 1983 for Failure taking and

8
9    Selling of Private Property without due Process of Law (Forfeiture Jury Trial Hearing).

10   **FOURTH AMENDMENT VIOLATION:**

11       The Unlawful Seizure and Lien Sale of my Vehicle without Fourth Amendment Seizure

12
13   Warrant Violates that Constitutional Protection and Requirement.

14       It is true, of course, that the *Fourth Amendment applies to searches and seizures in the civil context,* See Camara

15   v. Municipal Court of San Francisco, 387 U.S. 523 (1967), In: UNITED STATES v. JAMES DANIEL GOOD REAL
     PROPERTY, 510 U.S. 43, Id, at 50 (1993)

16
17       This Violates the Very fundamental Principles of Seizing Private Property in Violation of

18   the Fourth Amendment. This is in essence Stealing of Private Property under the Color and

19   Guise of State Law and Police Power Regulation, in Violation of the Fourth and Fourteenth

20   Amendments.

21
22   **(IN CONCLUSION)**

23       In Conclusion I Move the Court to Grant the Fallowing Remedy in Damages and

24   Punitive Damages.

25
26   DAMAGES FROM CITY OF DUBLIN FOR FALSE IMPRISONMENT AND UNLAWFULLY
     SEIZING AND TOWING MY VEHICLE AND DENIAL OF THE RIGHT TO A FORFEITURE
27   HEARING AND CONSPIRACY: $ 2,500,000.00 = TWO MILLION FIVE HUNDRED THOUSAND DOLLARS.

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DAMAGES FROM THE ALAMEDA COUNTY SHERIF"S DEPARTMENT FOR FALSE IMPRISONMENT AND CONSPIRACY $ 250,000.00 = TWO HUNDRED FIFTY THOUSAND DOLLARS.

DAMAGES FROM CENTRAL TOWING AND TRANSPORTING FOR FORFEITURE WITHOUT FORFEITURE HEARING AND CONSPIRACY. $ 250,000.00 TWO HUNDRED FIFTY THOUSAND DOLLARS. PLUS FOR FORFEITURE OF MY VEHICLE LOSS OF MY PROPERTY $ 10,000.00 = TEN THOUSAND DOLLARS.

I ALSO SEEK $ 1,500,000.00 ONE MILLION FIVE HUNDRED THOUSAND DOLLARS FROM EACH NAMED DEFENDANT FOR PUNITIVE DAMAGES AND I AVAIL MYSELF TO ANY OTHER REMEDIES OF THIS COURT THAT IT DEEMS NECESSARY AND PROPER.

I SEEK $ 25,000.00 TWENTY FIVE THOUSAND DOLLARS FOR ACTUAL LOSS OF VEHICLE VALUE AND USE THEREOF.

I MOVE THE COURT TO GRANT ALL DAMAGES DEMANDED FOR IN THE COMPLAINT.

I WILLIAM J. WHITSITT, _Wilm JW Whitsitt_ THIS THE 16th DAY OF APRIL 2008, DO HEREBY DECLARE AND AFFIRM THAT ALL THE ABOVE FACTS ARE TRUE AND CORRECT UNDER THE PENALTY OF LAW.

LET JUDICIAL NOTICE BE TAKEN HERE THAT A JURY TRIAL IS WAIVED AND I MASTER OF THIS CASE AND I WILL ALONE WILL DECIDE WHICH LAW IT WILL PROCEED UNDER. SEE: FAIR, THE, v. KOHLER DIE & SPECIALTY CO., 228 U.S. 22 (1913) ; FRANCHISE TAX BD. v. LABORERS VACATION TRUST, 463 U.S. 1 (1983); : Merrell Dow Pharmaceuticals, Inc. v. Thompson, 478 U.S. 804, 809 , n. 6 (1986); Caterpillar Inc. v. Williams, 482 U.S. 386, 392 (1987).

RESPECTFULLY SUBMITTED

_Wilm JW Whitsitt_

WILLIAM J. WHITSITT
DATED: April 17, 2008

---

# DEFENDANTS CONTACT INFORMATION

**DUBLIN POLICE SERVICES**
**100 Civic Plaza**
**Dublin, CA   94568**
**(925) 833-6670**
**Fax (925) 828-2893**


**CENTRAL TOWING AND TRANSPORT   Tow Agency**
**FREMONT - Main Office**
**36849 San Pedro Drive**
**Fremont, CA 94536**
**(510) 797 - 5660**

**Alameda County Sheriff's Office**                    Attn:   Kelly Martinez - Civil
Litigation
**Internal Affairs Section**
**1401 Lakeside Drive, 7th Floor**
**Oakland, California, 94612**

**TELEPHONE**
**Personnel complaints (day)        (510) 208-9800**
**Personnel Complaints (night)      (510) 667-7721**
**Emergency/Hearing Impaired        (510) 667-7721**

**FAX:**
**1-510-272-3796**

*Courts Original*

1   WILLIAM  J.  WHITSITT
    335  W.  CLOVER  ROAD
2   TRACY,  CA  95376
    (209) 221-1405
3   WHITSITTW@GMAIL.COM

E-filing

FILED

APR - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

4

5   IN  PROPRIA  PERSONA

6

7

8   IN UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN
    FRANCISCO

9   WILLIAM  J.  WHITSITT            )
10       (PLAINTIFF)                 )        C08-01802 JSW
                                     )
11   -------------VS-------------    )   COMPLAINT SECTION 1983
                                     )   UNLAWFUL AND WRONGFUL
12   Sgt.  George Lytle Badge # 761  )   SEIZING OF MY VEHICLE.
                                     )   UNDER COLOR OF STATE LAW.
13   Central Towing & Transport -TOWING STORAGE CO.  )
                                     )
14                                   )
15   COUNTY OF ALAMEDA               )
                                     )
16   City of Dublin Police Services  )
                                     )
17   TOW OPERATOR - CENTRAL TOWING & TRANSPORTING.  )
                                     )
18                                   )
     10 UNNAMED DEFENDANTS           )
19       (DEFENDANTS)                )
                                     )
20                                   )

21       Comes  Now,  William  J.  Whitsitt,  a  Natural  Born  Citizen  of  the  United  States  exercising

22   the  Full  Rights  of  Sovereignty  as  We  The  People.  I  come  to  this  Court  Seeking  Full

23   Redress  and  A  Remedy  At  Law.  For  Sovereignty  of  We  The  People  See:  CHISHOLM v. GEORGIA

24   (US), 2 Dall 419, 454, 1 L Ed 440, 455 (1793) pp 471-472;  BOYD v. STATE OF NEBRASKA, 143 U.S. 135 at 158 (1892)

25   2 Dall 419.  I  come  to  this  Federal  District  Court  to  Seek  Remedy  for  a  Towing  and  Seizing

26   My  Private  Property  under  the  Color  and  Guise  of  State  Law,  in  Violation  of  Due  Process  of

27

28

1  Law. My Private Property was Towed and Seized from the Private Parking area and Private

2  Property. The Vehicle Code has NO Jurisdiction upon Private Property. Thus Arrest and Towing

3  of Vehicle from Private Property Unlawful. I was Arrested on Private Property for a

4  Misdemeanor Traffic Violation.

## (JURISDICTION)

7  The Venue is Correct, the City of Dublin is in Territorial Limits and Jurisdiction of the

8  Northern District of California.

9  The Subject Matter is Correct, because Section 1983 Grants Statutory Jurisdiction by Act

10 of Congress to the U.S. District Court. [1]Original and Federal Question Jurisdiction.

12 I have Standing to Sue because my Federal Rights where Denied under the Color of

13 State Law.

14  "`suit arises under the law that creates the cause of action.'" Id., at 8-9, quoting:  American Well Works Co. v.
15  Layne & Bowler Co., 241 U.S. 257, 260 (1916).

16  See:  § 1343. Civil rights and elective franchise

17 Under the Color and Guise of State Law and City Ordinance the Named Police Officer did

18

19 Unlawfully, Wrongfully Seize my Person (Arrest), Seize and Tow my Vehicle (Property) from

20 Private Property.

22  Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with
23  authority of state law, is action taken "under color of any statute", within this section.  Henig v. Odorioso, C.A. 3 (Pa.)
    1967, 385 F.2d 491, certiorari denied 88 S.Ct. 1269, 390 U.S. 1016, 20 L. Ed.2d 166, rehearing denied 88 S.
    Ct. 1814, 391 U.S. 929, 20 L. Ed.2d 671. See, also, Basista v. Weir, C.A. 3 (Pa.) 1965, 340 F.2d 74; Baldwin v.
24  Morgan, C.A. Ala.1958, 251 F.2d 780; Geach v. Moynahan, C.A.Ill.1953, 207 F.2d 714; Picking v. Pennsylvania
    R. Co., C.C.A.Pa.1945, 151 F.2d 240, rehearing denied 152 F.2d 753; Nugent v. Sheppard, D.C. Ind.1970, 318
25  F. Supp. 31

---

28  [1]28 U.S.C. Section 1343 (3)

---

1 | Misuse of Power Under the Color of State Law (California Vehicle Code) Qualifies

2 | Section 1983 Civil Rights Jurisdiction.

3

4 | ## (# 1.) - SEIZING OF VEHICLE PROPERTY IN VIOLATION OF THE FOURTH AND FOURTEENTH AMENDMENTS AND HOLDING FOR (30) DAYS.

5

6 | The Police Officer Named Sargent George Lytle Badge No 761 and or some Other

7

8 | Unnamed Police Officer Ordered my Vehicle Under the Color and Guise of State Law and

9 | Local Ordinance to be Held Unlawfully for (30) Days. The Named Police Officer who is

10

11 | In Charge of Vehicles and Releasing (Private Property) in Violation of the Fourth Amendment

12 | and Due Process Clause of the Fourteenth Amendment Federal Constitution. See: **KRIMSTOCK**

13 | **v. SAFIR**, Docket No. 00-9488 (Second Cir. 2000):

14

15 | Plaintiffs in this action essentially seek an early opportunity to test the City's likelihood of success on the merits of

16 | the forfeiture action, or what the Supreme Court has termed the "probable validity" of continued deprivation of a claimant's property during the pendency of legal proceedings. Cf. Comm'r v. Shapiro, 424 U.S. 614, 629 (1976)

17 | ("[A]t least where irreparable injury may result from a deprivation of property pending final adjudication of the rights of the parties, the Due Process Clause requires that the party whose property is taken be given an opportunity

18 | for some kind of predeprivation or prompt post-deprivation hearing at which some showing of the probable validity of the deprivation must be made."); Fuentes v. Shevin, 407 U.S. 67, 97 (1972) ("Since the essential reason for

19 | the requirement of a prior hearing is to prevent unfair and mistaken deprivations of property, . . . it is axiomatic

20 | that the hearing must provide a real test. `(D)ue process is afforded only by the kinds of "notice" and "hearing" that are aimed at establishing the validity, or at least the probable validity, of the underlying claim against the

21 | alleged debtor before he can be deprived of his property.'") (quoting: Sniadach v. Family Fin. Corp., 395 U.S. 337, 343 (1969) (Harlan, J., concurring)).

22

23 | The Fourth Amendment Requires a Probable Cause Hearing in Front of State Court Judge

24 | who has General Jurisdiction. The Named Police Officer did state to me that he was Executing

25

26 | a Civil Seizure of My Vehicle (Private Property). The Civil Law does Not Transcend the

27 | Fourth Amendment against Search and Seizure of Private Property. See: **UNITED STATES v. JAMES**

28

---

**SECTION 1983 COMPLAINT - GEORGE LYTLE AND CITY OF DUBLIN**                    *Page 3 of 28*

1    DANIEL GOOD REAL PROPERTY, 510 U.S. 43, Id, at 50 (1993).  Which  states:

2
3    "The Fourth Amendment is Not the beginning of the end to Constitutional Inquiry whenever a Seizure occurs."

4    It is true, of course, that the *Fourth Amendment applies to searches and seizures in the civil context,* See Camara
     v. Municipal Court of San Francisco, 387 U.S. 523 (1967) In: UNITED STATES v. JAMES DANIEL GOOD REAL
5    PROPERTY, 510 U.S. 43, Id, at 50 (1993)

6         Thus, making the Holding of my Vehicle without a Fourth Amendment Seizure Warrant
7
8    Unlawful and Unconstitutionally Violative of the Fourth Amendment.

9         Let this Court take Notice that I did Serve Several Notices of Warning and Demand

10   for my Property to be Returned. See: **(Exhibits A, B, C, D, E).**  I gave full Notice that the Hold

11
12   upon my Vehicle was Unlawful, in Violation of the Fourth Amendment and in Violation of

13   the Right to Heightened Due Process Protection. I further stated that a (30) Day Hold upon
14
15   Vehicle (Private Property) Created a Hardship and Cruel Punishment and it was a Double

16   Jeopardy Punishment. I also stated my Financial Problems and Hardship, that a (30) Hold which

17   is Unlawful on it Face would in Reality be a Forfeiture under the Color of State Law.

18   Because I would be Unable to pay the Towing, Storage Fees of well over $ 1500.00.  Let

19   Further Notice be taken, here that I gave them Full Notice and Clearly Established My
20
21   Constitutional and Civil Right. I fully Established that a Simple Tow Hearing in front of Police

22   Tow Hearing Officer does Satisfy Due Process and Fourth Amendment Seizure of my Vehicle

23   Violation. I have Claimed Hardship and Irreparable Harm and Severe Financial Hardship with
24
25   the Dublin Police Services. See: **(Exhibits A, B, C, D)**.

26   **(#1-A) - (FOURTEENTH AMENDMENT HEIGHTENED DUE PROCESS**
27   **FAILURE)**

28

---

1   Taking Stealing under the Color of State Law in Violation of the Fourth Amendment

2   which lays an absolute Barrier against Unlawful Seizures. The Name Police Officer acted without

3
4   the Constraint of Administrative Adjudication. He Ordered my Vehicle Held for (30) Days

5   without Notice and Opportunity to Defend. The Statute Offers No Remedy accept that I pay

6   The $1500 that I am Unable to afford. Then sue for the Car back or Take a Trover Action

7
8   In Personam which is Speculative at best and that would take perhaps years to get a Remedy.

9   By that time my Vehicle would have been sold. My 1971 Dodge Power wagon is Extremely

10  Rare and almost one of Kind. It almost Priceless because it has a Granny 4 Speed and that

11
12  is almost one of a Kind. There are only about 50 or less that are in Running Shape. Thus,

13  the Named Defendants and the State of California has Failed provide a Remedy. The Named

14  Defendants must have known its Value. Thus I am left with No Due Process of Law to

15
16  Protect my Property (Vehicle).

17  "executive urgency," the Court has provided the examples of summary seizures during wartime, seizures of
18  contaminated food, and, formerly, the collection of taxes when the very existence of the government depended upon
    them. See Id. at 59-60. To take one example, the Court allowed the seizure, without prior judicial process, of
19  forty-seven barrels of poultry from a Chicago food storage warehouse after city inspectors determined they were
    "putrid, decayed, poisonous, or infected in such a manner as to render it unsafe or unwholesome for human food."
20  N. Am. Cold Storage Co v. City of Chicago, 211 U.S. 306, 308 (1908). The threat to the public was immediate, and
    the spoiled poultry, like contraband, was unlikely to be used for some other legitimate purpose. Motor vehicles, in
21  contrast, present no such threat and maintain their usefulness. Cf. Austin v. United States, 509 U.S. 602, 621
    (1993) ("`There is nothing even remotely criminal in possessing an automobile.'") (quoting One 1958 Plymouth
22  Sedan v. Pennsylvania, 380 U.S. 693 (1965)). In James Daniel Good Real Property, for example, the Supreme Court
    found that enforcement of the drug forfeiture laws did not present "a plausible claim of urgency" strong enough to
23  dispense with normal due process guarantees. James Daniel Good Real Prop., 510 U.S. at 61.

