UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br>      Plaintiff,<br><br> v.<br><br>DEPUTY SHERIFF WHEATFALL, BADGE #429; DEPUTY SHERIFF A. GARTH, BADGE # 1340; UNNAMED POLICE OFFICER; CENTRAL TOWING & TRANSPORT; COUNTY OF ALAMEDA, SHERIFF'S DEPARTMENT; CITY OF DUBLIN POLICE SERVICES; UNNAMED DEFENDANTS<br>      Defendant. | Case No.: C08-02139 BZ<br><br>ORDER<br><br><br>Date: September 3, 2008<br>Time: 10:00 am<br>Courtroom: G |

  Defendants COUNTY OF ALAMEDA, SGT. WHEATFALL # 429, SGT. A. GARTH, #1340, ALAMEDA COUNTY SHERIFF'S OFFICE, and CITY OF DUBLIN POLICE SERVICES, (hereinafter "COUNTY DEFENDANTS") moved to dismiss the above-referenced action and all causes of action therein, pursuant to FRCP 12(b)(6). Defendant WHEATFALL did not appear / did appear. Defendant A. GARTH did not appear / did appear. COUNTY DEFENDANTS appeared by counsel Diane C. Graydon, Deputy County Counsel, Office of the Alameda County Counsel; Plaintiff William J. Whitsitt did not appear / did appear.

1  Based upon COUNTY DEFENDANTS' Motion and the Points and Authorities supporting
2  its motion, and the court having considered Defendants' Motion and the Points and Authorities
3  supporting its motion, having heard the argument of counsel, and being fully advised in the
4  premises, orders as follows:
5      IT IS HEREBY ORDERED that this action is dismissed with prejudice.
6
7  DATED:                                              By _____
                                                       United States Judge
8                                                      Northern District of California