DECLARATION OF SERVICE

William J. Whitsitt v. Sgt. Wheatfall, et al.

Case No. C08-02139-BZ

I, Jonna Thomas, declare that:

I am a citizen of the United States, over the age of 18 years and not a party to the within entitled action. I am employed at the Office of the County Counsel, County of Alameda, 1221 Oak Street, Suite 450, Oakland, California 94612-4296.

On July 15, 2008, I served the following documents:

1. DEFENDANT COUNTY OF ALAMEDA'S NOTICE OF MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6), OR ALTERNATIVELY, MOTION FOR A MORE DEFINITE STATEMENT AND MOTION TO STRIKE

2. DEFENDANT COUNTY OF ALAMEDA'S REQUEST FOR JUDICIAL NOTICE OF PLAINTIFF'S PREVIOUSLY FILED ACTIONS: C08-01802 JSW; and C08-01803 EDL; C08-02138-CW

3. ORDER OF DISMISSAL

on the following parties:

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376

[x]   BY MAIL: I caused true and correct copies of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) with postage thereon fully prepaid, and I further caused said envelope(s) to be placed in the United States mail, in the City of Oakland, California.

[]    BY FACSIMILE: I caused a copy (or copies) of such document(s) to be sent via facsimile transmission to the office(s) of the addressee(s).

[]    BY PERSONAL SERVICE: I caused true and correct copy (or copies) of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Oakland, California on July 15, 2008.

*s/ Jonna M. Thomas*

JONNA M. THOMAS