RICHARD E. WINNIE [68048]
County Counsel
By: Diane Graydon [164095]
Deputy County Counsel
Office of County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone: (510) 272-6700
Attorneys for County of Alameda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br>Plaintiff,<br><br>v.<br><br>DEPUTY SHERIFF WHEATFALL, BADGE #429; DEPUTY SHERIFF A. GARTH, BADGE # 1340; UNNAMED POLICE OFFICER; CENTRAL TOWING & TRANSPORT; COUNTY OF ALAMEDA, SHERIFF'S DEPARTMENT; CITY OF DUBLIN POLICE SERVICES; UNNAMED DEFENDANTS<br>Defendant. | Case No.: C08-02139 BZ<br><br>*AMENDED* DEFENDANT COUNTY OF ALAMEDA'S REQUEST FOR JUDICIAL NOTICE OF PLAINTIFF'S PREVIOUSLY FILED ACTIONS: C08-01802 JSW; and C08-01803 EDL; C08-02138-CW<br><br>Date: September 3, 2008<br>Time: 10:00 am<br>Courtroom: G |

Pursuant to USCS Fed Rules Evid, Rule 201, Defendant's Deputy Sheriff Wheatfall, Deputy Sheriff A. Garth, County of Alameda, Sheriff's Department, City of Dublin Police Services, (herinafter, "COUNTY DEFENDANTS,") respectfully request the Court take Judicial Notice of Plaintiff, William J. Whitsitt's, Complaints filed in C08-02138-CW; C08-01802 JSW; and C08-01803 EDL, which DEFENDANTS believe allege civil rights violations purporting to arise from the same acts and events from which the current Complaint, C08-02139 BZ, arises.

The Complaints are attached as Exhibits 1-3.

DATED: July 16, 2008

RICHARD E. WINNIE
County Counsel in and for the County of Alameda, State of California

By ______________________
DIANE C. GRAYDON
Deputy County Counsel
Attorneys for County Defendants

RICHARD E. WINNIE [68048]
County Counsel
By: Diane Graydon [164095]
Deputy County Counsel
Office of County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone: (510) 272-6700
Attorneys for County of Alameda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br>Plaintiff,<br><br>v.<br><br>DEPUTY SHERIFF WHEATFALL, BADGE #429; DEPUTY SHERIFF A. GARTH, BADGE # 1340; UNNAMED POLICE OFFICER; CENTRAL TOWING & TRANSPORT; COUNTY OF ALAMEDA, SHERIFF'S DEPARTMENT; CITY OF DUBLIN POLICE SERVICES; UNNAMED DEFENDANTS<br>Defendant. | Case No.: C08-02139 BZ<br><br>DEFENDANT COUNTY OF ALAMEDA'S REQUEST FOR JUDICIAL NOTICE OF PLAINTIFF'S PREVIOUSLY FILED ACTIONS: C08-01802 JSW; and C08-01803 EDL; C08-02138-CW<br><br>Date: September 3, 2008<br>Time: 10:00 am<br>Courtroom: G |

Pursuant to USCS Fed Rules Evid, Rule 201, Defendant's Deputy Sheriff Wheatfall, Deputy Sheriff A. Garth, County of Alameda, Sheriff's Department, City of Dublin Police Services, (herinafter, "COUNTY DEFENDANTS,") respectfully request the Court take Judicial Notice of Plaintiff, William J. Whitsitt's, Complaints filed in C08-02138-CW; C08-01802 JSW; and C08-01803 EDL, which DEFENDANTS believe allege civil rights violations purporting to arise from the same acts and events from which the current Complaint, C08-02139 BZ, arises.

Pursuant to USCS Fed Rules Evid, Rule 201, COUNTY DEFENDANTS also request the court take judicial notice of all orders made in the related cases. This request is made as courtesy to the Court to prevent re-litigation of issues previously adjudicated, and to ensure the finality of all previous decisions and orders.

The Complaints and Orders are attached herein as Exhibits 1-11.

DATED: July 15, 2008

RICHARD E. WINNIE
County Counsel in and for the County of Alameda, State of California

By ______________________
DIANE C. GRAYDON
Deputy County Counsel
Attorneys for County Defendants