1  RICHARD E. WINNIE [68048]
   County Counsel
2  By: Diane Graydon [164095]
   Deputy County Counsel
3  Office of County Counsel, County of Alameda
   1221 Oak Street, Suite 450
4  Oakland, California 94612
   Telephone:   (510) 272-6700
5  Attorneys for County of Alameda

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10 | WILLIAM J. WHITSITT,                        | Case No.: C08-02139 BZ
                        Plaintiff,
11
                                                 | *AMENDED* DECLARATION OF SERVICE
        v.
12
   DEPUTY SHERIFF WHEATFALL, BADGE
13 #429; DEPUTY SHERIFF A. GARTH, BADGE         | Date: September 3, 2008
   # 1340; UNNAMED POLICE OFFICER;              | Time: 10:00 am
14 CENTRAL TOWING & TRANSPORT; COUNTY           | Courtroom: G
   OF ALAMEDA, SHERIFF'S DEPARTMENT;
15 CITY OF DUBLIN POLICE SERVICES;
   UNNAMED DEFENDANTS
16                      Defendant.

*Amended* Declaration of Service; Case No. C08-02139 BZ

1

DECLARATION OF SERVICE

William J. Whitsitt v. Sgt. Wheatfall, et al.

Case No. C08-02139-BZ

I, **JUDY A. MARTINEZ**, declare that:

I am a citizen of the United States, over the age of 18 years and not a party to the within entitled action. I am employed at the Office of the County Counsel, County of Alameda, 1221 Oak Street, Suite 450, Oakland, California 94612-4296.

On July 16, 2008, I served the following documents:

1. DEFENDANT COUNTY OF ALAMEDA'S NOTICE OF MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6), OR ALTERNATIVELY, MOTION FOR A MORE DEFINITE STATEMENT AND MOTION TO STRIKE;

2. DEFENDANT COUNTY OF ALAMEDA'S REQUEST FOR JUDICIAL NOTICE OF PLAINTIFF'S PREVIOUSLY FILED ACTIONS: C08-01802 JSW; and C08-01803 EDL; C08-02138-CW;

3. *AMENDED* DEFENDANT COUNTY OF ALAMEDA'S REQUEST FOR JUDICIAL NOTICE OF PLAINTIFF'S PREVIOUSLY FILED ACTIONS: C08-01802 JSW; and C08-01803 EDL; C08-02138-CW;

4. ORDER OF DISMISSAL;

5. DECLARATION OF SERVICE (Dated 7/15/08);

6. *AMENDED* DECLARATION OF SERVICE (Dated 7/16/08).

on the following parties:

| William J. Whitsitt<br>Plaintiff *In Pro Per*<br>335 W. Clover Road<br>Tracy, CA 95376 | Magistrate Judge Bernard Zimmerman<br>United States District Court<br>Northern District of California<br>15th Floor, Courtroom G.<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
|---|---|

[x]   BY MAIL: I caused true and correct copies of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) with postage thereon fully prepaid, and I further caused said envelope(s) to be placed in the United States mail, in the City of Oakland, California.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Oakland, California on July 16, 2008.

_____
JUDY A. MARTINEZ

*Amended* Declaration of Service, Case No. C08-0182 JSW