| | |
|---|---|
| 1 | RICHARD E. WINNIE [68048] |
| | County Counsel |
| 2 | By: Diane Graydon [164095] |
| | Deputy County Counsel |
| 3 | Office of County Counsel, County of Alameda |
| | 1221 Oak Street, Suite 450 |
| 4 | Oakland, California 94612 |
| | Telephone: (510) 272-6700 |
| 5 | Attorneys for County of Alameda |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | WILLIAM J. WHITSITT, | Case No.: C08-02139 BZ |
| 12 | Plaintiff, | |
| 13 | v. | |
| 14 | DEPUTY SHERIFF WHEATFALL, BADGE #429; DEPUTY SHERIFF A. GARTH, BADGE # 1340; UNNAMED POLICE OFFICER; CENTRAL TOWING & TRANSPORT; COUNTY OF ALAMEDA, SHERIFF'S DEPARTMENT; CITY OF DUBLIN POLICE SERVICES; UNNAMED DEFENDANTS | **DEFENDANT COUNTY OF ALAMEDA'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST TO BE REASSIGNED TO A UNITED STATES DISTRICT COURT JUDGE** |
| | Defendant. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

///
///
///
///
///
///
///

Defendants DEPUTY WHEATFALL, DEPUTY GARTH, COUNTY OF ALAMEDA SHERIFF'S DEPARTMENT; and CITY OF DUBLIN POLICE SERVICES, ("County Defendants") hereby decline to proceed before a Magistrate Judge, and request reassignment of the case to a United States District Judge.

DATED: July 17, 2008

RICHARD E. WINNIE
County Counsel in and for the County of Alameda, State of California

By _____
DIANE C. GRAYDON
Deputy County Counsel
Attorneys for Defendants

DECLARATION OF SERVICE

William J. Whitsitt v. Deputy Sheriff Wheatfall, et al.

Case No. C08-02139 BZ

I, Sandra Walker, declare that:

I am a citizen of the United States, over the age of 18 years and not a party to the within entitled action. I am employed at the Office of the County Counsel, County of Alameda, 1221 Oak Street, Suite 450, Oakland, California 94612-4296.

On July 18, 2008, I served the following document:

**DEFENDANT COUNTY OF ALAMEDA'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST TO BE REASSIGNED TO A UNITED STATES DISTRICT COURT JUDGE**

on the following parties:

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376

[X]   BY MAIL: I caused true and correct copies of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) with postage thereon fully prepaid, and I further caused said envelope(s) to be placed in the United States mail, in the City of Oakland, California.

[ ]   BY FACSIMILE: I caused a copy (or copies) of such document(s) to be sent via facsimile transmission to the office(s) of the addressee(s).

[ ]   BY PERSONAL SERVICE: I caused true and correct copy (or copies) of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

[ ]   BY FEDERAL EXPRESS: I caused true and correct copy (or copies) of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) and I caused such envelope(s) to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Oakland, California on July 18, 2008.

_____
SANDRA A. WALKER

Declaration of Service, Case No. C08-0182 JSW