UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

William J. Whitsitt,

    Plaintiff(s).

    v.

Debuty Sheriff Wheatfal #429, et al.

    Defendant(s).
_____/

No. C08-2139 BZ

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

    (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    The Motion Hearing set for **August 13, 2008** at **10:00 a.m.** is hereby **VACATED**.

Dated: 7/21/08

Richard W. Wieking, Clerk
United States District Court

*Simone Voltz*
By: Simone Voltz - Deputy Clerk to Magistrate Judge Bernard Zimmerman

reassign.DCT

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>             Plaintiff,<br><br>   v.<br><br>WHEATFALL #429, ET AL. et al,<br><br>             Defendant. | Case Number: CV08-02139 BZ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 21, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376

Dated: July 21, 2008

Richard W. Wieking, Clerk
By: Simone Voltz, Deputy Clerk