24  The Defense that the Named Defendant will submit will likely be Public Concern and

25  Safety of the Public or Public Interest. I Pose No Public Threat like the Defendants will try

26  Prove. I pose Public Risk. The Defendants will attempt to show I am Criminal because I was

27
28

---

**SECTION 1983 COMPLAINT - GEORGE LYTLE AND CITY OF DUBLIN**     *Page 5 of 28*

1 Driving while my So Called License Privilege was Suspended. What the Defendants don't know

2 is I have Demanded a Suspension Hearing 14 times with the California Department of Motor

3 Vehicle Licensing Division. If a Probable Cause Hearing as is Required by the Fourth

4 Amendment was held they would have known that. My License would Not be Suspended. I was

5 Not afforded a chance to present this Evidence which would Exonerate me. The Named

6 Defendants do want this to happen because they want to Take Citizen's Property in violation

7 of the Fourth Amendment and Heightened Due Process Protection. My So Called License was

8 Suspended for not paying Registration Fees because of past Unemployment (Job Discrimination).

9 Does this make me a Habitual Criminal? I have not been involved in any Accidents, No Drunk

10 Driving, Driving Under the Influence of Alcohol, No Safety Moving Violations like Speeding,

11 Running Stops Lights and or Signs. Does this make a Habitual Criminal that I should be

12 denied my Fourth Amendment Right and my Vehicle Held (Forfeited) for (30) Days without

13 a Full Probable Cause and Due Process Hearing? No this Doesn't Justify the Public Interest

14 of Concern.

## (TOW OPERATOR - CENTRAL TOWING AND TRANSPORTING LIABLE ALSO)

Let Notice be taken here that Central Towing and Transporting did Tow and Hold my

Vehicle (Seize) my Private Property on their Property without Seizure Warrant. They also

Refused Release my Vehicle (Private Property). They stated to me to Talk to the Dublin Police

Services, and it was their Decision to Hold (Seize) my Vehicle (Private Property). This makes

the Tow Operator Liable under Section 1983 also. See: **Weinraub v. Park City, (Utah) 1984, 751 F.2d**

---

1  357;  Bim v. Artison, E.D. Wis.1989, 721 F. Supp. on subsequent appeal 924 F.2d 1061 remand 764 F. Supp. 129.  See

2  also:  Katona v. City of Cheyenne,  S. D. Wyo.1988, 686 F. Supp. 287.

3

4      The Tow Operator is Personally Liable for Unlawful Towing and Storage (Seizing) of

5  my Vehicle (Private Property). He had to have Noticed that it was being towed from another

6  City and County, which is Not in the Boundaries and Jurisdictional Limits of the City of

7

8  Dublin Police Services and Alameda County who has Contracted their Services. He the Tow

9  Operator who Towed and (Seized) my Vehicle (Private Property)  without Fourth Amendment

10  Seizure Warrant. They Held my Vehicle (Private Property) and Refused to Release it for the

11
   (30) Day Hold (Seizure) without Fourth Amendment Seizure Warrant, Authority. See:  Katona
12
13  v. City of Cheyenne,  S. D. Wyo.1988, 686 F. Supp. 287.

14      **(MULTI-BILLION DOLLARS INDUSTRY UNDER THE COLOR OF LAW)**

15
      The Seizing and (Stealing) of Vehicles Unlawfully in Violation of Due Process of
16
17  Law, has become a Multi Billions of Dollars Industry. Where does California and the Rest of

18  States come up with over 2.5 Million Vehicles per year from? That doesn't count the Vehicles

19
   that where Seized for one day and Returned. It doesn't count the Vehicles that the Vehicles
20
21  that the Bank Repossessed from a (30) Day hold because the Registered Owner could Not Pay

22  the over $ 1500 to get their Vehicle back from Impound. It costs almost $200 for Impound

23
   and Storage Fee and Administrative fee for (1) Day. All Under the Color and Guise of State
24
25  Law and Police Powers. The City of Dublin Police Services probably shares in about 5 to

26  10 Million Dollars per year in Towing, Seizing, Impounding and Sales of Vehicles (Forfeiture),

27  in Violation of Due Process of Law and Fourth Amendment. ("`There is nothing even remotely criminal

28

---

**SECTION 1983 COMPLAINT - GEORGE LYTLE AND CITY OF DUBLIN**                    *Page 7 of 28*

In Owning and possessing an automobile.'") (quoting One 1958 Plymouth Sedan v. Pennsylvania, 380 U.S. 693 (1965)).

This is also what I am Attacking it is Unconstitutional on its Face and an Action Under the Color of State Law which Violates the Fourth Amendment and the Fourteenth Amendment Federal Constitution.

> Mathews, 424 U.S. at 335. The particular deprivation with which we are concerned here is the City's post-seizure, pre-judgment retention of plaintiffs' vehicles..... Krimstock, 2000 WL 1702035, at 36-37. We are troubled by this conclusion. Neither the arresting officer's unreviewed probable cause determination nor a court's ruling in the distant future on the merits of the City's forfeiture claim can fully protect against an erroneous deprivation of a claimant's possessory interest as his or her vehicle stands idle in a police lot for months or years.

There will be No Fourth Amendment Probable Cause Hearing, No Due Process Hearing with Cross Examination of the Police Officers and other Witnesses. The Police Hearing Officer Hearing Will Never Satisfy Due Process and Forfeiture in these type of Matters.

> Mathews, 424 U.S. at 335. The particular deprivation with which we are concerned here is the City's post-seizure, pre-judgment retention of plaintiffs' vehicles. Krimstock, 2000 WL 1702035, at 36-37.

The Probable Cause for Seizure of my Vehicle will not be Heard and I will Not Be Able to Cross Examine the Police Officer and there where be Adversarial type Hearing In Front of a True Neutral Administrative Judge who is Truly Impartial, Unbiased and truly represents Fairness, Justice and True Due Process of Law. The Police Hearing Officer is a Police Officer who employed by, part of and under the Authority of same Police Department.

## (#1-B) - (NO FOURTH AMENDMENT SEIZURE WARRANT TO HOLD MY VEHICLE)

I guess the Fourth Amendment has No Meaning or Restraint any more. The Fourth Amendment is Not a Valid Protection against Unlawful Seizure's of Private Property. It seems it is this way because Police can Seize and Hold my Vehicle for (30) Days without any

---

**SECTION 1983 COMPLAINT - GEORGE LYTLE AND CITY OF DUBLIN**     *Page 8 of 28*

1

2  Judicial Hearing and Judicial Determination of Probable Cause and other Fourth Amendment

3  Protections. The Police and the Tow Agency are Holding my Vehicle for (30) Days without

4  Fourth Amendment Seizure Warrant and or Order. **Police Sargent George Lytle** told Me: "the

5  Fourth Amendment does not apply here." He also stated to me that I did Not have a Right

6

7  to any Hearing whatsoever and the City of Dublin will not Change their Decision to Hold

8  My Vehicle Whatsoever. I Demanded as a Matter of Due Process Right Notice and Opportunity

9

10 to Defend. He Refused to tell me where my Vehicle was being Held and why it was being

11 Held. He Refused to even discuss the Holding of my Vehicle and what is was Being Held

12 for (30) Days. I received No Notification, Authority for (30) Day Hold on my Vehicle and

13

14 Notification of Hearing Rights and Administrative Adjudication Procedural Due Process. **Sargent**

15 **George Lytle Badge No. 761,** stated to me several times that the Fourth Amendment does Not

16 apply to a Vehicle Seizure. My Vehicle is being Seized by Civil Forfeiture Laws (Hold). I

17

18 did Serve the Dublin Police Services Attn: **Sgt George Lytle Badge No 761,** with Several

19 Notices and Demand for Fourth Amendment Seizure Rights, Fourteenth Amendment Heightened

20 Due Process Forfeiture Hearing Rights. See: **(Exhibits A, B, C, D)**. See:

21

22  "The Fourth Amendment is Not the beginning of the end to Constitutional Inquiry whenever a Seizure occurs."

23  It is true, of course, that the *Fourth Amendment applies to searches and seizures in the civil context*, See <u>Camara v. Municipal Court of San Francisco</u>, 387 U.S. 523 (1967) In: <u>UNITED STATES v. JAMES DANIEL GOOD REAL PROPERTY</u>, 510 U.S. 43, Id, at 50 (1993)

24

25  Thus, even if was to be considered a Civil Forfeiture Action (30) Day Hold, it is still

26 held to the Fourth Amendment Seizure Warrant Requirement. A Civil Penalty in Nature does

27

28

---

1   does Not Transcend the Fourth Amendment Seizure Warrant Requirement. See: **See Camera v.**

2   **Municipal Court of San Francisco, 387 U.S. 523 (1967);** In: **UNITED STATES v. JAMES DANIEL GOOD REAL PROPERTY,**

3   **510 U.S. 43, Id, at 50 (1993)**. It would also be under the Forfeiture Hearing Right of Due

4   Process of Law. There are powerful Hydraulic Pressures throughout history that bear heavily on the Courts to water down

5   Constitutional guarantees. **Adams v. Williams, 407 U.S. 143 at 161-162 (1972)**. This is a Police Officer who

6   is attempting to force a Change in his Favor and to bypass Cardinal Constitutional Guaranties.

7   **Let Notice be taken here, that I gave the Named Sgt. George Lytle # 761, Full**

8   **Constitutional Demands full warning and Establishing my Constitutional Rights.** Sgt. George

9

10  Lytle Denied my Demand for Notice of Why, Where and What Authority my Vehicle (Private

11

12  Property was being Held.

13

14  ## (TOW OPERATOR - CENTRAL TOWING AND TRANSPORTING LIABLE ALSO)

15

16      Let Notice be taken here that Central Towing and Transporting did Tow and Hold my

17  Vehicle (Seize) my Private Property on their Property without Seizure Warrant. They also

18  Refused Release my Vehicle (Private Property). They stated to me to Talk to the Dublin Police

19  Services, and it was their Decision to Hold (Seize) my Vehicle (Private Property). This makes

20  the Tow Operator Liable under Section 1983 also. See: **Weinrauch v. Park City, (Utah) 1984, 751 F.2d**

21  **357; Bim v. Artison, E.D. Wis.1989, 721 F. Supp. on subsequent appeal 924 F.2d 1061 remand 764 F. Supp. 129. See**

22

23  **also: Katona v. City of Cheyenne, S. D. Wyo.1988, 686 F. Supp. 287.**

24

25      The Tow Operator is Personally Liable for Unlawful Towing and Storage (Seizing) of

26  my Vehicle (Private Property). He had to have Noticed that it was being towed from another

27

28

---

1   City and County, which is Not in the Boundaries and Jurisdictional Limits of the City of

2   Dublin Police Services and Alameda County who has Contracted their Services. He the Tow

3

4   Operator who Towed and (Seized) my Vehicle (Private Property) without Fourth Amendment

5   Seizure Warrant. They Held my Vehicle (Private Property) and Refused to Release it for the

6   (30) Day Hold (Seizure) without **Fourth Amendment** Seizure Warrant, Authority. See: Katona

7   v. City of Cheyenne, S. D. Wyo.1988, 686 F. Supp. 287.

8

9   ## SGT. GEORGE LYTLE ORDERED THIRTY (30) DAY HOLD ON MY VEHICLE (PRIVATE PROPERTY)

10

11   Sgt. George Lytle Bade No. 761 stated to me on Monday March 24th, 2008, that he

12   had Ordered the (30) Day Hold on my Vehicle (Private Property). You where Driving on a

13

14   Suspended Driver's License the Second time, he stated. I told him I have not been Convicted

15   of any of those. He then stated to me: "It Doesn't matter we can Hold your Vehicle for (30) days."

16   He offered me No Authority for his Action other than he Could do it. I made a Clear

17

18   very Loud Objection and Protest Claiming that the Vehicle is being Held Unlawfully in

19   Violation of the Fourth Amendment Seizure Warrant Requirement. I Quoted to him: Camara v.

20   Municipal Court of San Francisco. I did not Remember the Site No. . Here is the Excerpts from the

21   Conversation: **March 24th, 2008 at or about 2:12 PM:**

22

23   He further stated: I Refuse to give you any other Information about your Vehicle, Towing and otherwise." You can sue if you like but that will not go anywhere. "I have been sued before."

24

25   Me: I then stated that: " I Unemployed again and this will become a Forfeiture because of Cost and Fees in excess of $ 1500.00."

26

27   ME: I must Object and Protest Timely that this Seizure In Unlawful and that I am Establishing a Clearly Established Constitutional and Civil Right."

28

---

He: Just Stated: "the Fourth Amendment does not Apply to a Hold under Civil Law."

Me: "I further Demanded to Sgt George "Lytle where is my Right to Forfeiture Hearing as part of Heightened Due Process Requirements under the Fourteenth Amendment.

He: Stated to me we are Not taking your Vehicle under Forfeiture we are just Holding it for (30) Days.

Me: I stated to Police Officer Sgt. Lytle that I was Stopped Clearly outside of City of Dublin and Alameda County Jurisdictional Boundaries of Authority and Police Power Jurisdiction.

He: Well we can stop you within 500 feet of Boundary.

Me: That stop took place over 3/8 miles from that Boundary. That is where the Police Put on on the Lights to Stop me. The Boundary of the City of Dublin and County of Alameda is Before Alcosta Blvd. The City of Dublin Police Services have No Business and Jurisdiction to Exercise Jurisdiction there whatsoever.

He: Refused to answer that issue of Material Facts whatsoever.

Me: "I Demanded to know under what Authority and I Demanded to see it in writing."

" [2]He Just further stated Mr. Whitsitt, do we have any other business to talk about" "I have Ordered that your Vehicle be held for (30) days and if you want any Information or Authority you will have seek it through Discovery." We will Hold your Vehicle for (30) Days. I do not have to offer you a Tow Hearing until After the (30) Days has passed."

At that point the Conversation ended and I Demanded that he either release my Vehicle (Private Property). I again Demanded my Right to see a Fourth Amendment Probable Cause Warrant, Authority for Holding my Vehicle. In Essence George Lytle Badge No 761, made a Judicial Determination outside His Lawful Authority and Jurisdiction.

"[W]hen an officer acts wholly outside the scope of the powers granted to him by statute or constitutional provision, the official's actions have been considered to be unauthorized." Ramirez de Arellano v. Weinberger, 745 F.2d 1500, 1523 (D.C. Cir. 1984).

This Named Police Officer is Not Competent enough and it is in Excess of his

---

[2] He: is referring to Sargent George Lytle # 761    Me: is referring to myself the Plaintiff William J. Whitsitt.

1 Authority to Make Judicial Determination such as Holding my Vehicle for (30) Days. In

2 Violation of the Fourth and Fourteenth Amendments. Acting in Excess of Lawful Jurisdiction

3

4 and Authority is an Cause of Action under Section 1983. See:

5     Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with
    authority of state law, is action taken "under color of any statute", within this section. Henig v. Odorioso, C.A. 3 (Pa.)

6     1967, 385 F.2d 491, certiorari denied 88 S. Ct. 1269, 390 U.S. 1016, 20 L.Ed.2d 166, rehearing denied 88 S.
    Ct. 1814, 391 U.S. 929, 20 L. Ed.2d 671. See, also, Basista v. Weir, C.A. 3 (Pa.) 1965, 340 F.2d 74; Baldwin v.

7     Morgan, C.A. Ala.1958, 251 F.2d 780; Geach v. Moynahan, C.A.Ill.1953, 207 F.2d 714; Picking v. Pennsylvania
    R. Co., C.C.A. Pa.1945, 151 F.2d 240, rehearing denied 152 F.2d 753; Nugent v. Sheppard, D.C. Ind.1970, 318

8     F. Supp. 31.

9

10     I Clearly Established my Constitutional and Civil Rights at the time of Deprivation. I

11 Served (5) Objections and Demand for Return of my Private Property. See: Exhibits A, B, C, D,

12 E). I made Objections at First meeting with Police Officer Lytle and at Tow Hearing in Front

13

14 of Police Hearing Officer. Let Notice be taken here that, I did Object Timely at the Tow

15 Hearing and (4) Times before the Tow Hearing that the Police Officer Tow Hearing Does Not

16 and Will Not Satisfy Heightened Due Process and Fourth Amendment Probable Cause Hearing

17

18 Requirements. Officer Lytle Obviously Does Not Care, he is so Used to acting in Excess of

19 his Authority and Jurisdiction that he has No Regard for my Constitutional and Civil Rights.

20 Officer Lytle must Believe that he is Beyond Reproach and above the Law.

21

22     "All persons dealing with public officers are bound to take notice of the law prescribing their authority and powers."
    Continental Casualty Co. v. United States, 113 F.2d 284 (5th Cir. 1940); See also: United States v. Jones, 176

23     F.2d 278 (9th Cir. 1949).

24     Police Officer Lytle is Not Above the Constitution, My Constitutional and Civil Rights

25 and the Law of the Land. The Roman Civil Law has NO JURISDICTION over me Whatsoever.

26

27 **(MY VEHICLE IS MY PRIVATE PROPERTY AND NOT FOR UNAUTHORIZED AND UNLAWFUL POLICE SEIZURES [HOLDS])**

28

---

Case 3:08-cv-01802-JSW    Document 1    Filed 04/03/2008    Page 14 of 29

1    The Holding of My Vehicle which is my Personal Private Property is Not owned for

2    The Good of the Public. It is Not Owned by Privilege Granted by the Public. It is Not owned

3

4    as an Public Interests or Concern. My Vehicle is Not Owned by a Corporate Person and

5    involved in State Granted Privileges. I own my Vehicle which is my Private Property, by

6    Inalienable Right. I am Not a Creature or Creation of the State Legislature and I am Not their

7    Personal Property. I do Not owe my existence to the State Legislature. I know how be

8

9    Responsible for my Own Actions and Life, Liberty and Property. My Vehicle is Not Public

10   Property for the Public and Legislature's Good. I did Not give the Police Powers Jurisdiction

11   and Authority over my Vehicle (Private Property). I Drive and Operate my Vehicle on the

12

13   Public Roads and Highways by Absolute Inalienable Constitutional Right. I take Responsibility for

14   my own actions. I am completely outside of Legislative Control and Police Power Control. I

15   Take Control over my own actions and over my Life. I Claim that Right to Personal Liberty

16   that is Free from Government Control. I have Wrote and Served the California Department of

17

18   Motor Vehicles this Demand 14 times in this past almost 3 years. My Vehicle is my Private

19   Property and Not Subject to the Police Powers, Unlawful Seizures (Holds) and thus is Held

20

21   to a much Higher Due Process of Law Protection.

22   It is well-established "that a State may not impose a penalty upon those who exercise a right guaranteed by the
     Constitution." Harman v. Forssenius, 380 U.S. 528, 540 (1965); accord: Dunn v. Blumstein, 405 U.S. at 341.

23

24   seizure without court order abridges constitutional due process. Sniadach v. Family Finance Corp. of Bay View, 395
     U.S. 337 (1969).

25

26   I have the Right to be Free From Government Interference with my Right to Travel and

27   Carry on my Private Concerns and Rights.

28

---

1    It is a promise of the Constitution that there is a realm of personal liberty which the government may not enter.
2    <u>Michael H. v Gerald D.</u>, 491 US 110, 127-128, n 6, 105 L Ed 2d 91, 109 S Ct 2333 (1989) (opinion of Scalia, J.).

3
4        I  Clearly  Established  my  Right  to  Liberty  at  the  time  of  Deprivation.

## TOW HEARING DID NOT SATISFY DUE PROCESS OF LAW AND FOURTH AMENDMENT PROBABLE CAUSE HEARING REQUIREMENT.

6
7        They  finally  agreed  to  have  a  Tow  Hearing  after  (9) days  my  Vehicle  (Private  Property

8    has  been  Ordered  Held  (Seized)  by  the  Named  Police  Officer.  On  **April  1ˢᵗ,  2008  at  2PM**

9    I Entered  Dublin  Police  Department  for  a  **Tow  Hearing**.  I brought  my  Friend  Bob  Howard  who

10   had  Testimony  to  provide  at  the  Hearing.  Here  is  Excerpts  from  that  Tow  Hearing.

12   [3]<u>Tow  Hearing Officer</u>:  Who  is  he?

13   **ME:**  "He  is  my  friend  Bob  Howard,  he  has  Testimony  to  offer  as  Evidence"

14   THO:  "He  is  not  allowed  in  this  Hearing,  he  will  have  to  leave,  and  wait  outside."  "There  are  No Witnesses  allowed  at  my  Tow  Hearings."

15   THO:  "He  will  have  to  wait  outside."

16   Me:  "I  do Object  Timely"  "I  do  have  the  Right  to  Present  Evidence  in  Support  of  an  Wrongful  Tow  Action." *"What  about  the  Fourth  Amendment  Seizure  Requirement?"  "What  about  the  Fourteenth  Amendment  Due Process  Requirement?"*

17   THO:  Not  at  this  Tow  Hearing,  we  have  already  decided  that  our  Action  to  Hold  your  Vehicle  is  Valid  and  we
18   are  Not  going  to  Change  our  Decision."  You  have  No  Remedy  here  and  Recourse  on  the  Hold  of  your  Vehicle."
19   "California  Law  does  Not  Provide  a  Hearing  to  Determine  Validity  of  <u>Section 14601.2 of Vehicle Code</u>,  Hold.  "We
     have  received  all  you  Documentation  of  over  20  pages  in  4  Notices  and  Demands  that  where  received."  " That
20   Code  does  NOT  afford  you  t h e   Right  to  Contest  the  Hold."   "The  Fourth  Amendment  does  Not  Apply  to  the California  Vehicle  Code."

21   Me:   "Did  you  read  those  Served  Document?"    *"What  about  the  Fourth  Amendment  Seizure Requirement?"  "What  about  the  Fourteenth  Amendment  Due  Process  Requirement?"*

22   THO:  "He  just  stated  again  that  we  received  them."

23   I  believe  that  is  the  Section  Number  he  Quoted."

24
25   <u>THO</u>:  Do  you  have  anything  else  to  offer  us.?"

26   <u>Me</u>:  I  have  3  Affidavits  plus  my  Testimony  that  will  support  that  the  Police  Officers  pulled  me  over  in  City
     of  San  Ramon  and  County  of  Contra  Cost  clearly  outside  of  City  of  Dublin  and  County  of  Alameda  Jurisdiction."  The

27
─────────────────────
28   [3]<u>Two Hearing Officer  will be</u>:  THO.  <u>Me</u>:  is Me the Plaintiff William J. Whitlatt

───────────────────────────────────────────────

**SECTION 1983 COMPLAINT - GEORGE LYTLE AND CITY OF DUBLIN**            *Page 15 of 28*

1    Affidavits from: Steve Swift; Michael Swift; Rick Lincoln, are Evidence and Proof that  My Vehicle was Towed
     outside of City of Dublin and Alameda County Authority and Jurisdiction"

2        THO:  I will accept that and hand to my Legal Staff.  Can we have those originals or can we make a copy

3    of them."  I believe we have a difference of Opinion on our City Limits and County Limits of Authority and Jurisdiction.

4        Me:  You may make a Copy of those Affidavits from: Steve Swift; Michael Swift; Rick Lincoln.  "I also
     state doesn't Probable Cause also determine Validity of Tow?" According to U.S. v. James Daniel Good Real Property."

5    "I must be afforded a full Forfeiture type Hearing which Requires a Full Probable Cause and Evidentiary Hearing with

6    Cross Examination of Police Officers and Witnesses Testimony." *What about  the Fourth Amendment Seizure
     Requirement?*  *What about the Fourteenth Amendment Due Process Requirement?*

7        THO: "Not at a Section  14601.2 Vehicle Code Hold, Tow Hearing."  "We have made determination to hold

8    your Vehicle for (30) days and you have No Recourse or Remedy.: This Code does Not Afford a Hearing (14601.2
     California Vehicle Code).

9        Me:  "I OBJECT Timely."  "What are we having this Tow Hearing for then?"   "  *What about  the Fourth
     Amendment Seizure Requirement?*  *What about the Fourteenth Amendment Due Process Requirement?*

10       THO:  Because you asked for a Tow Hearing."

11       Me:   "I again OBJECT timely."  "This so-called Tow Hearing does not Afford me the Right to Challenge
     Probable Cause and It does Not Satisfy Due Process Cross Examination Requirement.

12       THO:  We have decided to shortened the time from (30) day Hold to a (15) days you may pick up the Truck

13   on April 8. Just pay the $ 150.00 Administration Fee.  Then you will have to work out with the Tow Company the Tow
     and Storage Fees.

14       Me:  "I OBJECT again that this Hearing does Not satisfy Forfeiture and Probable Cause Requirements."

15       THO:  He stated again that they will shorten the (30) day Hold to (15) day Hold.  You may pick up Vehicle
     up on April 8th, 2008.  Do you have anything else to add?"

16       Me:  "I OBJECT Timely again."

17       THO:  "Then this Hearing is over."

18   The  Tow  Hearing  on  April  1st,  2008,  lasted  for  about  20  minutes.  He the  Hearing

19
20   Officer  stated  2  times  that  the  (14601.2  California  Vehicle  Code  Hold)  does  Not  Afford  you

21   the  Right  to  a  Hearing  to  Contest  the  Hold  or  Probable  Cause  for  the  Hold.  This  Violates

22   SEE:  seizure without court order abridges constitutional due process. Sniadach v. Family Finance Corp. of Bay View, 395

23   U.S. 337  (1969) . See  Also:  Mathews v. Eldridge, 424 U.S. 319 (1976).  This  Tow  Hearing  where  I  was

24
25   Not  Allowed  to  Contest  the  Probable  Cause  for  the  Stop  by  the  Police  and  Contest  the

26   Validity  of  Vehicle  Hold  (Seizure)  for  (30)  days  (Forfeiture).  I  was  Not  even  Allowed  to  have

27   my  Friend  Bob  Howard  Testify  as  Evidence  in  Support  of  My  Challenge  to  Probable  Cause

28

and Vehicle Hold. I was Not Afforded a Real Hearing to Contest the Validity of Probable Cause for Tow and Subsequent Hold (Seizure) of my Vehicle. I was Denied the Constitutional Right to Contest Vehicle Hold (Seizure) for (30) Days.

Let Judicial Notice be Taken, here that the City of Dublin California and other Stopping Police Officers of Dublin Police Services are being sued in other Separate Complaints and they are Not Part of this Section 1983 Suit.

## (# 1-C.) - NO PROBABLE CAUSE FOR STOP, SEIZURE OF MY PROPERTY AND ARREST OF MY PERSON.

LET JUDICIAL NOTICE BE TAKEN HERE, THAT THE FALSE AND UNLAWFUL ARREST ARE NOT ON TRIAL WITH THIS SEPARATE CAUSE OF ACTION AGAINST AN INDIVIDUAL POLICE OFFICER GEORGE LYTLE BADGE NO. 761. I bring up the Issue of Probable Cause as its Concerns the Unlawful Seizure of my Vehicle (Private Property). This in Violation and Deprivation of the Fourth Amendment.

I have [4]Several Witnesses not including myself that the Police Stop took place almost a Half mile within Contra County and the City of San Ramon California. The Stop was outside the County of Alameda and City of Dublin California's Lawful Territorial Boundaries and Jurisdiction. The Argument that I Committed a Traffic Violation in their Presence is Not Valid. At first the Police Officer stated that could not read the Old Original License Plate. It had a April Temporary Sticker in the back Window. The License Plate has a 2009 Current

---

[4]Steve Swift, Rick Lincoln, Michael Swift, myself.

1 Registration Sticker on it. The Police Officers said he was Unable to Read my License Plate then,

2 He then stated I believe you have a Stop Light out. This is totally Wrong because I just

3 checked all the Lights: Stop Lights, Turn Indicators and Head Lights just within the last half

4 Hour to make sure everything was working and they where. Thus the old Your Stoplight is

5

6 Out, Excuse for Probable Cause is Not Valid. It was Lie to Establish Probable Cause. I

7 Demanded that the Police Officer prove to me that my Stop Light was out. They Refused. The

8 Reason they Refused to prove me that Stop Light was out was that it was working. Police

9

10 Officers are Known Liars under Oath. The Police Officer's Just had to Create a Probable Cause

11 and Excuse for the Unlawful Stop. They had to make up some Excuse for Probable Cause.

12 See: Berkermer v. McCarthy, No. 83-710, decided July 2, 1984. See also Adams v. Williams, 407 U.S. 143, 148 and Terry

13 v. Ohio, 392 U.S. 34. Let Judicial Notice be Taken here that the Police Officer Never Cited me

14

15 for Stop Light being Out. The Police Officers where actually looking for Michael Swift who

16 Owned that Dodge Pick Up Truck for many years and was Harassed, Stopped without

17 Justification, Searched and Never Charged for any Real Crime. See: (Affidavit from Michael

18

19 Swift). The Dublin Police Officers even asked Michael Swift what happened to the Dodge Pick

20 up Truck about a week earlier.

21

22     There was No Legitimate Probable Cause for the Stop other then Thinking they where

23 Stopping Michael Swift and to Harass him.

24     The Stop took place Clearly outside of City Limits and County of Alameda Jurisdiction.

25 Thus, Acting Outside of Their Lawful Jurisdiction and Police Power Authority from the City

26

27

28

[5]Alameda County Sherif Deputys: Whithall # 429;  A. Grarth # 1340, who are contracted with the city of Dublin Police Services.

SECTION 1983 COMPLAINT - GEORGE LYTLE AND CITY OF DUBLIN                    Page 18 of 28

1  of Dublin California. Let Judicial Notice be Taken, here that the City of Dublin City Limits

2  end at the Back Home Fence about 15 Feet before Alcosta Blvd. The Police Stop began over

3  3/8 miles further in Contra Costa County and the City of San Ramon California. Thus, Clearly

4

5  Establishing a Claim and Cause of Action Under Section 1983. I have Clear Established my

6  Constitutional Right against Unlawful Stops outside of City of Dublin Police Jurisdiction. False

7  Unlawful Arrest and Unlawful Seizure of my Vehicle (Private Property) outside of Lawful

8

9  Jurisdiction and Police Power Authority. They had to have Known that they where beyond there

10  Lawful Jurisdictional and Police Power and City of Dublin and Alameda County Boundaries. The

11  City of Dublin and ⁸Alameda County Sheriffs have No Jurisdiction whatsoever on Alcosta Blvd.,

12

13  because it is 15 feet beyond City and County Jurisdictional Limits. Thus the Police Stop and

14  Subsequent Seizure of my Vehicle and Arrest of my Person for Failure to Appear Misdemeanor

15  Warrant was Unlawful , Unreasonable, without and in Violation of Fourth Amendment Probable

16

17  Cause.

18  Henig v. Odorioso, C.A. 3 (Pa.) 1967, 385 F.2d 491, certiorari denied 88 S. Ct. 1269, 390 U.S. 1016, 20 L. Ed.2d
166, rehearing denied 88 S. Ct. 1814, 391 U.S. 929, 20 L. Ed.2d 671. See, also, Basista v. Weir, C.A. 3 (Pa.)
19  1965, 340 F.2d 74; Baldwin v. Morgan, C.A. Ala.1958, 251 F.2d 780; Geach v. Moynahan, C.A. Ill.1953, 207
F.2d 714; Picking v. Pennsylvania R. Co., C.C.A. Pa.1945, 1 51 F.2d 240, rehearing denied 152 F.2d 753; Nugent
20  v. Sheppard, D.C. Ind.1970, 318 F. Supp. 314;

21  The City of Dublin Police Services and Alameda County Sheriffs Department must Except

22

23  Responsibility and Liability also because they have Contracted their Police Services and Liability

24  to Suit. The Respondent Superior Doctrine is Not being Applied here because of Contractual

25  Obligation and Liability by the City of Dublin Police Services and Alameda County Sheriffs

26

27  ⁶Alameda County Sherif Deputies: Whithall # 429;  A. Grarth # 1340, who are contracted with the city of Dublin Police
Services.

28

Department. The City Dublin Police Officers Must Have Known that they where outside of their Lawful Police Power and Authority Jurisdictional Boundaries. Let Notice be taken here, that I Objected to their being outside of City of Dublin and Alameda County Jurisdictional Boundaries. Thus Probable Cause for the Seizure of my Vehicle does Not Exist. **Let further Notice be taken here that I did explain this to Sgt. George Lytle several times and I made the Objection at the City of Dublin Police Services** Tow Hearing. When I made the First Objection with Police Officer Sgt. George Lytle he simply stated that he did Not Care.

Let Judicial Notice be taken, here that **Central Towing** (Towing Agency) Seized, Towed and Stored my Vehicle and is a Named Defendant and Co-Conspirator. The Tow Agency must have Know n that they where Clearly Outside of City of Dublin and Alameda County Jurisdictional and Authority Boundaries. Let Notice be taken here, that they where served a Copy of All Notices of Objection and Demand for Return of my Vehicle (Private Property). See: **(Exhibits A, B, C, D, E)**. My Vehicle is being Held Unlawfully in Violation of the Fourth Amendment on Central Towing Impound Lot. **LET NOTICE BE TAKEN, HERE THE TOW AGENCY IS NOT ON TRIAL IN THIS CAUSE OF ACTION UNDER SECTION 1983.**

"[W]hen an officer acts wholly outside the scope of the powers granted to him by statute or constitutional provision, the official's actions have been considered to be unauthorized." Ramirez de Arellano v. Weinberger, 745 F.2d 1500, 1523 (D.C. Cir. 1984).

Thus, with the (5) Notices of Objection which detail Jurisdiction, Probable Cause and Authority; Violation of the Fourth Amendment, Violation of Heightened Due Process under the Fourteenth Amendment, I have Clearly Establish my Constitutional and Civil Right. The Named Police sgt. George Lytle had to have Known that his Actions where:

1

2    *    Under the Color and Guise of State Law.

3    *    Unauthorized and beyond his Lawful Jurisdiction.

4    *    In Violation of my Clearly Establish Fourth Amendment Right.

5

6    *    In Violation of my Clearly Established Heightened Fourteenth Amendment Right.

7    *    In Violation of my Clearly Established Right to Forfeiture Hearing Due Process of law.

8    *    Seizing and Holding of my Private Property in Violation of Fourth Amendment.

9

10   *    Exercising Judicial Discretion without and in Excess of Jurisdiction and Lawful Authority.

11       "All officers, including judges, are liable if they act wholly outside of their jurisdiction or official authority, even where
         the act is a discretionary one.  The officer is then regarded as not acting in the capacity of an officer at all."

12       Robichaud v. Ronan, 9 Cir. 1965, 351 F.2d 533

13       The above decision states it without a doubt about Liability and the Named Sargent is

14
     Completely liable.
15

16       "Liability in damages for unconstitutional or otherwise illegal conduct has the very desirable effect of deterring such
         conduct. Indeed, this was precisely the proposition upon which 42 USC section 1983 was enacted". . . "Judges may

17       be punished criminally for willful deprivations of constitutional rights on the strength of 18 USC Section 242."  Imbler
         v. Pachtman, U.S. 47 L. Ed. 2d 128, 96 S. Ct.

18

19       It is Very Clear, the Named Police Officer has Reckless Disregard for my Constitutional

20   and Civil Rights.

21   **(TOW OPERATOR - CENTRAL TOWING AND TRANSPORTING LIABLE**
22   **ALSO)**

23       Let Notice be taken here that Central Towing and Transporting did Tow and Hold my

24
     Vehicle (Seize) my Private Property on their Property without Seizure Warrant. They also
25

26   Refused Release my Vehicle (Private Property). They stated to me to Talk to the Dublin Police

27   Services, and it was their Decision to Hold (Seize) my Vehicle (Private Property). This makes

28

---

1  the Tow Operator Liable under Section 1983 also. See: **Weinrauch v. Park City, (Utah) 1984, 751 F.2d**

2  **357; Blm v. Artison,** E.D. Wis.1989, 721 F. Supp. on subsequent appeal 924 F.2d 1061 remand 764 F. Supp. 129. **See**

3
   **also: Katona v. City of Cheyenne,** S. D. Wyo.1988, 686 F. Supp. 287.
4

5      The Tow Operator is Personally Liable for Unlawful Towing and Storage (Seizing) of

6  my Vehicle (Private Property). He had to have Noticed that it was being towed from another

7
   City and County, which is Not in the Boundaries and Jurisdictional Limits of the City of
8

9  Dublin Police Services and Alameda County who has Contracted their Services. He the Tow

10 Operator who Towed and (Seized) my Vehicle (Private Property) without Fourth Amendment

11 Seizure Warrant. They Held my Vehicle (Private Property) and Refused to Release it for the

12
   (30) Day Hold (Seizure) without Fourth Amendment Seizure Warrant, Authority. See: **Katona v. City**
13

14 **of Cheyenne,** S. D. Wyo.1988, 686 F. Supp. 287.

15 ## (# 2.) - <u>WAIVER OF GOOD FAITH AND QUALIFIED IMMUNITY.</u>
16

17     The [7]Named Police Officer Act Intentionally, Knowingly and Deliberately with Wanton

18 Intent on Malice. He Clearly Knew that his Acts where outside his Authority, in Violation of

19
   my Federal Constitutional and Civil Rights. I Clearly Established my Constitutional and Civil
20

21 Rights, against Unlawful Seizure of my Vehicle, the Right to have a Forfeiture Hearing,

22 Heightened Due Process Requirements. I established my Fourth Amendment Right against the (30)

23 day Hold without Seizure Warrant as Unlawful. I Served the Police Officer Several Notices of

24
   Warning and Demanding Constitutional and Civil Rights. See: **(Exhibits A, B, C, D, E)**. I made
25

26 Several Verbal Timely Objections to the Named Police Officer. He Stated several times to me

27 _____

28     [7] Sgt George Lytle No 761

that He Had been to John F. Kennedy University Law School, so Had to have known that

His acts where where Unlawful, in Excess of his Jurisdiction and Authority, in Violation of

the Fourth and Fourteenth Amendments, and he was Action Outside his Lawful Authority and

Jurisdiction. He also further stated that he has been a Police Officer for over (35) years. Thus,

I have Clearly Established my Constitutional and Civil Rights at the time and the Continued

Violation and or Deprivation of those Rights.

Clearly established Right Qualified Immunity - ask whether such Right was clearly established , see: Saucier v. Katz, (U.S. 2001), 533 U.S. 194, 121 S. Ct. 2151, 150 L. Ed. 2d. 272; see also: Wilson v. Layne, (U.S. Md. 1999) 526 U.S. 603, 119 S. Ct. 1692, 143 L. Ed. 2d 818.

Thus, the Named Police Officer Knowingly and Wantonly Waived Good Faith and

Qualified Immunity. He Knew that his Acts where in Violation of Fourth and Fourteenth

Amendments. He Had to Have Known that he was Acting Recklessly Outside his Lawful

Authority and Jurisdiction. The Named Police Officer Knew full well and as he Stated Several

times I don't Care about Your Federal Constitutional Rights. He knew full well that I did

Not Receive Notice before my Vehicle (Private Property) was Seized that my Vehicle would

Be Seized Held for (30) Days without Fourth Amendment Seizure Warrant. I would have

Contested and Fought that State Action till my dying last breath. The State would Not be able

to Seize and Hold my Vehicle Unlawfully in Violation of the Fourth and Fourteenth Amendments.

I Explained this to the Police Officer Named, He stated to me He did Care whatsoever. I did

Serve him with Several Notices and Demand that my Vehicle be Released at once. See Exhibits

A through E. Thus, the Named Police Officer Clearly, Knowingly and Deliberately Waived his

Qualified Immunity against Personal Liability. See:

Public Official is not entitled to qualified Immunity when he contours of allegedly violated Right were sufficiently clear that reasonable official would understand that he was doing violated that Right. P.B. v. Koch, C.A.9 (Idaho) 1996, 96 F.3d 1298; see also: Wilson v. Layne, (U.S. Md. 1999) 526 U.S. 603, 119 S. Ct. 1692, 143 L. Ed. 2d 818.

### Thus a Full and Knowing Waiver of Qualified Immunity.

The [8]Named Police Officer did Unlawfully and Outside his Authority make a Judicial Fourth Amendment Seizure Determination of Seizing my Vehicle, (30) Day Hold. He acted in Discretionary manner by making the Determination to Hold (Seize) my Vehicle for (30) days in Clear Violation of the Fourth and Fourteenth Amendments Federal Constitution. The Named Police Officer Acting as an Administrative Officer who does Not enjoy Absolute Judicial Immunity, even though he is Not a Administrative Hearing Officer. He state to me that he is Not an Administrative Hearing Officer. He made an Administrative Decision outside his Lawful Authority to make that Decision. The Decision to Hold (Seize) my Vehicle (Private Property) without Seizure Warrant and or Judicial Determination Violate the Fourth and Fourteenth Amendments. Thus Clearly Outside the Scope of his Lawful Authority and Jurisdiction. *See, e.g.,* *Richardson v. Koshiba*, : 693 F.2d 911, 913-14 (9th Cir.1982) (even: Judicial personnel are not absolutely immune when performing executive functions); *Harlow*, 102 S. Ct. at 2735. *See also:* *Scheuer v. Rhodes*, 416 U.S. at 247, 94 S. Ct at 1692.

The determination of whether a law enforcement officer is entitled to qualified immunity involves a two-step analysis. Saucier v. Katz, 533 U.S. 194, 201 (2001). In the first step we must view the record in the light most favorable to the party asserting injury in determining whether the officer's conduct violated a constitutional right. Id. If the plaintiff establishes the violation of a constitutional right, we must next consider whether that right was clearly established at the time the alleged violation occurred. Id. The contours of the right must have been clear enough that a reasonable officer would have understood that what he or she was doing violated that right. Anderson v. Creighton, 483 U.S. 635, 640 (1987).

---

[8]Sgt George Lytle No 761

---

**SECTION 1983 COMPLAINT - GEORGE LYTLE AND CITY OF DUBLIN**     *Page 24 of 28*

1
2      There is No Qualified Immunity available to a Police Officer who Knowingly, Wantonly

3   and Deliberately without Caring, Violates the Clear Constitutional Mandate of the Fourth and

4   Fourteenth Amendments Federal Constitution. The Named Police Clearly had Intentional and

5   Wanton, Reckless and Deliberate Disregard for my Constitutional and Civil Rights.

6
7      The Law of Not Allowing Cities to Hold (Seize) my Vehicle for (30) Days and more

8   than (1) Day is well Established and Well Known. The fallowing Decisions make Clear that

9   the Named Police Officer had to have and must have known the Truth that his Actions where

10
11  Clearly Unlawful and in Violation of the Fourth and Fourteenth Amendments Federal Constitution.

12  He Knew the Truth that his Actions are Not Authorized by Federal Law and in Violation of

13  my Federal Civil and Constitutional Rights. The Decision Clearly Establish my Civil Rights:

14

15      The Due Process Clause of the Fifth Amendment guarantees that "[n]o person shall . . . be deprived of life, liberty,
16  or property, without due process of law." Our precedents establish the general rule that individuals must receive
    notice and an opportunity to be heard before the Government deprives them of property. See United States v.
17  $8,850, 461 U.S. 555, 562 , n. 12 (1983);  Fuentes v. Shevin, 407 U.S. 67, 82 (1972); Sniadach v. Family
    Finance Corp. of Bay View, 395 U.S. 337, 342 (1969) (Harlan, J., concurring);  Mullane v. Central Hanover Bank
18  & Trust Co., 339 U.S. 306, 313 (1950).

19      Neither Gerstein nor Graham, however, provides support for the proposition that the Fourth Amendment is the
20  beginning and end of the constitutional inquiry whenever a seizure occurs. That proposition is inconsistent with the
    approach we took in Calero-Toledo v. Pearson Yacht Leasing Co., 416 U.S. 663 (1974), which examined the
21  constitutionality of ex parte seizures of forfeitable property under general principles of due process, rather than the
    Fourth Amendment. And it is at odds with our reliance on the Due Process Clause to analyze prejudgment seizure
22  and sequestration of personal property. See, e. g., Fuentes v. Shevin, 407 U.S. 67 (1972);  Mitchell v. W. T. Grant
    Co., 416 U.S. 600 (1974).

23
24      It is true, of course, that the Fourth Amendment applies to searches and seizures in the civil context, and may serve
    to resolve the legality of these governmental actions without reference to other constitutional provisions. See Camara
25  v. Municipal Court of San Francisco, 387 U.S. 523 (1967) (holding that a warrant based on probable cause is
    required for administrative search of residences for safety inspections); Skinner v. Railway Labor Executives' Assn.,
26  489 U.S. 602 (1989)

27      Though the Fourth Amendment places limits on the [ UNITED STATES v. JAMES DANIEL GOOD REAL PROPERTY,

28

---

**SECTION 1983 COMPLAINT - GEORGE LYTLE AND CITY OF DUBLIN**          *Page 25 of 28*

1  510 U.S. 43 (1993) , 51] Government's power to seize property for purposes of forfeiture, it does not provide the
2  sole measure of constitutional protection that must be afforded property owners in forfeiture proceedings. So even
   assuming that the Fourth Amendment were satisfied in this case, it remains for us to determine whether the seizure
3  complied with our well settled jurisprudence under the Due Process Clause.

4  The practice of ex parte seizure, moreover, creates an unacceptable risk of error. Although Congress designed the
5  drug forfeiture statute to be a powerful instrument in enforcement of the drug laws, it did not intend to deprive
   innocent owners of their property. The affirmative [ UNITED STATES v. JAMES DANIEL GOOD REAL PROPERTY, 510
6  U.S. 43, 54 (1993)] defense of innocent ownership is allowed by statute. See 21 U.S.C. 881(a)(7) ("[N]o property
   shall be forfeited under this paragraph, to the extent of an interest of an owner, by reason of any act or omission
7  established by that owner to have been committed or omitted without the knowledge or consent of that owner").

8  (1993) (holding that forfeitures under 21 U.S.C. 881(a)(4) and (a)(7) are subject to the limitations of the Excessive
9  Fines Clause). Nor would that inquiry, in the ex parte stage, suffice to protect the innocent owner's interests.
   "[F]airness can rarely be obtained by secret, one-sided determination of facts decisive of rights. . . . No better
10 instrument has been devised for arriving at truth than to give a person in jeopardy of serious loss notice of the case
   against him and opportunity to meet it." Joint Anti-Fascist Refugee Committee v. McGrath, 341 U.S. 123, 170-172
11 (1951) (Frankfurter, J., concurring) (footnotes omitted).

12
13 The Supreme Court has held that the Fourth Amendment protects claimants against unreasonable seizures of
   their property in the civil forfeiture context. See United States v. James Daniel Good Real Prop., 510 U.S. 43, 49
14 (1993) ("The Fourth Amendment does place restrictions on seizures conducted for purposes of civil forfeiture
   . . . ."); see also One 1958 Plymouth Sedan v. Pennsylvania, 380 U.S. 693, 696, 700 (1965) (holding that the
15 exclusionary rule under the Fourth Amendment applies to civil forfeiture proceedings); cf. In re Seizure of All
   Funds in Accounts in Names Registry Publ'g, Inc., 68 F.3d 577, 580 (2d Cir. 1995) ("In order to seize property
16 under [federal civil forfeiture law], the government must demonstrate that there was probable cause to believe
   that the property is subject to forfeiture."); United States v. Daccarett, 6 F.3d 37, 49 (2d Cir. 1993) ("[T]his circuit
17 requires seizures made pursuant to [federal civil forfeiture law] to comport with the fourth amendment.");
   United States v. $37,780 in U.S. Currency, 920 F.2d 159, 162 (2d Cir. 1990) (same).

18

19     This Police Officer who stated he went to John F. Kennedy University of Law, so he

20 had to have or Must have known about Seizing and the Fourth Amendment and Heightened

21 Due Process Requirements. The Above quoted decisions have been around for over 15 years to

22

23 over 50 years. This is Not New Case Law and Practice it is Old Law and Required Practices.

24 Thus, Old Required Practice and Case Law Clearly Established my Fourth and Fourteenth

25 Amendment Rights many years ago in fact it goes back to the Framing of the Federal

26

27 Constitution by our Forefathers. The Requirements of the Fourth and Fourteenth Amendments is

28

SECTION 1983 COMPLAINT - GEORGE LYTLE AND CITY OF DUBLIN    *Page 26 of 28*

1  Not New Doctrine it it old and Well Clearly Established.

2  **TOW OPERATOR AND TOW COMPANY DOES NOT HAVE COMMON**
3  **LAW IMMUNITY WHATSOEVER.**

4  The Towing Company and Tow Operator who Unlawfully Towed and Held (Seized) my

5  Vehicle under the Color and Guise of State Law does Not Enjoy any Immunity whatsoever.

6
7  He the Tow Operator and the Towing Company Contracted: Central Towing and Transporting

8  Inc., have No Immunity whatsoever to Claim from Section 1983 Suit. **See: Halvorsen v. Baird, 146**

9  **F.3d 680 (9th Cir. 1998) Id. at 686 (quoting Richardson, 521 U.S. at 409).** Thus Elimination of both Good Faith

10
11  and Qualified Immunity Claims.

12  **(IN CONCLUSION)**

13  I am Entitled to Return of my Vehicle (Private Property) Held (Seized) In Violation of

14
15  the Fourth and Fourteenth Amendments Federal Constitution. I am Entitled to Actual Damages

16  Damages and Punitive Damages as a Matter of Law, Rule Right and Case Law Precedents. I

17  Move the Court to Grant all Demanded for Relief, Remedies and Damages Sought.

18
19  **RELIEF AND REMEDIES SOUGHT:** Immediate Return of my Vehicle (Private Property) without Costs
   of Towing, Storage, City and Towing Company Administrative Fees or any other Associated Fees or Costs. Also any other
20  Remedies Ordered by this Court which is Just and Fair.

21  This is For the Wrongful, Unlawful SEIZING and Holding of my Vehicle Private
   Property in Violation of the Fourth and Fourteenth Amendments U.S. Constitution.

22

23  **ACTUAL DAMAGES OF:** Named Police Officer to pay $ 1500 per day Actual Damages from March 23, 2008.
24  From Tow Operator, Pay: $ 1500 per day Actual Damages from March 23, 2008.
   From Central Towing and Transporting. Pay: $ 1500 per day Actual Damages from March 23, 2008.
25

26  This is for loss of Use and Enjoyment of Vehicle Private Property and Forfeiture in Violation of Due
   Process and Fourth Amendment Seizure Warrant Requirements.

27

28

---

1  **PUNITIVE DAMAGES:**  Police Officer:  Pay $ 350,000.00 Punitive Damages.
Tow Operator:  Pay $ 350.000.00 Punitive Damages.
2  From Central Towing and Transporting:  Pay $ 350,000.00 Punitive Damages.

3      This is Punitive Damages for the Reckless Disregard for, Wanton, Deliberate and Knowing
4  Deprivation  and Violation of My Constitutional and Civil Rights, with Intent on Malice.

5

6

7      I WILLIAM J. WHITSITT, *Wm J Whitsitt*, THIS THE 2nd DAY OF APRIL, 2008,  DO HEREBY DECLARE
8  AND AFFIRM THAT ALL THE ABOVE FACTS ARE TRUE AND CORRECT UNDER THE PENALTY OF LAW.

9

10

11      I WILL MOVE THE COURT TO GRANT AN EMERGENCY ORDER TO RELEASE MY
12  VEHICLE PRIVATE PROPERTY AT ONCE WITHOUT FEES CHARGED FOR TOWING, STORAGE,
ADMINISTRATIVE FEES AND ANY OTHER FEES ASSOCIATED WITH TOWING AND STORAGE
13  UNLAWFULLY OF MY VEHICLE.

14

15

16      I WILLIAM J WHITSITT, AM THE MASTER OF THIS SUIT AND I WILL DECIDE
WHAT LAW IT WILL PROCEED UNDER, SEE:
17

18      According opportunities for responsive pleadings to indigent litigants commensurate to the opportunities accorded
similarly situated paying plaintiffs is all the more important because indigent plaintiffs so often proceed pro se and
19      therefore may be less capable of formulating legally competent initial pleadings. See Haines v. Kerner,  404 U.S.
519, 520 (1972). 9 [490 U.S. 319, 331]. See also:  Caterpillar Inc. v. Williams, 482 U.S. 386, 392 (1987).
20

21

22

23

24      RESPECTFULLY  SUBMITTED

25

26      *Wm J Whitsitt*
      WILLIAM  J.  WHITSITT
27      DATED:  April 2, 2008

28

# DEFENDANTS CONTACT INFORMATION

**DUBLIN POLICE SERVICES**
**100 Civic Plaza**
**Dublin, CA   94568**
**(925) 833-6670**
**Fax (925) 828-2893**


**CENTRAL TOWING AND TRANSPORT   Tow Agency**
**FREMONT - Main Office**
**36849 San Pedro Drive**
**Fremont, CA 94536**
**(510) 797 - 5660**

**PLEASANTON**
**3932 Old Santa Rita Road**
**Pleasanton, CA   94568**
**(925) 734 -3400**

*Courts Original*

1    WILLIAM  J.  WHITSITT
2    335 W. CLOVER  ROAD
     TRACY,  CA  95376
3    (209) 221-1405
     WHITSITTW@GMAIL.COM
4
5    IN  PROPRIA  PERSONA
6

FILED  a  E-filing

APR - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

7
8    **IN UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO**
9
10   WILLIAM  J.  WHITSITT                          )
         (PLAINTIFF)                                )
11                                                   )
            ------------VS------------               )
12                                                   )
     JEAN ZEDLITZ  #1625                             )
13                                                   )
     DUBLIN POLICE DEPARTMENT                        )
14                                                   )
     R. LANCE & SON  TOWING STORAGE AGENCY           )
15                                                   )
     CITY OF DUBLIN                                  )
16                                                   )
     COUNTY OF ALAMEDA                               )
18                                                   )
     CREDIT REGULATING SERVICES, INC.                )
19                                                   )
     10 UNNAMED DEFENDANTS                           )
20       (DEFENDANTS)                                )
21    _____               )

**C08-01803  EDL**

**COMPLAINT SECTION 1983
FALSE ARREST WRONGFUL
TOW FROM PRIVATE PROPERTY**

22       Comes Now, William J. Whitsitt, a Natural Born Citizen of the United States exercising
23   the Full Rights of Sovereignty as We The People. I come to this Court Seeking Full
     Redress and A Remedy At Law. For Sovereignty of We The People See: CHISHOLM v. GEORGIA
     (U.S.) 2 Dall 419, 454, 1 L Ed 440, 455 (1793) pp 471-472;  BOYD v. STATE OF NEBRASKA, 143 U.S. 135 at 158 (1892)
     419. I come to this Federal District Court to Seek Remedy for a Towing and Seizing

SECTION 1983 COMPLAINT - DUBLIN                                      *Page 1 of 30*

1 My Private Property under the Color and Guise of State Law, in Violation of Due Process of

2 Law. My Private Property was Towed and Seized from the Private Parking area and Private

3 Property. The Vehicle Code has NO Jurisdiction upon Private Property. Thus Arrest and Towing

4 of Vehicle from Private Property Unlawful. I was Arrested on Private Property for a

5 Misdemeanor Traffic Violation.

6

7 ## (JURISDICTION)

8    The Venue is Correct, the City of Dublin is in Territorial Limits and Jurisdiction of the

9 Northern District of California.

10    The Subject Matter is Correct, because Section 1983 Grants Statutory Jurisdiction by Act

11 of Congress to the U.S. District Court. Federal Question Jurisdiction.

12

13    I have Standing to Sue because my Federal Rights where Denied under the Color of

14 State Law.

15    "'suit arises under the law that creates the cause of action.'" Id., at 8-9, quoting: American Well Works Co. v.

16 Layne & Bowler Co., 241 U.S. 257, 260 (1916).

17    See: § 1343. Civil rights and elective franchise

18 Under the Color and Guise of State Law and City Ordinance the Named Police Officer did

19 Unlawfully, Wrongfully Seize my Person (Arrest), Seize and Tow my Vehicle (Property) from

20 Private Property.

21

22    Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with

23 authority of state law, is action taken "under color of any statute", within this section. Henig v. Odorioso, C.A. 3 (Pa.)

24 1967, 385 F.2d 491, certiorari denied 88 S.Ct. 1269, 390 U.S. 1016, 20 L.Ed.2d 166, rehearing denied 88 S.Ct.

1814, 391 U.S. 929, 20 L.Ed.2d 671. See, also, Basista v. Weir, C.A. 3 (Pa.) 1965, 340 F.2d 74; Baldwin v.

25 Morgan, C.A.Ala.1958, 251 F.2d 780; Geach v. Moynahan, C.A.Ill.1953, 207 F.2d 714; Picking v. Pennsylvania

26 R. Co., C.C.A.Pa.1945, 151 F.2d 240, rehearing denied 152 F.2d 753; Nugent v. Sheppard, D.C.Ind.1970, 318

F.Supp. 31

27    Misuse of Power Under the Color of State Law (California Vehicle Code) Qualifies

28

1   Section 1983 Civil Rights Jurisdiction.

2

3   ## (CAUSES OF ACTION UNDER SECTION 1983)

4   Here is a Brief List of all Claims for Cause of Action under Section 1983. All Claims

5   are Actions taken Under the Color of State of California Law (Vehicle and Penal Code). Thus,

6

7   creating Causes of Action under Section 1983.

8   •   **(# 1.) - WRONGFUL TOW OF MY VEHICLE FROM PRIVATE PROPERTY.**

9   •   **(# 2.) - FALSE ARREST FROM PRIVATE PROPERTY.**

10   •   **(# 3.) - SEIZING OF VEHICLE PROPERTY IN VIOLATION OF THE FOURTH**

11       **AND FOURTEENTH AMENDMENTS.**

12   •   **(# 4.) - ACTION UNDER THE COLOR OF STATE LAW.**

13

14   •   **(# 5.) - CITY OF DUBLIN CALIFORNIA AND POLICE DEPARTMENT**
      **AUTHORITY USED IN SEIZURE OF MY PERSON AND VEHICLE**

15       **PROPERTY.**

16   •   **(# 6.) - FALSE IMPRISONMENT.**

17   •   **(# 7.) - CRUEL AND UNUSUAL PUNISHMENT.**

18

19   •   **(# 8.) - DENIAL OF FORFEITURE HEARING**

20   •   **(# 9.) - CONSPIRACY UNDER THE COLOR OF LAW.**

21   **(# 1.) - WRONGFUL TOW OF MY VEHICLE FROM PRIVATE PROPERTY.**

22

23   I come to this Federal District Court to Seek Remedy for a Towing and Seizing

24   My Private Property under the Color and Guise of State Law, in Violation of Due Process of

25   Law. My Private Property was Towed and Seized from the Private Parking area and Private

26

27   Property. The Vehicle Code has No Jurisdiction over a Private Parking Lot. Let also Judicial

28

                *Page 3 of 30*

1    Notice be taken here, that the Named Police Officer is an Alameda County Sheriff's Deputy.

2        The Towing from Private Parking Lot under the Color and Authority of the California

3    Vehicle Code is Unlawful and Unconstitutional and it Violates the Fourteenth Amendment Right

4    to Taking of Property without Due Process of Law. It further Violates the Fourth Amendment

5    Right to be Free from Unlawful Seizures of Private Property without a Seizure Warrant. The

6    Owner of Parking did Not File a Complaint or Call the Named Dublin Police Officer who

7    is in Reality a Alameda County Sheriff Deputy. Thus No Probable Cause for Seizure of my

8
9    Vehicle (Private Property). The Authority under the California Vehicle Code to Tow form Private

10   Property (Parking Lot) does Not Exist. Thus Wrongful and Unlawful Tow from Private Property.

11
12   See: Ann.Cal.Vehicle Code § 22852.-id. U.S.C.A. Const.Amend. 14, Perry v. Village of Arlington Heights, 905 F.Supp. 465.

13
14       The California Vehicle Code has NO JURISDICTION upon a Private Parking Lot or

15   Private Property that is Not Owned by the Public. Thus Rendering the Tow as Unlawful

16
17   and Unauthorized. City Ordinances that Grant Police Powers and Vehicle Code Jurisdiction to

18   a Private Parking Lot are Unconstitutional on their Face and without Lawful Affect. The Towing

19   of my Vehicle from a Private parking Lot for a Vehicle Code and or Penal Code Violation

20
21   is Unlawful and a Misuse of Power possessed by State Law.

22       The Named Defendant Police (Deputy Sherif) was told by me that I was a Private

23   Parking Lot (Private Property) and the Vehicle Code has No Jurisdiction. I made this Claim

24
25   3 times to this Deputy Sherif. She just stated to me they have an agreement with Property

26   Owners to enforce California Vehicle Code. That argument does Not hold water.

27       The Deputy Sheriff must have known that her Acts, Action and Act of Omission where

28

1    in Violation and Deprivation of my Civil and Constitutional Rights. Action under the Color of

2    State Law and or in Excess or Misuse of Authority see:

3

4    Henig v. Odorioso, C.A. 3 (Pa.) 1967, 385 F.2d 491, certiorari denied 88 S.Ct. 1269, 390 U.S. 1016, 20 L.Ed.2d
     166, rehearing denied 88 S.Ct. 1814, 391 U.S. 929, 20 L.Ed.2d 671. See, also, Besista v. Weir, C.A. 3 (Pa.) 1965,
5    340 F.2d 74; Baldwin v. Morgan, C.A.Ala.1958, 251 F.2d 780; Geach v. Moynahan, C.A.Ill.1953, 207 F.2d 714;
     Picking v. Pennsylvania R. Co., C.C.A.Pa.1945, 1 51 F.2d 240, rehearing denied 152 F.2d 753; Nugent v. Shep-
6    pard, D.C.Ind.1970, 318 F.Supp. 314;

7        The City of Dublin Police Services and Alameda County Sheriffs Department must Except

8    Responsibility and Liability also because they have Contracted their Police Services and Liability

9
     to Suit. The Respondent Superior Doctrine is Not being Applied here because of Contractual
10
     Obligation and Liability by the City of Dublin Police Services and Alameda County Sheriffs
11
     Department.
12

13       Let Judicial Notice be taken, here that R Lance and Son (Towing Agency) Seized,
14
     Towed and Stored my Vehicle and is a Named Defendant and Co-Conspirator.
15

16   ## (# 2.) - FALSE ARREST FROM PRIVATE PROPERTY.

17
         I was Falsely Arrested from Private Parking Lot Under the color of State Law for
18
19   Vehicle Code Violation. The Vehicle Code of California has No Jurisdiction on Private Property.

20   Thus the Named Dublin Police Officer had No Jurisdiction or Probable Cause for Arrest. The

21
     Police Office Named (JEAN ZEDLITZ #1625), must have and Should have Known that the
22
23   California Vehicle Code has No Jurisdiction upon a Private Parking Lot. The Named Police

24   did Arrest me without Probable Cause from a Private Parking Lot in Violation of the Fourth,
25
     Fifth, and Fourteenth Amendments U.S. Constitution, 42 U.S.C.A. Section 1983 and Cruel and
26
27   Unusual Punishment of the Eighth Amendment. This is an Action that arises Under the Color

28
     ─────────────────────────────────────────────

COMPLAINT SECTION 1983 DUBLIN                                          *Page 5 of 30*

1    of State Law in violation of the Fourteenth Amendment. Let also Judicial Notice be taken here,

2    that the Named Police Officer is an Alameda County Sheriff's Deputy.

3
4         The Deputy Sherif must have Known that her Acts, Action, Omission and Acts of

5    Omissions where Clearly in Violation thereof and a Deprivation of my Civil and Constitutional

6    Rights. **Let Judicial Notice be taken here, that I told this Deputy Sherif (Officer) 3 times**

7
8    **that she was Arresting my from Private Property and I her for the Property Owners**

9    **Permission and or Complaint against me.** Thus a Clearly I established my Constitutional Civil

10   Rights where being Violated and or Deprivated. Probable Cause for Arrest for California Vehicle

11
12   Code or Penal Code Violation Authority does NOT exist upon Private Property or Parking Lot.

13   Thus Seizure of my Person was Unlawful, Unconstitutional and a Deprivation and Violation

14   thereof my Civil and Constitutional Rights to Personal Liberty, to be Free from Restraint and

15
16   Unlawful Imprisonment and or Arrest. This Right to Freedom from Restraint is Protected beyond

17   the Due Process of Law clause of the Fourteenth Amendment. It Guaranteed by the Fourth,

18   Fifth, Fourteenth, Ninth and the Privilege and Immunities Clause of the Federal Constitution.

19
20   See: Edwards v. California, 314 U.S. 160, 177, 181 (1941). I have the Inalienable Constitutional and Civil

21   Right to be Free in my Person. See: NEW YORK CITY BD. OF ESTIMATE v. MORRIS, 489 U.S. 688 (1989);

22   MASSACHUSETTS BD. OF RETIREMENT v. MURGIA, 427 U.S. 307 (197

23
24        The INALIENABLE Constitutional and Civil Right to be Free from Arrest and Seizure

25   of my Person is beyond the Right to Personal Liberty, it is Guaranteed by the Fourth

26   Amendment as well: Henry v. United States, 361 U.S. 98 (1959); Johnson v. United States, 333 U.S. 10, 16-17

27   (1948); Sibron v. New York, 392 U.S. 40, 62-63 (1968).

28   ─────────────────────────────────────────────────

COMPLAINT SECTION 1983 DUBLIN                                        *Page 6 of 30*

1

2    The Probable Cause spoken of here is on Public and Not Private Property. Public

3    Property is that property possessed and own and Regulated by the Public. Thus Violating My

4
5    Fourth Amendment Right to be Free on Private Property or Parking Lot. This is True where

6    I am about my Lawful Concerns and Legally Parked or moving about on that Private Parking

7    Lot. The Police (Sherif Deputy Named) had No Jurisdiction and or Authority to Enforce Vehicle

8    Code Violations upon Private Property or Parking Lot. **Thus I could Not have committed a**
9    **Misdemeanor in the Deputy Sherif's sight,** to Establish Probable Cause. Even if the Police
10
11   (Deputy Sherif Named) could establish that she has Permission to Patrol the Private Property

12   and Parking Lot, the question of Vehicle Code and Penal Code Authority and Jurisdiction is
13
14   still Lacking. Thus, establishing False and Unlawful Arrest in Excess of Lawful Authority and

15   Jurisdiction and Creating a Claim and Cause of Action under the Color of State Law (Section

16   1983). Since the Police (Deputy Sherif Named) did Not have an Arrest Warrant and or Signed
17
18   Complaint or Call by the Property Owner, a Fourth Amendment Violation is Established, or a

19   Tort Claim Cause of Action is Created. ( A Bivens type Cause of Action). LET JUDICIAL

20   NOTICE BE TAKEN HERE, THAT THE POLICE ( DEPUTY SHERIF NAMED), DID NOT
21
22   HAVE AN ARREST AND SEIZURE WARRANT NOR DID SHE HAVE A COMPLAINT OR

23   OTHER FROM THE PROPERTY OWNER TO ARREST. See: Id. (quoting Terry v. Ohio, 392 U.S. 1, 19

24   n.16 (1968)).

25       The City of Dublin Police Services and Alameda County Sheriffs Department must Except
26
27   Responsibility and Liability also because they have Contracted their Police Services and Liability

28
_____

1   to Suit. The Mother Superior Doctrine is Not being Applied here because of Contractual

2   Obligation and Liability by the City of Dublin Police Services and Alameda County Sheriffs

3
4   Department.

5   ## (# 3.) - <u>SEIZING OF VEHICLE PROPERTY IN VIOLATION OF THE</u>
6   ## <u>FOURTH AND FOURTEENTH AMENDMENTS.</u>

7       The Seizing of my Vehicle (Property) without Probable Cause and or a Fourth

8   Amendment Warrant on Private Property, Constitutes a Biven Type of Action and a Section
9
10  1983 Under the Color of State Law. The California Vehicle Code has No Jurisdiction upon

11  Private Property and or Private Parking Lot. Thus Probable Cause can only be by Fourth

12  Amendment Warrant and or Complaint from Owner of Private Parking Lot. Let also Judicial
13
14  Notice be taken here, that the Named Police Officer is an Alameda County Sheriff's Deputy.

15      Seizures of Vehicles and other Property upon Private Property or Parking Lots without

16  a Fourth Amendment Warrant Violate the Fundamental Principles of Constitutional Protection. It
17
18  Violates the Very Principle of Liberty and Freedom and the Right to be Free from Unlawful

19  and Unreasonable Search and Seizures. This **IS GOING TO STOP - NO FURTHER**. The Seizing

20  upon or on a Private Parking Lot without Seizure Warrant in the Excuse of Vehicle Code
21
22  Probable Cause is Unlawful. City Police Power Regulating Ordinances Drafted and written under

23  the color and Guise of State Police Power, have No Authority or Jurisdiction upon or on

24  Private Property or Parking Lots. I did **OBJECT 3 times** to the Offer (Sheriff Deputy Named)
25
26  for the Warrant-less Arrest and Seizure of my Person and Vehicle Property on the Private

27  Property and Parking Lot. Also for Lack of Probable Cause for Arrest and Seizure of my

28

1  Person and Vehicle Property.

2  The Fourth Amendment provides that:

3

4  "The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated . . . ."

5

6  See: Bell v. Hood, 327 U.S., at 684 (footnote omitted); see Bemis Bros. Bag Co. v. United States, 289 U.S. 28,

7  36 (1933) (Cardozo, J.); The Western Maid, 257 U.S. 419, 433 (1922) (Holmes, J.). See: Bivens, 403 U.S. 388, 393.

8

9  The City of Dublin Police Services and Alameda County Sheriffs Department must Except

10  Responsibility and Liability also because they have Contracted their Police Services and Liability

11  to Suit. The Respondent Superior Doctrine is Not being Applied here because of Contractual

12  Obligation and Liability by the City of Dublin Police Services and Alameda County Sheriffs

13  Department.

14

15  Let Judicial Notice be taken, here that R. Lance and Son (Towing Agency) Seized,

16  Towed and Stored my Vehicle and is a Named Defendant and Co-Conspirator.

17

18  ## (# 4.) - ACTION UNDER THE COLOR OF STATE LAW.

19  The Named Police Officer **(JEAN ZEDLITZ #1625)** acted under the Color of State

20  Law and Local Ordinance in violation of the Fourteenth Amendment and the Fourth Amendment

21  in the Unlawful and Wrongfully Seizing and Towing of my Vehicle from a Private Parking

22  Lot. The Named Police (Sheriff Deputy) Clearly Acted under the Authority of City Ordinance

23

24  and California Vehicle Code and Penal Code. The City Ordinance gives the Authority to Use

25  the Police Powers and California Vehicle Code upon the Private Parking Lots in Excess of

26  Limitations by the Federal and State Constitutions and Federal Law. A Private Parking Lot is

27

28

---

COMPLAINT SECTION 1983 DUBLIN                                              *Page 9 of 30*

1   is Not Public Property and under the Jurisdiction and Regulation of the California and Dublin

2   City Police Powers and California Vehicle Code. This Private Property and Parking Lot is Not

3   proper and Lawful Subject of the Police Power Regulations and California Vehicle Code. The

4   Individual's Liability in this Action under the Color of State Law and Local City Ordinance

5   is also upon the City of Dublin and Alameda County. Because She the Sheriff Deputy acted

6   
7   under the County of Alameda and the City of Dublin Police Services Authority and Jurisdiction.

8   The Sheriff Deputy did as she was Directed to do Acting in excess and with Misuse of Police

9   
10  Powers under the color and Guise of State Law and City Ordinance. See:

11  
12  Henig v. Odorioso, C.A. 3 (Pa.) 1967, 385 F.2d 491, certiorari denied 88 S.Ct. 1269, 390 U.S. 1016, 20 L.Ed.2d
    166, rehearing denied 88 S.Ct. 1814, 391 U.S. 929, 20 L.Ed.2d 671. See, also, Basista v. Weir, C.A. 3 (Pa.) 1965,
13  340 F.2d 74; Baldwin v. Morgan, C.A.Ala.1958, 251 F.2d 780; Geach v. Moynahan, C.A.Ill.1953, 207 F.2d 714;
    Picking v. Pennsylvania R. Co., C.C.A.Pa.1945, 151 F.2d 240, rehearing denied 152 F.2d 753; Nugent v. Shep-
14  pard, D.C.Ind.1970, 318 F.Supp. 314; Culbertson v. Leland, C.A. 9 (Ariz.) 1975, 528 F.2d 426.

15      Let Judicial Notice be taken here that the Property Owner (s) may also share Liability

16  by agreement with the Named Defendants pursuant to a Conspiracy in Excess and Misuse of

17  Police Powers in False Arrest and Imprisonment; Unlawful and Wrongful Tow and Seizing of

18  my Vehicle Property.

19  
20  A § 1983 conspiracy claim may arise when a private actor conspires with a state actor to deprive a person of a con-
    stitutional right under color of state law. Dixon v. City of Lawton, Okl., CA10 (Okl.) 1990, 898. F.2d 1443.

21  
22      Thus, Creating and Establishing Causes of Actions and Claims of False Arrest and

23  Imprisonment; Unlawful Seizure of my Person Fourth Amendment; Unlawful and Wrongful tow

24  and Seizing of my Vehicle Property under Fourth and Fourteenth Amendments; Cruel and

25  Unusual Punishment all under the Color of State Law Section 1983.

26  
27  **# 5.) - CITY OF DUBLIN CALIFORNIA AND POLICE DEPARTMENT**
    **AUTHORITY USED IN SEIZURE OF MY PERSON AND VEHICLE**
28

## PROPERTY.

The Named Police Officer **(JEAN ZEDLITZ #1625)** Acted under the Authority of the City of Dublin and Dublin Police Department City Ordinance and Agreement with Parking Lot Owner. The Vehicle Code of California has No Authority upon Private Land or Private Parking Lots. Thus Local City Ordinance, Rule and Agreement with Property Owner are also the parties of Interest. Thus they are Parties of Responsibility also. Thus, they are Responsible for all Acts also because the Police Officer Acted under their Authority, Guidance and Training. Let also Judicial Notice be taken here, that the Named Police Officer is an Alameda County Sheriff's Deputy. Thus the City of Dublin Police Services and the County of Alameda are Liable also because they gave her the Authority and must have Granted Incident Action taken against me. The Named Police (Sheriff Deputy) was in constant Voice communication with the Police Dispatch and the Alameda County Sheriffs Department. Thus they her Superiors where in Total Agreement with the (Deputy Sheriff's) Acts of Deprivation, Acts in Excess and with Misuse of Power under the Color of Police Powers, California Vehicle Code and Penal Code, plus City Ordinance. Thus Alameda County and City of Dublin Police Services have full liability as Named Defendants, Not Mother Superior Doctrine but as Ordering her to Act of Deprivation. Thus the City of Dublin Police Services and Alameda County bear equal Liability in Sheriff Deputy's Deprivation of my Civil and Constitutional Rights and Misuse and Acts in Excess of Lawful Authority and Jurisdiction. See: <u>Continental Casualty Co. v. United States, 113 F.2d 284 (5th Cir. 1940)</u>;

It must be Recognized here that the City of Dublin Police Services and County of Alameda Ordinances and Practices and Training of Police (Deputy Sheriffs), where thus Instructed

1   that the California Vehicle Code had Jurisdiction and Authority upon Private Property and

2   Parking Lots. The Police Deputy Sheriff must have Known that the Vehicle Code has No

3
4   Authority and Jurisdiction upon Private Property and Parking Lot. The City of Dublin or County

5   of Alameda Does Not have the Authority to Delegate Authority they do Not possess. The Police

6   (Deputy Sheriff) has a Duty to know the Law and Know what her Authority is and what is

7
8   in Excess of her Authority and Jurisdiction of the Police Powers. It is at her Peril that she

9   Exercises the Power of Arrest and Seizure of Persons and Property. The Named Officer (Sheriff

10  Deputy) must have Known that Probable Cause for an Arrest from Private Property or Parking

11
12  Lot can Not be Had by the California Vehicle Code Violation. A Contract with the Own or

13  Not the Police Powers under the Vehicle Code is Lacking. See: P.B. v. Koch, C.A.9 (Idaho) 1996, 96

14  F.3d 1298.

15
16      Let Judicial Notice be taken here that I Objected timely to the Police (Sheriff Deputy)

17  that I was on Private Property or Parking Lot and her Probable Cause under the Vehicle Did

18  Not have Authority or Jurisdiction. The City of Dublin Police Services are Responsible here also

19
20  and share Liability with their Police Officer's, Contracted Alameda County Sheriff Deputies and

21  other Agents Representing them. The City Authority to do the Act of Deprivation is one of

22  the Causes.

23
24      The City of Dublin Police Services and Alameda County Sheriffs Department must Except

25  Responsibility and Liability also because they have Contracted their Police Services and Liability

26  to Suit. The Mother Superior Doctrine is Not being Applied here because of Contractual

27  Obligation and Liability by the City of Dublin Police Services and Alameda County Sheriffs

28

**COMPLAINT SECTION 1983 DUBLIN**

*Page 12 of 30*

1  Department.

2      Let Judicial Notice be taken, here that **R Lance and Son** (Towing Agency) Seized,

3
4  Towed and Stored my Vehicle and is a Named Defendant and Co-Conspirator.

5
6  ### (# 6.) - <u>FALSE IMPRISONMENT.</u>

7      The Named Police Officer [1](JEAN ZEDLITZ #1625) Did Falsely Imprison me at

8
9  Santa Rita County Jail (Alameda County). Thus Responsibility of False Imprisonment falls on

10  Alameda County and the City of Dublin California. Since I was Imprison at Santa Rita which

11  is Owned and Operated by the County of Alameda and its within the City of Dublin

12  California's Property, Thus, Alameda County and the City of Dublin California share Liability.

13
14  Let also Judicial Notice be taken here, that the Named Police Officer is an Alameda County

15  Sheriff's Deputy. Thus establishing a Cause of Action against the City of Dublin California and

16  Alameda County.

17
18      The City of Dublin Police Services and the Alameda County Sheriff's Department held

19  False Imprisonment of my Person. I was held for a Misdemeanor Vehicle Code Violation in

20  Police Officer Traffic Jurisdiction upon a Private Parking lot ( Private Property). There can be

21
22  No Vehicle Code Violations on Private Parking lots to establish Probable Cause for an Arrest

23  or Detention and Seizure of my Person. I was Held against my Will without Lawful Probable

24  Cause and or Fourth Amendment Arrest Warrant. See: <u>Mallory v. United States</u>, 354 U.S. 449, 454 (1957).

25      The Police (Sheriff Deputy could Not have established Probable Cause from the California

26
27  _____

28      [1]Alameda County Deputy Sheriff Officer contracted to the Dublin Police Services.

1   Vehicle Code upon Private Property and Parking Lot. See: Alabama v. White, 496 U.S. 325 (1990).

2   The Reasonable Suspicion cannot Exist on Private Property and Parking Lot from the

3   Violation of the California Vehicle Code. The Named Police (Deputy Sheriff) did Not Receive

4   a Complaint about my Conduct from the Property Owner. A Call from the Property Owner is

5   a Required Element of Probable Cause for Arrest on Private Property. The Nexus of Probable

6   Cause for an Arrest and Seizure of my Person from Private Property and Parking Lot must

7   be a Complaint from the Property Owner or Administrator. Thus, Probable Cause can Not Exist

8   in Lawful Terms. The Police (Deputy Sheriff) did Not have a Felony Probable Cause Warrant

9   for my Arrest on her Person. Thus failing another Required Element for Probable Cause for

10  Arrest and Seizure of my Person upon Private Property and Parking Lot. The Police Powers

11  must be Limited to its Proper and Lawful limits. The **Fourth and Fourteenth Amendments U.S.**

12  **Constitution** stand as Barrier against Unlawful Seizures and Arrest of Persons and Property upon

13  Private Property. The Public and or State Interest has No Jurisdiction and or Authority upon

14  Private Property and Parking Lots of the State. Compelling Public Interest Cannot be Argument

15  for the Exercising of the Police Powers and California Vehicle Code upon Private Property and

16  Parking Lot. The Public cannot choose to Regulate by the California Vehicle Code upon Non

17  Public Property. See: (7 McQuillin. Municipal Corporations. 1968 Rev. Vol., § 24.322. pp. 201- 202.) Harriman v. City

18  of Beverly Hills. 275 Cal. App.2d 918.

19  The Police Powers have No Authority or Jurisdiction upon Private Property and Parking

20  Lots. The Public Interest Argument that the sale of Food or other Regulateable Items support

21  the Vehicle Code Regulations upon them MISSES THE Constitutional Mark. The Public Good

1  Police Powers must Yield to Private Property and Parking Lots, for they are Not a Proper

2  Subject of the Police Powers and California Vehicle Code. It is attempt at Malicious Prosecution

3  and False Arrest and Seizure of my Person, to Use the California Vehicle Code as the

4  Authority of Probable Cause. See: Washington v. Summerville, 127 F.3d 552, 559 (7th Cir. 1997), cert. denied,

5  118 S. Ct. 1515 (1998); Reed, 77 F.3d at 1053-54.

6  

7      To Falsely Arrest me and Seize my Person Unlawfully from Private Property without

8  Lawful Probable Cause Creates a Cause of Action under Section 1983 for False Arrest and

9  False Imprisonment.

10

11     I was Held (Imprisoned) at Santa Rita Jail overnight against my Will and over my

12  OBJECTION without Lawful Cause. I was Denied my Fourth and Fourteenth Amendment Rights

13  to be Secure from False Arrest, Seizure of my Person and False Imprisonment against my Will.

14  I was Not given an Arrest Warrant for Arrest and Seizure of my Person from Private Property.

15  I was Paraded around the Public as a Convicted Murderer, Criminal or Bad Person. I was

16  Denied the Dignity of Privacy, the God-given Right to Freedom from Restraint, and the Right

17  to Personal Liberty. I was Unlawfully, Unjustly and in Violation of my Constitutional and Civil

18  Rights subjected to and Treated like a Criminal without Cause. I was Denied the UNALIENABLE

19  Right to Freedom from Unlawful and Unjustified Arrest. See: SANDIN v. CONNER, 515 U.S. 472 (1995).

20

21     The City of Dublin and the other Named Defendants have Not Demonstrated a Special

22  or Emergency Circumstance to warrant an Arrest and Seizure of my Person upon Private

23  Property and Parking Lot. Thus Police Power Regulation or Condition for Probable Cause under

24  California Vehicle Code, upon Private Property must be Held as Not Valid and without

25

26

27

28

1   Authority. Thus, Creating and Establishing Cause of Action for False Arrest, False Imprisonment

2   and Unlawful Seizure of my Person under Section 1983. The United States of America stands

3   for Freedom, Liberty and Justice for All. See: United States v. Reese, 92 U.S. 214, 218; BELL v. MARYLAND,

4
5   378 U.S. 226 (1964)..

6        I have Inalienable Right to be Free from Unlawful and False Arrest and Imprisonment

7   is an Unalienable Right. There can be No Good-Faith Qualified Immunity for a Police (Deputy

8   Sheriff) that acts without Lawful Authority or Jurisdiction to Act. The Police (Sheriff Deputy)

9
10  had to known or must have Known that the California Vehicle Code had No Authority and

11  or Jurisdiction upon Private Property and Parking Lots. A Police (Sheriff Deputy) cannot Claim

12  Acting in Good Faith in False Arrest, Seizure of my Person and False Imprisonment Actions.

13
14  Let Judicial Notice be taken here that, I did Warn and Object to being Seized and Arrested

15  from Private Property and Parking Lot on Vehicle Code or Penal Code Authority. Let further

16  Judicial Notice be Taken, here that I Established and Claimed a Valid Constitutional and

17
18  Civil Right to the Police (Sheriff Deputy). I Objected to her Violation of my Civil and

19  Constitutional Rights on Private Property. I Clearly Established my Right to be Free from

20  Unlawful and False Arrest, Seizure of my Person, False and Unlawful Imprisonment. See:

21
22  Robichaud v. Ronan, (9th Cir. 1965) 351 F.2d 533. I have Not Surrendered my Constitutional and Civil

23  Rights to the State of California.

24        Thus, Claim and Cause of Action under Section 1983 is Established for False and

25
26  Unlawful Imprisonment False and Unlawful Arrest and Unlawful Seizure of my Person, under

27  the Color of State Law.

28

## (# 6.) - FALSE IMPRISONMENT.

I must bring the Charge of CRUEL and UNUSUAL PUNISHMENT against the County of Alameda who runs and Controls the Santa Rita Jail. I bring this Charge for being forced to Confinement in a Jail Room that is Dirty, Unhealthy, and Toilet is Dirty, Unhealthy and the Only Drinking water is above that Toilet. It Violates my Right to be Free from Cruel and Unusual Punishment and the Basic Human Rights to be Treated with Dignity Confined in a Jail that is Humane and Clean. I bring this Charge against Alameda County Sheriffs Department, the City Dublin Police Services who uses Santa Rita Jail and the Named Police Officer (Sheriff Deputy) the all bear Liability and Responsibility. Being Jailed for even one Night is an Act Under the Color of State Law Vehicle Code and Penal Code. I Have the Constitutional and Civil Right to be Treated Fairly and Imprisoned even for just a Day in Humane Conditions that are Free from Health Hazards and that Provide the Basic Requirements of Protection of Life. I have Unalienable Civil and Constitutional Right to Protection of my Life against Unhealthy Imprisonment. 6 Men Imprisoned in a Cement Cell without Sleeping Necessities such as Mattress, Pillow, and Blanket for comfort and the Protection of Life. Being forced to sleep in Cold Cell on Cold, Hard Cement Floors or Bench with No Blankets, Pillow or Mattress is INHUMANE. I am a Free Man being Held against my Will in Inhumane and Unhealthy Imprisonment Conditions that Fail the Health Standard is Unlawful and a Violation of my Civil and Constitutional Rights. It is further Cruel and Unusual Punishment. See: HUTTO v. FINNEY, 437 U.S. 678 (1978).

Forced Confinement (Imprisonment) In Unhealthy and Inhumane and Dirty Conditions that

present real Health Hazards to the Protection of my Life violates my God-given Unalienable

Right. The First Cell I was Detained in was Dirty and Filthy with old Food on the Floor,

A Dirty and Unhealthy Toilet with Drinking Water above that Toilet. Is this Humane Treatment

and Dignity being shown to me? A Dirty Cell with a Phone that doesn't work for 5 hours,

this is the First Cell. The Second Cell, Dirty with 25 Men in a 12 by 18 Cell with a Dirty

Toilet and a Drinking Fountain that is Dirty above that Toilet. No place to sleep except hard

cement floor too many man in this cell, overcrowded. The third Cell 6 Men Imprisoned in a

Cement Cell without Sleeping Necessities such as Mattress, Pillow, and Blanket for comfort and

the Protection of Life. Being forced to sleep in Cold Cell on Cold, Hard Cement Floors or

Bench with No Blankets, Pillow or Mattress is INHUMANE. I am being Punished in In-Humane

Cells and Sleeping Quarters because I Violated the California Vehicle Code upon Private

Property. It was also a Night that the City Police (Sheriff Deputies) had to Arrest as many

People as possible to make more money for the City of Dublin. In-Humane Treatment and All,

and Punishment for Misdemeanor Crimes. 356 U.S. at 99-100. Estelle v. Gamble, supra, at 102, quoting

Jackson v. Bishop, 404 F.2d 571, 579 (CA8 1968).

The idea Cruel and Unusual Punishment in Inhumane and Unhealthy and Denied the basic

Fundamental Needs for the protection of Life and being Held against my Will Unlawfully is

Deprivation and Punishment at the Highest Level.

The City of Dublin Police Services and Alameda County Sheriffs Department must Except

Responsibility and Liability also because they have Contracted their Police Services and Liability

1  to Suit. The Mother Superior Doctrine is Not being Applied here because of Contractual

2  Obligation and Liability by the City of Dublin Police Services and Alameda County Sheriffs

3  Department.

4
5                              **(QUALIFIED IMMUNITY)**

6          The Named Police (Sheriffs Deputy) cannot Claim Qualified and or Good Faith Immunity

7  as a Defense. I Clearly Objected and Established my Civil and Constitutional Rights and that

8
9  the Named [2]Officer was Arresting me and Seizing my Person and Vehicle Property from Private

10 Property and Parking Lot and that the California Vehicle Code has No Jurisdiction or Authority.

11 Let Judicial Notice be taken her that I made this same OBJECTION 3 times. The [3] Police told

12
13 me that she did Not Care because the Property Owner and City have a Contract for Police

14 to give Security on the Private Property and Parking Lots. This still does Not give the

15 California Vehicle Code Jurisdiction and Authority for Probable Cause for Arrest and Seizure

16
17 of my Person and Vehicle Property. See: Wilson v. Layne, (U.S. Md. 1999) 526 U.S. 603, 119 S. Ct. 1692, 143

18 L. Ed. 2d 818.  see also: Saucier v. Katz, (U.S. 2001), 533 U.S. 194, 121 S. Ct. 2151, 150 L. Ed. 2d. 272.

19         I Clearly Established my Right to Freedom, Liberty and Right to Possess my Vehicle

20
21 Property and keep it from being Unlawfully Seized and my Person from being Unlawfully

22 Arrested and Seized without Probable Cause under the Color of California Vehicle Code.

23         The Named Officer must have Known and or should have Known that the California

24 Vehicle Code has No Jurisdiction and or Authority upon Private Property and Parking Lot.

25
26 ────────────────────────────────────

27   [2] Deputy Sheriff JEAN ZEDLITZ #1625

28   [3] Deputy Sheriff JEAN ZEDLITZ #1625

See: P.B. v. Koch, C.A.9 (Idaho) 1996, 96 F.3d 1298.

The Named Police (Sheriff Deputy) cannot Claim or Rely on that she Relied in Good Faith that her Arrest, Seizure of my Person and Vehicle Property where Lawful. I Clearly Objected 3 times stating that her Reliance in Good Faith upon the California Vehicle Code, for Probable Cause for Arrest and Seizure of my Person and Property was Not Valid and Unlawful. The Violation of my Clearly Established Right and being told that the California Vehicle Code has No Jurisdiction and Authority upon Private Property and Parking Lot Vitiates any Good Faith Defense Claims. Acting absent of Authority and in excess of Jurisdiction and or Authority in Deprivation of Clearly Established Constitutional and Civil Rights Invalidates Claim of Good Faith. The Defense of acting in Good Faith is Invalidated where the Officer Arrested and Seized my Person in Clear Violation of Authority, and Jurisdiction upon Private Property and Parking Lot. Acting in Good Faith is Not to be inferred where the Officer acted in Excess or Absent Authority and Jurisdiction of State Law (California Vehicle Code).

me that she did Not Care because the Property Owner and City have a Contract for Police to give Security on the Private Property and Parking Lots. This still does Not give the California Vehicle Code Jurisdiction and Authority for Probable Cause for Arrest and Seizure of my Person and Vehicle Property. See: Wilson v. Layne, (U.S. Md. 1999) 526 U.S. 603, 119 S. Ct. 1692, 143 L. Ed. 2d 818. see also: Saucier v. Katz, (U.S. 2001), 533 U.S. 194, 121 S. Ct. 2151, 150 L. Ed. 2d. 272.

I Clearly Established my Right to Freedom, Liberty and Right to Possess my Vehicle Property and keep it from being Unlawfully Seized and my Person from being Unlawfully Arrested and Seized without Probable Cause under the Color of California Vehicle Code.

---

COMPLAINT SECTION 1983 DUBLIN

*Page 20 of 30*

1    The Named Officer must have Known and or should have Known that the California

2    Vehicle Code has No Jurisdiction and or Authority upon Private Property and Parking Lot.

3
     The Named Police (Sheriff Deputy) cannot Claim or Rely on that she Relied in Good
4
5    Faith that her Arrest, Seizure of my Person and Vehicle Property where Lawful. I Clearly

6    Objected 3 times stating that her Reliance in Good Faith upon the California Vehicle Code,

7
     for Probable Cause for Arrest and Seizure of my Person and Property was Not Valid and
8
9    Unlawful. The Violation of my Clearly Established Right and being told that the California

10   Vehicle Code has No Jurisdiction and Authority upon Private Property and Parking Lot Vitiates

11
     any Good Faith Defense Claims. Acting absent of Authority and in excess of Jurisdiction and
12
13   or Authority in Deprivation of Clearly Established Constitutional and Civil Rights Invalidates

14   Claim of Good Faith. The Defense of acting in Good Faith is Invalidated where the Officer

15
     Arrested and Seized my Person in Clear Violation of Authority, and Jurisdiction upon Private
16
17   Property and Parking Lot. Acting in Good Faith is Not to be inferred where the Officer acted

18   in Excess or Absent Authority and Jurisdiction of State Law (California Vehicle Code). See:

19
     Harlow v. Fitzgerald, 457 U.S. 800, 818 (1982); P.B. v. Koch, C.A.9 (Idaho) 1996, 96 F.3d 1298.  See also Herb Hallman
20
     Chevro-let. Inc. v. Nash-Holmes. No. 97-15275, 1999 WL 104736 (9th Cir. Mar. 3, 1999).   Anderson v. Creighton, 483
21
22   U.S. 635 (1987);  Allen v. Sakai, 48 F.3d 1082, 1087 (9th Cir. 1994).

23    It is Clearly a Common Law Rule and Constitutional Rule that the State Police Powers

24   Do Not have Jurisdiction and Authority upon Private Property not owned by the State, County
25
26   or City. Thus the Named Police (Sheriff Deputy) Clearly MUST HAVE KNOWN that her

27   Probable Cause from the Vehicle Code for an Arrest and Seizure of my Person and Vehicle

28

1  Property was Not Valid. This is Especially True where I OBJECTED 3 times and told the

2  Officer that her actions where Not Valid upon Private Property and Parking Lot. I Clearly and

3  Repeatedly Established my Constitutional and Civil Right against Unlawful, Arrest and Seizure

4

5  of my Person and Vehicle Property. See: Portland v. Basley, 988 F.2d 868, 871 (9th Cir. 1993); see also

6  Anderson v. Creighton, 483 U.S. 635, 641 (1987).

7      The Fourth Amendment is Very Clear about Probable Cause for an Arrest and Seizure

8

9  of my Person upon a Private Property and Parking Lot. The Police (Sheriff Deputy Named) did

10  Not Have a Complaint from the Property and Parking Lot Owner and a Fourth Amendment

11  Warrant for my Arrest which would be Probable Cause for an Arrest. Thus Good Faith Defense

12

13  is not Valid because of Acting in Absents of all Jurisdiction and or Authority. Reliance in

14  Good Faith cannot be used where an Office has Clearly acted outside of Lawful Authority and

15  in Absence of Jurisdiction. Good Faith is Not a Valid Claim for Defense of Violation of a

16

17  Clearly Established Right and in Violation of Authority and in Absence of Jurisdiction. See:

18  Glasson v. Louisville, 518 F.2d 899, 909, cert denied, 423 U.S. 930, citing Butler v. United States, 365 F. Supp. 1035,

19  1045. Glasson v. City of Louisville, 518 F.2d 899, 909 (9th Cir 1975), Peirson v. Ray, 386 U.S. 547 (1967); Monroe v.

20

21  Pape, 365 U.S. 167; Scott v. Vandiver, 476 f.2D (4th Cir 1973); Rodriques v. Jones, 473 F.2d 599 5th Cir 1973); Dowsey

22  v. Wilkins, 467 F.2d 1022 (5th Cir 1972).

23      Exercising of Police Power Regulation (California Vehicle Code) upon Private Property and

24

25  parking Lot is an Unlawful and Unconstitutional expansion of Police Powers beyond their

26  Lawful Limits. The Named Police (Deputy Sheriff), the City of Dublin Police Services, the

27  County of Alameda Sheriffs Department all share an Equal Liability for the Deprivation and

28

1  Violation of my Civil Rights under the Color and Guise of State Law, Local City Ordinance

2  and or Custom. The City of Dublin Police Services are Responsible here also and share

3  Liability with their Police Officer's, Contracted Alameda County Sheriff Deputies and other

4  Agents Representing them. The City Authority to do the Act of Deprivation is one of the

5  Causes. Let Judicial Notice be taken here that the City of Dublin Contract with the Alameda

6  County Sheriffs Department for Police Services with Deputy Sheriffs. Thus a Conspiracy to act

7  under an Proven Agreement and or Contract is Established of 2 or more Persons. A City or

8  Municipal Government is a person Under a Conspiracy Theory. The City of Dublin Police

9  Services must Except Responsibility and Liability also because they have Contracted their Police

10 Services and Liability to Suit. The Mother Superior Doctrine is Not being Applied here because

11 of Contractual Obligation and Liability by the City of Dublin Police Services and Alameda

12 County Sheriffs Department. See: *Scheuer, I' 416 U.S. at 245, 94 S.Ct. at 1691.*

13     The City of Dublin Police Services and the County of Alameda Sheriffs Department are

14 Not Immune from suit: See: Brandon v. Holt, 469 U.S. 464, 473 (1985); see also: Chew v. Gates, 27 F.3d 1432,

15 1439 (9th Cir. 1994).

16     Thus for the Fallowing Lawful Reasons, Qualified and Good Faith Immunity cannot

17 be Claimed:

18 *    California Vehicle Code has No Authority and or Jurisdiction upon Private Property and Parking Lot.

19 *    Probable Cause From California Vehicle Code Violations did Not have Jurisdiction and Authority on
       Private Property and Parking Lots.

20 *    I have Clearly Established my Civil and Constitutional Right Violation and or Deprivation.

21 *    Police (Deputy Sheriff Name) acted absent Jurisdiction and or Authority upon Private Property and

1    Parking Lot.

2    *    Police (Deputy Sheriff Named) acted Unlawfully in Arresting and Seizing my Person and Vehicle
3         Property on Private Property and Parking Lot.

4    *    No Complaint from Property and Parking Lot Owner and Fourth Amendment Seizure Warrant for
5         Arresting and Seizing my Person and Vehicle Property – NO PROBABLE CAUSE.

6    *    Contractual Agreement between City of Dublin Police Services, Alameda County Sheriffs Department, and
7         Named Police (Sheriff Deputy).

8    *    I Objected and warned Police (Deputy Sheriff) Named 3 time  that Probable Cause did Not Exist
9         because Authority and Jurisdiction from the Vehicle Code upon Private Property was Lacking.

10   *    Subjective Good Faith is Lacking because of lack of Authority and Absent Jurisdiction of Vehicle Code
         upon Private Property and Parking Lot.

11
12   See:  Owens v. The City of Independence, 445 U.S. 622 (1980).  (Director General vs Kastenbaum, 362 U.S. 25).

13       Thus, Subjective Good Faith is Not Present or Allowable because Authority and

14   Jurisdiction  absent  and  or  Lacking.  The  Police  (Deputy  Sheriff  Named)  Clearly  Must  have

15   Known that her Authority and Jurisdiction was Lacking. She the Named Police (Deputy Sheriff

16   Named) Intentionally, Willfully, Knowingly with Wanton Intent on Malice Acted in Violation of

17
18   and  in  Deprivation  of  my  Federal  Constitutional  and  Civil  Rights.  The  Named  Police  (Sheriff

19   Deputy Clearly must have Known that her Acts of Deprivation where in Violation of my Civil

20
21   and  Constitutional  Rights.  Violation  of  her  Police  Powers  Authority  and  Jurisdiction  by  exercising

22   California  Vehicle  Code  Authority  on  Private  Property  and  Parking  Lot  leaves  No  Excuse  of

23   Good  Faith.  I  Proves  Reckless  attempted  Expansion  of  California  and  City  of  Dublin  Police

24
25   Powers  beyond  their  Constitutional  Limits.

26       There  are  Constitutional  Limitations  upon  the  Police  to  Exercise  Police  Powers  upon

27   Private  Property  and  Parking  Lots  and  against  the  Advocation  of  Creation  of  Police  State.  Thus

28

1   the Police are Inhibited by the Constitutional Protections from exercising Police Powers and a

2   Police State upon Private Property and Parking Lots. The Authority and Jurisdiction of the

3   Police Powers and Vehicle Code is Not in the Discretion of a Police (Deputy Sheriff Named).

4   Private Property and Parking Lots are Not Public Property and a Proper Subject of the Police

5   Powers and California Vehicle Code.

6       Let Judicial Notice be taken here that the Police (Sheriff Deputy) is a Supposed Police

7   Professional with Training and Some Law Classes. With the Training and Knowledge necessary

8   to become a Police Officer and or Sheriff Deputy it must be Assumed that Named Must Have

9

10  Known that her Conduct was in Violation of Constitutional and Civil Rights. See: Harlow v.

11  Fitzgerald, 457 U.S. 800, 818 (1982).

12

13      Thus there can be No Subjective Good Faith Claim.

14

15      Let this Court take Further Judicial Notice that, Immunity from Suit Violates my Right

16  to Remedy for a Damage done to my Personal and Vehicle Property. Mary M. v. City of Los Angeles,

17  814 P.2d 1341, 1348 (Cal. 1991) ("a governmental entity can be held vicariously liable when a police officer acting in the

18  course and scope of employment uses excessive force or engages in assaultive conduct"); Scruggs v. Haynes, 60 Cal. Rptr.

19

20  355, 360 (Ct. App. 1967).

21

22          (# 8.) - DENIAL OF FORFEITURE HEARING.

23      My Vehicle Property was sold and I was Denied a Forfeiture Hearing. Let Judicial

24  Notice be Taken here that I made Several Demands for a Forfeiture Hearing with the City of

25  Dublin Police Services and Tow Agency. I was effectively Denied this Due Process of Law

26  Right to Forfeiture Hearing of Vehicle Property and the Right to Just Compensation See:

27

28

1    CALERO-TOLEDO v. PEARSON YACHT LEASING CO., 416 U.S. 663 (1974). See also: (People v. One 1941 Ford 8

2    Stake Truck, 26 Cal.2d 503 [159 P.2d 641]; People v. One 1941 Chrysler Tudor, supra; People v. One 1941 Buick Sport

3    Coupe, supra.

4
5        The Right to a Forfeiture Hearing and Jury Trial is a Common Law Right. See: People

6    v. One 1941 Chevrolet Coupe, 37 Cal.2d 283. The Right to a Post Forfeiture Hearing, Jury Trial cannot

7    be defeated or watered down out of Existence by the California Legislature. This Forfeiture

8
9    Hearing Right cannot be Denied because of a Police Power Regulation. See: People v. One 1941

10   Chevrolet Coupe, 37 Cal.2d 283. The  Absolute Right to Trial by Jury cannot be defeated by

11   California  Legislature:

12
13       "Colon v. Lisk, 13 App.Div. 195, 202 [43 N.Y.S. 364, 369]; State v. 1920 Studebaker, 120 Ore. 254 [251 P. 701,
         50 A.L.R. 81]. The introduction of a new subject into a class renders it amenable to its general rules, not to its
14       exceptions. "Wood v. City of Brooklyn, 14 Barb. 425, 432; Cooley, Constitutional Limitations, 8th ed. vol. I, pp.
         668- 674. Cf. Moore v. Purse Seine Net, 18 Cal.2d 835, 837 [118 P.2d 1]. People v. One 1941 Chevrolet Coupe
15       , 37 Cal.2d 283.

16        (Union Insurance Co. v. United States, 73 U.S. 759, 764-766 [18 L.Ed. 879]; Armstrong's Foundry, 73 U.S. 766,
         769 [18 L. Ed. 822]; United States v. Yamoto, 50 F.2d 599, 600; see, also, Dobbins v. United States, 95 U.S.
17       395, 404 [24 L. Ed. 637]; Goldsmith, Jr.-Grant Co. v. United States, 254 U.S. 505, 509 [41 S. Ct. 189, 65 L. Ed.
         376]; I Kent's Commentaries 375-376.); People v. One 1941 Chevrolet Coupe, 37 Cal.2d 283.

18
19       Thus, Securing and Protecting my Fourteenth Amendment Inalienable Right to a

20   Forfeiture Hearing as a Guaranteed Right to Due Process of Law. This is Not just a Right

21   to Due Process of Law, but an Unalienable and Inalienable Right.

22
23       Thus, placing my Vehicle Property beyond Legislative Conditions and Prohibitions that

24   allow the Police Powers to sell Forfeited Property without a Full Jury Trial in a Forfeiture

25   Hearing.

26
27
28

The City of Dublin Police Services and [4]Named Towing Agency have to Pay Just Compensation for my Vehicle Property that was taken from me Under the Color and Guise of Police Power Regulation (California Vehicle Code). Forfeiture of this Vehicle Property without being Afforded and or being Denied the Right to a Forfeiture Hearing is Denial of Protection of the Right to Property and or taking of Private Property without Due Process of Law. The Very Fundamental Principle and Structure of the Right to Property is the Protection of it by the Constitution and the Laws of the United States. It is the Duty and Obligation of this Court Mandated by the Federal Constitution to the Protection of Property. The City of Dublin cannot be allowed to Take Private Property without Justification, Forfeiture Hearing and Just Compensation. Any other Outcome is a Violation of the Principles of Liberty, Freedom and Justice for All.

Failure of the City of Dublin and R. Lance & Son to Provide a Post Forfeiture Hearing and to Subsequently sell my Private Property (Vehicle) without Due Process of Law (Forfeiture Hearing) Jury Trial creates a Cause of Action under Section 1983. See: Desert Outdoor Advertising, Inc., v. City of Moreno Valley, CA 9, (Cal.) 1996, 103 F.3d 814, Cert. Den., 522 U.S. 912, 118 S. Ct. 294, 139 L. Ed. 2d 330.

Thus, firmly Establishing a Cause of Action under Section 1983 for Failure taking and Selling of Private Property without due Process of Law (Forfeiture Jury Trial Hearing).

## (# 9.) - CONSPIRACY UNDER THE COLOR OF LAW.

I must also bring the Claim of Actions under the Color of State Law Pursuant to a

---

[4] R Lance & Son (Towing Agency), Named Defendant.

Conspiracy. The Named Defendants all acted Pursuant to a Contractual Agreement in acts, Actions of Actual Deprivations and Violations of my Civil and Constitutional Rights. They all Acted in Agreement Pursuant to the Same Conspiracy. They acted with the Same Agreement and Pursuant to the Same Deprivation and Violation of my Civil and Constitutional Rights under the Color of State Law. See: Lawline I. v. American Bar Ass n, N.D.Ill. 1990, 738 F.Supp. 288, affirmed 956 F.2d 1378, certiorari denied 114 S.Ct. 551, 126 L.Ed.2d 452.

The Evidence of a Conspiracy here the Police (Sheriff's Deputy) Stopped me and Arrested and Seized my Person upon Private Property then Called the Tow Company R Lance and Sons who Seized and Towed my Vehicle Property. This was all Carried out with the City of Dublin Agreement with the Property Owners to provide Police Services (Security) for Private Property. The Named Creditor carried out a Credit Collection from a Lien upon my Vehicle Property under an Agreement with R Lance & Son Towing Agency.

All the Named Defendants did Act Pursuant to a Conspiracy to Deny, Deprivate and Violate my Constitutional and Civil Rights under the Color of State Law or City Ordinance.

## (# 10.) - DENIAL OF THE RIGHT TO TRAVEL.

Denial of the Inalienable Right to Travel and Use the Public Roads and Highways for the Right to Private Travel. This is a Very Controversial Subject of Right-Privilege to Drive upon the Public Roads and Highways for Private Travel. But Never the Less it must be brought up for Discussion and Review and this Court must Address this issue. The Right to Travel upon the Public Roads and Highways is Inalienable Right that is Subject to Safety Regulations and Not Conditions of Use thereof. See: Packard v. Banton, 264 U.S. 140, 144  44 S. Ct. 257,

1  68 L. Ed. 598. What good is the Inalienable Constitutional and Civil Right to Travel if I the

2  State of California can Condition that Right to a Driver's License Privilege? What Good is

3
   the Right to Use the Public Roads and Highways when the Right to Drive my Vehicle upon
4
5  them is Conditioned upon a Driver's License Privilege, that can be Suspended, Revoked and

6  Conditioned as the California Legislature deems Proper or Necessary. The Right to Use *of the*

7
   Public Roads Highways for Private Travel is Not a State Granted Privilege. It is an
8
9  Inalienable Constitutional and Civil Right of National Citizenship. See: Vandalia R. R. Co. v. Public

10 Service Commission, 242 U.S. 255 , 37 S. Ct. 93;  Missouri Pacific Rv. Co. v. Larabee Flour Mills Co., 211 U.S. 612 , 29

11
   S. Ct. 214. (Emphasis Added). The U.S. Supreme Court called it a Right and a Privilege and
12
13 Immunities of National Citizenship. See: United States v. Guest, 383 U.S. 745, 757-758 (1966). This Right

14 to Travel and The Right to Drive upon the Public Roads and Highways must be Addressed.

15                          **(IN CONCLUSION)**

16
17     In Conclusion I Move the Court to Grant the Fallowing Remedy in Damages and

18 Punitive Damages.

19 DAMAGES FROM CITY OF DUBLIN FOR FALSE ARREST AND UNLAWFULLY SEIZING
20 AND TOWING MY VEHICLE $ 2,500,000.00 = TWO MILLION FIVE HUNDRED THOUSAND DOLLARS.

21 DAMAGES FROM THE ALAMEDA COUNTY SHERIF"S DEPARTMENT FOR FALSE
   IMPRISONMENT AND CRUEL AND UNUSUAL PUNISHMENT $ 250,000.00 = TWO HUNDRED FIFTY
22 THOUSAND DOLLARS.

23
   DAMAGES FROM R. LANCE & SON FOR FORFEITURE WITHOUT FORFEITURE HEARING.
24 $ 250,000.00 TWO HUNDRED FIFTY THOUSAND DOLLARS. PLUS FOR FORFEITURE OF MY
   VEHICLE LOSS OF MY PROPERTY $ 10,000.00 = TEN THOUSAND DOLLARS.
25
26 CREDIT REGULATING SERVICES, INC. FOR THE FALSE MISLEADING INFORMATION AND
   RUINING OF MY CREDIT RATING AND GOOD NAME BY FRAUD. $ 400,000.00 = FOUR
27 HUNDRED THOUSAND DOLLARS.

28

COMPLAINT SECTION 1983 DUBLIN                          *Page 29 of 30*

1      I ALSO SEEK $200.000.00 TWO HUNDRED THOUSAND DOLLARS FROM EACH
NAMED DEFENDANT FOR PUNITIVE DAMAGES AND I AVAIL MYSELF TO ANY OTHER
2   REMEDIES OF THIS COURT THAT IT DEEMS NECESSARY AND PROPER.

3      I SEEK $25,000.00 TWENTY FIVE THOUSAND DOLLARS FOR ACTUAL LOSS OF
VEHICLE VALUE AND USE THEREOF.
4

5      I MOVE THE COURT TO GRANT ALL DAMAGES DEMANDED FOR IN THE
6
COMPLAINT.
7

8

9

10

11 I WILLIAM J. WHITSITT, _____, THIS THE _____DAY OF MARCH 2008, DO HEREBY DECLARE
AND AFFIRM THAT ALL THE ABOVE FACTS ARE TRUE AND CORRECT UNDER THE PENALTY OF LAW.
12

13

14

15

16
LET JUDICIAL NOTICE BE TAKEN HERE THAT A JURY TRIAL IS WAIVED AND I
17 MASTER OF THIS CASE AND I WILL ALONE WILL DECIDE WHICH LAW IT WILL
PROCEED UNDER. SEE: FAIR. THE. v. KOHLER DIE & SPECIALTY CO., 228 U.S. 22 (1913).
18

19

20

21

22

23               RESPECTFULLY SUBMITTED
24

25              _____
26              WILLIAM J. WHITSITT
27              DATED: March 6, 2008
28

## DEFENDANT CONTACT INFORMATION

DUBLIN POLICE SERVICES
100 Civic Plaza
Dublin, CA   94568
(925) 833-6670
Fax (925) 828-2893


R.   LANCE & SON, inc. - TOWING AGENCY:
R Lance & Son, Inc.
6776 Patterson Pass Road
Livermore, CA  94550
(925) 245-8884


CREDIT REGULATING SERVICES, INC.

1737 BARCELONA STREET.
P.O.  BOX 2038
LIVERMORE, CA 94551
ATTN:   J. W.  SMITH - DEBT COLLECTOR
1 (925) 371 - 0199